UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KEVIN R. BURNS, FLORENCE J. BURNS LEONARD BOUCHARD; ALICE CAMBRA, SUSAN M. FERREIRA, RAYMOND GAGNON, CORRINE GAGNON, ANTONIO M. GUILHERME, WILLIAM HILL, SR., JOANN HILL, MICHAEL LEBEAU, CARRIE LEBEAU, CAROL A. MATTHEWS, KAREN OLIVEIRA, RICHARD RAPOZA, LAUREN RAPOZA, GRANT R. SCHOFIELD, ELIZABETH TOKARZ-MACIEL and MARISSA MACIEL, ppa. ELIZABETH TOKARZ-MACIEL, Mother and Next Friend of Marissa Maciel, a Minor, MELANIE CREADOR, ROBERT CREADOR LUIS RESENDES, LOUISE RESENDES, LUIS RESENDES, JR., LINDA RESENDES, DANIEL SCHREFFLER, AND DAVID A. TAVARES<br>Plaintiffs | : | CA 05 274T<br><br>**NOTICE OF REMOVAL**<br><br>REMOVED FROM:<br><br>SUPERIOR COURT FOR THE STATE OF RHODE ISLAND NEWPORT COUNTY |
| v. | : | C. A. No.<br>(Related Case No. 05-221T) |
| NEW ENGLAND GAS COMPANY, formerly known as FALL RIVER GAS COMPANY<br>Defendant | : | |

**NOTICE OF REMOVAL**

Defendant New England Gas Company (improperly sued as "New England Gas Company, formerly known as Fall River Gas Company"), an unincorporated division of Southern Union Company ("NEGasCo"), by and through its undersigned counsel, hereby files its Notice of Removal of this action (the "Action") from the Superior Court of the State of Rhode Island, County of Newport, to the United States District Court for the District of Rhode Island.

NEGasCo appears for the purpose of removal only and for no other purpose, reserves all defenses and rights available to it, and states as follows:

1. On June 2, 2005, Plaintiffs served the Amended Complaint and Demand for Jury Trial (the "Amended Complaint") upon NEGasCo, in connection with the Action commenced in the Superior Court of the State of Rhode Island, County of Newport, Docket No. 03-453. The Amended Complaint is the first pleading served upon NEGasCo in the Action.

2. NEGasCo has not served a responsive pleading to the Amended Complaint and no orders have been issued in the Action.

3. In accordance with the requirements of 28 U.S.C. § 1446(b), this Notice of Removal is filed within 30 days after NEGasCo's receipt of service of the Amended Complaint.

4. NEGasCo is an unincorporated division of Southern Union Company. Southern Union Company is incorporated in the State of Delaware and has its principal place of business in Wilkes-Barre, Pennsylvania.

5. All Plaintiffs in the Action are residents of Rhode Island or Massachusetts.

6. The Action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C § 1441, in that the parties are citizens of different states and the amount in controversy with respect to each Plaintiff exceeds $75,000, exclusive of interest and costs.

7. While the Amended Complaint does not expressly plead the amount in controversy, it is clear from the allegations therein, including those set forth below, that each Plaintiff asserts an amount in controversy that exceeds $75,000, exclusive of interest and costs:

a. The Plaintiffs are comprised of individuals who are either presently "property owners and residents . . . in the Town of Tiverton, Rhode Island" or "were tenants and residents of . . . the Town of Tiverton, Rhode Island, and currently reside in the Town of Tiverton, Rhode Island, and Fall River Massachusetts." (Am. Compl. ¶¶ 1-2).

b. Plaintiffs allege that their properties are or were "threatened with and/or contaminated with petroleum byproducts, including but not limited to cyanide, arsenic, lead, mercury and naphthalene, among other things" generated by NEGasCo and placed on Plaintiffs' land. (Am. Compl. ¶¶ 1, 2, 8 and 10).

c. Plaintiffs seek compensatory damages "in an amount in excess of this Court's minimal jurisdictional levels," including damages for the alleged diminution in value of their properties, and punitive damages. (Am. Compl. "Prayer for Relief" at ¶¶ b, c, f and h);

d. Plaintiffs also seek to recover the costs of finding alternative housing and "sums to compensate . . . for past, present and future pain and suffering, lost wages and reasonable medical expenses, including but not limited to medical monitoring." (Am. Compl. "Prayer for Relief" at ¶¶ g and k); and

e. Finally, Plaintiffs request injunctive relief requiring NEGasCo "to pay money into a fund sufficient to clean and remediate the contamination" at issue. (Am. Compl. "Prayer for Relief" at ¶ i).

8. Pursuant to 28 U.S.C. § 1446(d), NEGasCo promptly will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of Rhode Island, County of Newport, and will serve a copy of the same on counsel for Plaintiffs.

9. Pursuant to Local Rule 36(b), attached as Exhibit A is a certified copy of the state court docket sheet.

10. Pursuant to Local Rule 36(b), attached as Exhibit B is every document in the state court record including a certified copy of the Amended Complaint filed in this action.

11. Pursuant to local Rule 36(b), attached as Exhibit C is a copy of the Service of Process Transmittal Form and Amended Complaint.

12. WHEREFORE, NEGasCo respectfully removes the Action now pending in the Superior Court of the State of Rhode Island, County of Newport, Docket No. 03-453, to the United States District Court for the District of Rhode Island.

Dated: Providence, Rhode Island
June 21, 2005

ADLER, POLLOCK & SHEEHAN P.C.

By: [signature]

John A. Tarantino (#2586)
David A. Wollin (#4950)
Patricia K. Rocha (#2793)
Kristen W. Sherman (#5595)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of June, 2005, a copy of the foregoing was hand-delivered to the following:

Brian R. Cunha, Esq.
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914

David A. W[illegible]

*335899_1.doc*