STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: NC-2003-0453 ELIZABETH TOKARZ-MACIEL V NEW ENGLAND GAS

Filing Date: 08-20-2003
Case Status: UNASSIGNED

Case Type: PRODUCT LIABILITY
Status Date: 08-20-2003

| | | | |
|---|---|---|---|
| Plaintiff: | ELIZABETH MACIEL | Attorney: | BRIAN CUNHA |
| | ID: @10172278 | | ID: ATTY04074 |
| Plaintiff: | MARISSA MACIEL | Attorney: | BRIAN CUNHA |
| | ID: @10172279 | | ID: ATTY04074 |
| Defendant: | FALL RIVER GASCOMPANY | Attorney: | UNKNOWN ATTORNEY |
| | ID: @10254575 | | ID: ATTY09999 |
| Defendant: | NEW ENGLAND GASCOMPANY | Attorney: | UNKNOWN ATTORNEY |
| | ID: @10261401 | | ID: ATTY09999 |

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 08-20-2003 | COMPLAINT FILED | |
| 12-05-2003 | MOT FOR ENLARGEMENT OF TIME | BY PLF NO HEARING DATE |
| 02-22-2005 | AMENDED COMPLAINT FILED | |
| 02-22-2005 | MOTION TO AMEND COMPLAINT | |
| 02-22-2005 | GRANTED UNDER RULE OF COURT | |

True Copy Attest
Charles H. Hollis
Office of Clerk of Superior Court
Newport County
Newport, Rhode Island