STATE RHODE ISLAND AND PROVIDENCE PLA. ATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: NC-2003-0453 ELIZABETH TOKARZ-MACIEL V NEW ENGLAND GAS

Filing Date: 08-20-2003
Case Status: UNASSIGNED

Case Type: PRODUCT LIABILITY
Status Date: 08-20-2003

Plaintiff: ELIZABETH MACIEL
ID: @10172278
Attorney: BRIAN CUNHA

Plaintiff: MARISSA MACIEL
ID: @10172279
Attorney: BRIAN CUNHA

Defendant: FALL RIVER GASCOMPANY
ID: @10254575
Attorney: UNKNOWN ATTORNEY

Defendant: NEW ENGLAND GASCOMPANY
ID: @10261401
Attorney: UNKNOWN ATTORNEY

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 08-20-2003 | COMPLAINT FILED | |
| 12-05-2003 | MOT FOR ENLARGEMENT OF TIME | BY PLF NO HEARING DATE |
| 02-22-2005 | AMENDED COMPLAINT FILED | |
| 02-22-2005 | MOTION TO AMEND COMPLAINT | |
| 02-22-2005 | GRANTED UNDER RULE OF COURT | |
| 06-16-2005 | SUMMONS,PROOF OF SERVICE FILED | UPON NEW ENGLAND GAS CO. |
| 06-21-2005 | NOTICE OF REMOVAL | FOR REMOVAL TO U.S. DISTRICT COURT OF R.I.. FILED BY DEFENDANT NEW ENGLAND GAS COMPANY. ORGINAL PLEADINGS REMAIN IN FILE. CERTIFIED COPIES OF ALL PLEADINGS SENT TO US DISTRICT COURT. |