UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 24 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KEVIN R. BURNS, FLORENCE J. BURNS LEONARD BOUCHARD; ALICE CAMBRA, SUSAN M. FERREIRA, RAYMOND GAGNON, CORRINE GAGNON, ANTONIO M. GUILHERME, WILLIAM HILL, SR., JOANN HILL, MICHAEL LEBEAU, CARRIE LEBEAU, CAROL A. MATTHEWS, KAREN OLIVEIRA, RICHARD RAPOZA, LAUREN RAPOZA, GRANT R. SCHOFIELD, ELIZABETH TOKARZ-MACIEL and MARISSA MACIEL, ppa. ELIZABETH TOKARZ-MACIEL, Mother and Next Friend of Marissa Maciel, a Minor, MELANIE CREADOR, ROBERT CREADOR LUIS RESENDES, LOUISE RESENDES, LUIS RESENDES, JR., LINDA RESENDES, DANIEL SCHREFFLER, AND DAVID A. TAVARES<br>Plaintiff<br><br>v.<br><br>NEW ENGLAND GAS COMPANY, formerly known as FALL RIVER GAS COMPANY<br>Defendant | C.A. No. 05-274T<br>(Related Case No. 05-221T) |

**STIPULATION**

Pursuant to Local Rule 22(a), Plaintiffs and Defendant New England Gas Company (improperly sued as "New England Gas Company, Inc."), an unincorporated division of

Southern Union Company, hereby stipulate and agree that Defendant may have until Thursday, July 28, 2005 to answer or otherwise respond to the Amended Complaint.

By: ______________________________
Brian R. Cunha, Esq. (#4074)
904 Broadway
East Providence, RI 02914
Tel: (401) 434-5300
Fax: 431-1958
Date: 6/24/05

*Attorneys for Plaintiff*

By: ______________________________
John A. Tarantino (#2586)
David A. Wollin (#4950)
Patricia K. Rocha (#2793)
Kristen W. Sherman (#5595)
ADLER, POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607
Date: 6/24/05

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

ENTER ______________________________
Ernest C. Torres
Chief, U.S. District Judge
DATE 7/5/05

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of June, 2005, a copy of the foregoing was mail first class U.S. postage/hand-delivered to the following:

Brian R. Cunha, Esq.
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914

337051_1.doc