UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KEVIN R. BURNS, FLORENCE J. BURNS :
LEONARD BOUCHARD; ALICE CAMBRA, :
SUSAN M. FERREIRA, RAYMOND :
GAGNON, CORRINE GAGNON, ANTONIO :
M. GUILHERME, WILLIAM HILL, SR., :
JOANN HILL, MICHAEL LEBEAU, CARRIE :
LEBEAU, CAROL A. MATTHEWS, KAREN :
OLIVEIRA, RICHARD RAPOZA, LAUREN :
RAPOZA, GRANT R. SCHOFIELD, :
ELIZABETH TOKARZ-MACIEL and :
MARISSA MACIEL, ppa. ELIZABETH :
TOKARZ-MACIEL, Mother and Next Friend : C.A. No. 05-274T
of Marissa Maciel, a Minor, : (Related Case No. 05-221T)
MELANIE CREADOR, ROBERT CREADOR :
LUIS RESENDES, LOUISE RESENDES, :
LUIS RESENDES, JR., LINDA RESENDES, :
DANIEL SCHREFFLER, AND DAVID A. :
TAVARES :
Plaintiffs :
:
v. :
:
NEW ENGLAND GAS COMPANY, formerly :
known as FALL RIVER GAS COMPANY :
Defendant :

**MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE**

Defendant, New England Gas Company, an unincorporated division of Southern Union Company (improperly sued as "New England Gas Company, formerly known as Fall River Gas Company"), hereby moves that Christina C. Dodds, Esq. be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

1. This case involves the following complex areas of law, in which Defendant's counsel specializes: environmental litigation.

2. Pro hac vice counsel's long-standing representation of the Defendant, New England Gas Company.

Dated: Providence, Rhode Island
July 5, 2005

ADLER, POLLOCK & SHEEHAN P.C.

By: [signature]

John A. Tarantino (#2586)
David A. Wollin (#4950)
Patricia K. Rocha (#2793)
Kristen W. Sherman (#5595)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of July, 2005, a copy of the foregoing was hand-delivered to the following:

Brian R. Cunha, Esq.
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914

[signature]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KEVIN R. BURNS, FLORENCE J. BURNS LEONARD BOUCHARD; ALICE CAMBRA, SUSAN M. FERREIRA, RAYMOND GAGNON, CORRINE GAGNON, ANTONIO M. GUILHERME, WILLIAM HILL, SR., JOANN HILL, MICHAEL LEBEAU, CARRIE LEBEAU, CAROL A. MATTHEWS, KAREN OLIVEIRA, RICHARD RAPOZA, LAUREN RAPOZA, GRANT R. SCHOFIELD, ELIZABETH TOKARZ-MACIEL and MARISSA MACIEL, ppa. ELIZABETH TOKARZ-MACIEL, Mother and Next Friend of Marissa Maciel, a Minor, MELANIE CREADOR, ROBERT CREADOR LUIS RESENDES, LOUISE RESENDES, LUIS RESENDES, JR., LINDA RESENDES, DANIEL SCHREFFLER, AND DAVID A. TAVARES<br>Plaintiffs<br><br>vi.<br><br>NEW ENGLAND GAS COMPANY, formerly known as FALL RIVER GAS COMPANY<br>Defendant | : | C.A. No. 05-274T<br>(Related Case No. 05-221T) |

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I, CHRISTINA CARLSON DODDS, ESQ., hereby certify as follows:

1. I am a member in good standing of the bar of the State of Texas (Bar #3813520) and of the following Federal District Court and/or Court of Appeals Bar(s), Western and Northern Districts of Texas and the Fifth Circuit Court of Appeals, and that my eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

3. I have never been convicted of any crime other than minor traffic offenses.

4. During the past 24 months I have not appeared or applied to be admitted in any cases in this district except for the related case of Corvello v. New England Gas Company, Inc. (C.A. No. 05-221T), in which I have been admitted pro hac vice.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

CHRISTINA CARLSON DODDS

WATSON BISHOP LONDON
BROPHY, P.C.
106 E. Sixth Street, Suite 700
Austin, TX 78701
Phone: (512) 479-5900
Fax: (512) 479-5934

JOHN A. TARANTINO (#2586)
DAVID A. WOLLIN (#4950)

ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Phone: (401) 274-7200
Fax: (401) 351-4607

**ORDER:** This Motion is hereby ______________________________

______________________________
U.S. District Court Judge

Date__________________________

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of ~~June~~ July, 2005, a copy of the foregoing was hand-delivered to the following:

Brian R. Cunha, Esq.
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914

______________________________