UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEVIN R. BURNS AND FLORENCE J. BURNS, et al.,
Plaintiffs,

v.

NEW ENGLAND GAS COMPANY, formerly known as FALL RIVER GAS COMPANY,
Defendant.

C.A. No. 05-274T
(Related Case No. 05-221T)

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

Defendant New England Gas Company (improperly sued as "New England Gas Company, Inc."), an unincorporated division of Southern Union Company, hereby submits the following change of attorney information: The law firm name and email address for Christina Dodds, Esq., who has been admitted pro hac vice in this matter, has been changed to Bishop London Brophy Dodds (formerly Watson Bishop London Brophy) and cdodds@bishoplondon.com (formerly cdodds@watsonbishop.com).

Dated: Providence, Rhode Island
August 23, 2005

Respectfully Submitted,

**ADLER POLLOCK & SHEEHAN P.C.**

John A. Tarantino (#2586)
Patricia K. Rocha (#2793)
David A. Wollin (#4950)
Kristen W. Sherman (#5595)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP LONDON BROPHY DODDS**
Christina Dodds
The Littlefield Building
106 E. 6th Street, Suite 700
Austin, Texas 78701
(512) 479-5900

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23d day of August, 2005, a copy of the foregoing was mailed first class U.S. postage/~~hand-delivered~~ to the following:

Brian R. Cunha, Esq.
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914

343057_1.doc