# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

KEVIN R. BURNS, FLORENCE J. BURNS, COLLEEN BIGELOW, DONNA BRAGA LEONARD BOUCHARD, ALICE CAMBRA, SUSAN M. FERREIRA, RAYMOND GAGNON, CORRINE GAGNON, ANTONIO M. GUILHERME, WILLIAM HILL, SR., JOANN HILL, MICHAEL LEBEAU, CARRIE LEBEAU, CAROL A. MATHEWS, KAREN OLIVEIRA, RICHARD RAPOZA, LAUREN RAPOZA, GRANT R. SCHOFIELD, ELIZABETH TOKARZ-MACIEL, and MARISSA MACIEL, ppa. ELIZABETH TOKARZ-MACIEL, Mother and Next Friend of Marissa Maciel, a Minor THOMAS PATERSON, THERESA PICARD, MELANIE CREADOR, ROBERT CREADOR, LUIS RESENDES, LOUISE RESENDES, LUIS RESENDES, JR., LINDA RESENDES, DANIEL SCHREFFLER, DAVID A. TAVARES

Plaintiff

VS.

NEW ENGLAND GAS COMPANY, formerly known as FALL RIVER GAS COMPANY

Defendant

FILED
JUN 30 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

C.A. No. 05274-T

## MOTION TO REMAND

The plaintiffs move this honorable court to REMAND this case to the Superior Court of the State of Rhode Island, County of Providence. Because New England Gas is a Rhode Island company and represents the real and substantial party in interest in this case, the parties are not completely diverse and diversity jurisdiction does not exist.

Dated: June 28, 2005

Respectfully submitted

Brian R. Cunha, Esquire (#4074)
BRIAN CUNHA & ASSOCIATES
904 Broadway
East Providence, RI 02914
(401) 431-5300
(401) 431-1958

DENIED for reasons stated in open court.

Ernest C. Torres, Chief Judge
9/9/05

CERTIFICATION

I hereby certify that a copy of the foregoing document was delivered to all counsel of record on this ___ day of June 2005.