UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KEVIN R. BURNS, FLORENCE J. BURNS, COLLEEN BIGELOW, DONNA BRAGA LEONARD BOUCHARD, ALICE CAMBRA, SUSAN M. FERREIRA, RAYMOND GAGNON, CORRINE GAGNON, ANTONIO M. GUILHERME, WILLIAM HILL, SR., JOANN HILL, MICHAEL LEBEAU, CARRIE LEBEAU, CAROL A. MATHEWS, KAREN OLIVEIRA, RICHARD RAPOZA, LAUREN RAPOZA, GRANT R. SCHOFIELD, ELIZABETH TOKARZ-MACIEL, and MARISSA MACIEL, ppa. ELIZABETH TOKARZ-MACIEL, Mother and Next Friend of Marissa Maciel, a Minor THOMAS PATERSON, THERESA PICARD, MELANIE CREADOR, ROBERT CREADOR, LUIS RESENDES, LOUISE RESENDES, LUIS RESENDES, JR., LINDA RESENDES, DANIEL SCHREFFLER, DAVID A. TAVARES

Plaintiff

VS.

NEW ENGLAND GAS COMPANY, formerly known as FALL RIVER GAS COMPANY

Defendant

C.A. No. 05274-T

FILED
AUG 3 1 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
9/13/05

MOTION TO EXTEND TIME TO RESPOND
TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Now Comes the Plaintiff in the above matter and respectfully moves that this Court extend the time in which to answer and respond to Defendant's Motion to Dismiss Plaintiff's Amended Complaint.

As reasons therefore, Plaintiff states that due to the complexity of this matter, the Plaintiff requests said extension to complete and file his response.

Plaintiff further states that he has conferred with Defendant's Counsel who has no objection to this request.

Wherefore, the Plaintiff requests that this Honorable Court allow an extension up to and including October 3, 2005 to respond to the Defendant's Motion.

By their attorneys,
BRIAN CUNHA & ASSOCIATES

Brian R. Cunha, Esquire
311 Pine Street
Fall River, MA 02720
(508) 675-9500
B.B.O. No: 4074

DATED: August 26, 2005

**CERTIFICATION**

I hereby certify that a copy of the foregoing document was delivered to all counsel of record on this 25 day of August, 2005.

Kristen W. Sherman, Esquire
ADLER, POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th FL
Providence, RI 02903-1345

Eric D. Herschmann, Esquire
KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
1633 Broadway
New York, New York 10019

Christina Dodds, Esquire
BISHOP, LONDON, BROPHY, & DODDS
The Littlefield Building
106 E. 6th Street, Suite 700
Austin, TX 78701

Brian R. Cunha, Esquire