# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

KEVIN R. BURNS, FLORENCE J. BURNS,
COLLEEN BIGELOW, DONNA BRAGA
LEONARD BOUCHARD, ALICE CAMBRA,
SUSAN M. FERREIRA, RAYMOND GAGNON,
CORRINE GAGNON, ANTONIO M. GUILHERME,
WILLIAM HILL, SR., JOANN HILL,
MICHAEL LEBEAU, CARRIE LEBEAU,
CAROL A. MATHEWS, KAREN OLIVEIRA,
RICHARD RAPOZA, LAUREN RAPOZA,
GRANT R. SCHOFIELD,
ELIZABETH TOKARZ-MACIEL, and
MARISSA MACIEL, ppa. ELIZABETH
TOKARZ-MACIEL, Mother and Next Friend
of Marissa Maciel, a Minor
THOMAS PATERSON, THERESA PICARD,
MELANIE CREADOR, ROBERT CREADOR,
LUIS RESENDES, LOUISE RESENDES,
LUIS RESENDES, JR., LINDA RESENDES,
DANIEL SCHREFFLER, DAVID A. TAVARES

Plaintiffs

VS.

NEW ENGLAND GAS COMPANY, formerly
known as FALL RIVER GAS COMPANY
Defendant

C.A. No. 05-274-T

FILED
OCT 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Now come the Plaintiffs in the above matter and respectfully move that this Court extend the time in which to answer and respond to Defendant's Motion to Dismiss Plaintiff's Amended Complaint.

As reasons therefore, Plaintiffs' counsel was called to trial the week of September 28, 2005, and had to prepare and co-ordinate with experts for that trial.

The trial of BEVERLY GRUNDY V. JACQUELINE TETREAULT, M.D., C.A. No.: 02-662, before the Honorable O. Rogeriee Thompson at the Kent County Superior Court, began on October 3, 2005 and is presently ongoing and is expected to continue into next week. The Plaintiffs' counsel requests this honorable Court to grant him an extension to complete and file his response.

Plaintiffs' counsel further states that he has conferred with Defendant's Counsel who has no objection to this request.

Wherefore, the Plaintiffs' counsel requests that this Honorable Court allow an extension up to and including October 14, 2005 to respond to the Defendant's Motion.

GRANTED No further extensions will be granted
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
10/18/05

By their attorneys,
BRIAN CUNHA & ASSOCIATES

Brian R. Cunha, Esquire
311 Pine Street
Fall River, MA 02720
(508) 675-9500
B.B.O. No: 4074

DATED: October 7, 2005

**CERTIFICATION**

I hereby certify that a copy of the foregoing document was delivered to all counsel of record on this 7th day of October, 2005.

David Wollin, Esquire
John A. Tarantino, Esquire
Patricia K. Rocha, Esquire
Kristen W. Sherman, Esquire
ADLER, POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th FL
Providence, RI 02903-1345

Eric D. Herschmann, Esquire
KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
1633 Broadway
New York, New York 10019

Christina Dodds, Esquire
BISHOP, LONDON, BROPHY, & DODDS
The Littlefield Building
106 E. 6th Street, Suite 700
Austin, TX 78701

Brian R. Cunha, Esquire