UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Brian Cunha, Esq.

RE: CA 05-274T

Kevin Burns, et al v. New England Gas Co.,

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 10 / 17 / 05 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

_____ 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

__x__ 8. Document violates Amended General Order 2002-01.

_____ 9. Other:____________________

ENTER:

[signature]
United States Magistrate Judge

Date: 10/17/05

cc: Counsel of Record

RECEIVED
OCT 17 2005
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEVIN R. BURNS, FLORENCE J. BURNS, et al. :
Plaintiff :

VS. : C.A. No. 05-274-T

NEW ENGLAND GAS COMPANY, formerly known as FALL RIVER GAS COMPANY :
Defendant :

**PLAINTIFFS' OPPOSITION TO DEFENDANT NEW ENGLAND GAS COMPANY'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Plaintiffs hereby oppose Defendant New England Gas Company's Motion to Dismiss Plaintiffs' First Amended Complaint. In support thereof, Plaintiffs hereby rely on the accompanying Memorandum of Law.

**Plaintiffs,**
By Their Attorneys,
**BRIAN CUNHA & ASSOCIATES, P.C.**

Brian R. Cunha, Esquire #550836
311 Pine Street
Fall River, MA 02720
Telephone: (508) 675-9500
Fax: (508) 679-6360

Dated: October 14, 2005

## CERTIFICATION

I hereby certify that a copy of the foregoing document was delivered to all counsel of record on this 14th day of October, 2005.

David Wollin, Esquire
John A. Tarantino, Esquire
Patricia K. Rocha, Esquire
Kristen W. Sherman, Esquire
ADLER, POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th FL
Providence, RI 02903-1345

Eric D. Herschmann, Esquire
KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
1633 Broadway
New York, New York 10019

Christina Dodds, Esquire
BISHOP, LONDON, BROPHY, & DODDS
The Littlefield Building
106 E. 6th Street, Suite 700
Austin, TX 78701

Brian R. Cunha, Esquire

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEVIN R. BURNS, FLORENCE J. BURNS, et al. :
Plaintiff :

VS. : C.A. No. 05-274-T

NEW ENGLAND GAS COMPANY, formerly known as FALL RIVER GAS COMPANY :
Defendant :

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT NEW ENGLAND GAS COMPANY'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Dismissal for failure to state a claim *under* Fed. R. Civ. P. 12(b)(6) is only proper when it appears beyond a doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief. See Conley v. Gibson, 355 U.S. 41, 46 (1957). When the court reviews a claim with respect to a Rule 12(b)(6) motion to dismiss, the *court must accept as* true *all* factual allegations contained in the complaint and draw all reasonable inferences from those assertions in the Plaintiffs favor, See Pharmaceutical Research & Mfrs. of America v. Nicholas, 353 F. Supp.2d 231 (D. R. I. 2005).[1] Defendants' motion will fail if "the well-pleaded facts, taken as

[1] The Federal Rules of Civil Procedure require only notice pleading, or "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). "[T]he Federal Rules of Civil Procedure do not require a claimant to set out in detail the facts upon which he bases his claim." Conley, U.S. 41, 355 U.S. at 47. The plaintiff is merely required to give the defendant fair notice of what the plaintiff's claim is and the grounds upon which it rests. Id. See also Bennett v. Schmidt, 153 F. 3d 516 (7th Cir. 1998).