UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEVIN R. BURNS AND FLORENCE J. BURNS, et al.,
Plaintiffs,

v.

NEW ENGLAND GAS COMPANY, formerly known as FALL RIVER GAS COMPANY,
Defendant.

C.A. No. 05-274T
(Related Cases No. 05-221T, 05-370 T)

**DEFENDANT NEW ENGLAND GAS COMPANY'S STATEMENT REGARDING PLAINTIFFS' MOTION TO WITHDRAW PREVIOUSLY FILED SECOND AMENDED COMPLAINT AND TO SUBSTITUTE IT WITH A FURTHER AMENDED COMPLAINT**

Defendant New England Gas Company ("New England Gas") does not oppose Plaintiffs' motion to withdraw their previously filed motion to amend their amended complaint dated on or about October 17, 2005.

New England Gas intends to respond to the Plaintiffs' motion to substitute with a further amended complaint on or before the October 31, 2005 deadline for doing so.

Dated: Providence, Rhode Island
October 24, 2005

Respectfully Submitted,

**ADLER POLLOCK & SHEEHAN P.C.**

John A. Tarantino (#2586)
David A. Wollin (#4950)
Kristen W. Sherman (#5595)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP LONDON BROPHY DODDS**
Christina Dodds
The Littlefield Building
106 E. 6th Street, Suite 700
Austin, Texas 78701
(512) 479-5900

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of October, 2005, a copy of the foregoing was mailed first class U.S. postage/hand-delivered to the following:

Brian R. Cunha, Esq.
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914

358831_1.doc