UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KEVIN R. BURNS AND FLORENCE J. BURNS, et al., Plaintiffs, | |
| | C.A. No. 05-274T (Related Cases No. 05-221T, 05-370 T) |
| v. | |
| NEW ENGLAND GAS COMPANY, formerly known as FALL RIVER GAS COMPANY, Defendant. | |

**DEFENDANT NEW ENGLAND GAS COMPANY'S OBJECTION TO PLAINTIFFS' MOTION TO AMEND THEIR FIRST AMENDED COMPLAINT**

Defendant New England Gas Company (hereafter "NEGasCo"), an unincorporated division of Southern Union Company, hereby objects to Plaintiffs' Motion to Amend their First Amended Complaint. The grounds for this objection are set forth in the accompanying memorandum of law.

Dated: Providence, Rhode Island
October 31, 2005

Respectfully Submitted,

**ADLER POLLOCK & SHEEHAN P.C.**

John A. Tarantino (#2586)
David A. Wollin (#4950)
Kristen W. Sherman (#5595)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP LONDON BROPHY DODDS**
Christina Dodds
The Littlefield Building
106 E. 6th Street, Suite 700
Austin, Texas 78701
(512) 479-5900

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of October, 2005, a copy of the foregoing was mailed first class U.S. postage/hand-delivered to the following:

Brian R. Cunha, Esq.
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914

359786_1.doc

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KEVIN R. BURNS AND FLORENCE J. BURNS, et al., Plaintiffs, | : C.A. No. 05-274T (Related Cases No. 05-221T, 05-370 T) |
| v. | : |
| NEW ENGLAND GAS COMPANY, formerly known as FALL RIVER GAS COMPANY, Defendant. | : |

**DEFENDANT NEW ENGLAND GAS COMPANY'S MEMORANDUM OF LAW IN SUPPORT OF ITS OBJECTION TO PLAINTIFFS' MOTION TO AMEND THEIR FIRST AMENDED COMPLAINT**

Defendant New England Gas Company (hereafter "NEGasCo"), an unincorporated division of Southern Union Company, respectfully submits this memorandum of law in opposition to Plaintiffs' Motion to Amend their First Amended Complaint. The proposed amendments (i) add all of the plaintiffs in the related action Bigelow, et al. v. New England Gas Company, C.A. No. 05-370-T (the "Bigelow Case"); (ii) allege additional facts; and (iii) add two counts: negligent infliction of emotional distress and a violation of R.I. GEN. LAWS §23-19.1-22 (2005). [1]

NEGasCo does not oppose that part of Plaintiffs' amendment that seeks to add the plaintiffs in the Bigelow Case to this case. However, the remainder of the proposed amendments -- the addition of facts not previously alleged and the addition of two new

[1] In Plaintiffs' Motion To Withdraw Previously Filed Amended Complaint And To Substitute It With A Further Amended Complaint, Plaintiffs state that "Upon allowance of this Motion the Plaintiff [sic] will dismiss" the Bigelow Case. NEGasCo. has no objection to the dismissal of the Bigelow case.

causes of action -- should be denied. These proposed amendments do not cure any of the fatal deficiencies of the First Amended Complaint. Thus, these proposed amendments are futile.

Leave to amend should be denied if a proposed amendment is futile. See Glassman v. Computervision Corp., 90 F.3d 617, 623 (1st Cir. 1996); Resolution Trust Corp. v. Gold, 30 F.3d 251, 253 (1st Cir. 1994); Gagne v. D.E. Jonsen, Inc., 298 F. Supp. 2d 145, 146 (D. Me. 2003). Further, "[w]hen leave to amend is sought prior to the completion of discovery and the filing of the motions for summary judgment, the standard for futility is whether the complaint as amended would survive a motion to dismiss under Rule 12(b)(6)." Ferreira v. City of Pawtucket, 365 F. Supp. 2d 215, 216 (D.R.I. 2004) (citing Hatch v. Dep't of Children, Youth and Their Families, 274 F.3d 12, 19 (1st Cir. 2001)).

Here, the proposed Second Amended Complaint suffers from the identical legal deficiencies which require dismissal of Plaintiffs' First Amended Complaint pursuant to Fed. R. Civ. 12(b)(6). The proposed amendments would likewise not survive a motion to dismiss and are therefore, futile. Accordingly, while NEGasCo does not oppose the addition of the plaintiffs from the Bigelow Case to this case, the remainder of the proposed amendments are futile, and that part of Plaintiffs' attendant motion to amend should be denied.

Dated: Providence, Rhode Island
October 31, 2005

Respectfully Submitted,

**ADLER POLLOCK & SHEEHAN P.C.**

John A. Tarantino (#2586)
David A. Wollin (#4950)
Kristen W. Sherman (#5595)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP LONDON BROPHY DODDS**
Christina Dodds
The Littlefield Building
106 E. 6th Street, Suite 700
Austin, Texas 78701
(512) 479-5900

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of October, 2005, a copy of the foregoing was mailed first class U.S. postage/hand-delivered to the following:

Brian R. Cunha, Esq.
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914

*359782_1.doc*