UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KEVIN R. BURNS AND FLORENCE J. BURNS, et al., Plaintiffs, | : | |
| | : | C.A. No. 05-274T (Related Cases No. 05-221T, 05-370 T) |
| v. | : | |
| NEW ENGLAND GAS COMPANY, formerly known as FALL RIVER GAS COMPANY, Defendant. | : | |

**DEFENDANT NEW ENGLAND GAS COMPANY'S**
**REPLY BRIEF IN FURTHER SUPPORT OF ITS**
**MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

New England Gas Company ("NEGasCo") submits this reply brief in further support of its motion to dismiss Plaintiffs' Amended Complaint (the "Amended Complaint"). With the exception of a claim for trespass, Plaintiffs' claims in this action were also asserted by plaintiffs in the related case of *Corvello v. New England Gas Company,* No. 05-0221T, and suffer from the same incurable infirmities. Accordingly, in response to Plaintiffs' opposition, NEGasCo hereby incorporates by reference its reply memorandum of law filed in the companion *Corvello* action on November 9, 2005, entitled "New England Gas Company's Reply Brief In Further Support of Its Motion To Dismiss Plaintiffs' First Amended Complaint." As for Plaintiffs' trespass claim (see Amended Complaint ¶¶ 48-56), Plaintiffs' opposition brief fails to address, let alone refute, that portion of NEGasCo's brief demonstrating that the trespass claim also fails as a matter of law (see NEGasCo's Memorandum of Law at 13).

For the foregoing reasons and those set forth in NEGasCo's moving papers, NEGasCo respectfully submits that Plaintiffs' Amended Complaint should be dismissed with prejudice.

Dated: Providence, Rhode Island
November 9, 2005

Respectfully Submitted,

**ADLER POLLOCK & SHEEHAN P.C.**

John A. Tarantino (#2586)
David A. Wollin (#4950)
Kristen W. Sherman (#5595)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP LONDON BROPHY DODDS**
Christina Dodds
The Littlefield Building
106 E. 6th Street, Suite 700
Austin, Texas 78701
(512) 479-5900

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2005, a copy of the foregoing was mailed first class U.S. postage/~~hand delivered~~ to the following:

Brian R. Cunha, Esq.
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914

*360981_1.doc*