UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KEVIN R. BURNS, ET AL.,
Plaintiffs

v. C.A. No. 05-274T

NEW ENGLAND GAS COMPANY
Defendant

**ORDER DISMISSING COUNT VIII OF THE COMPLAINT AND DENYING PLAINTIFFS' MOTION TO AMEND**

For reasons stated in open court on December 1, 2005, Count VIII of the complaint asserting a claim for Trespass is hereby dismissed by agreement.

Plaintiffs' Motion to Amend the Complaint is hereby denied without prejudice.

Defendant's Motion to Dismiss the remaining counts is taken under advisement and when the Court issues its decision, entry of that order shall be delayed for ten (10) days. During that ten (10) day period, Plaintiffs may file a Motion to Amend if warranted and a Motion to Stay the Entry of an Order regarding the Motion to Dismiss until any such Motion to Amend is decided. After the ten (10) day period has elapsed, no further Motions to Amend may be filed unless there is a demonstrable change in the law or a change in circumstances.

Counsel may have one week in which to submit requests for certification to the Rhode Island Supreme Court of any issues of state law and this Court reserves the right to certify any such issues sua sponte.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge
Date: 12/1/05