# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

KEVIN BURNS, FLORENCE BURNS, et al. :
: C.A. No.: 05-274T
VS. : (Related cases: 05-370T; 05-022T
: 05-221T)
NEW ENGLAND GAS COMPANY, et al :

## MOTION TO CONSOLIDATE ALL PLAINTIFFS' CASES FOR PURPOSES OF DISCOVERY ONLY

Now come the plaintiffs, Kevin Burns, et al and Colleen Bigelow, et al , in the above-entitled cause and move this Honorable Court to allow them to consolidate, Colleen Bigelow, et al v. New England Gas Co., et al C.A. No.: 05- 370T; Kevin R. Burns, Florence J. Burns et al, v. New England Gas Co., et al C.A. No. 05-274T; Gail, John D. and John F. Corvello, et al. New England Gas Co. et al C.A. No. 05-221T; and Sheila Reis, et al v. Southern Union Gas Co., et al C.A. No. 05-522T, for purposes of discovery only. In support of this Motion, plaintiffs refer this Court to the Memorandum of Law that is attached hereto.

Respectfully submitted,

/s/
Brian R. Cunha, Esq.
Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720
(508) 675-9500

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that all counsel of record are so registered.

/s/ Brian R. Cunha
Dated: November 14, 2006 Brian R. Cunha, Esq.