# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

KEVIN BURNS, FLORENCE BURNS, et al.

Plaintiffs

VS.

NEW ENGLAND GAS COMPANY, formerly known as FALL RIVER GAS COMPANY, an unincorporated division of SOUTHERN UNION COMPANY

Defendant

C.A.No.: 05-274T
(Related Case: 05-370T; 05-022T)
05-221T)

## PLAINTIFFS MOTION TO CONSOLIDATE

Plaintiffs in this matter hereby requests that this Honorable Court allow them to consolidate Kevin R. Burns, Florence J. Burns et al, C.A. No. 05-274T and Colleen Bigelow, et al C.A. No.: 05- 370 T.

As reasons therefore, plaintiffs request that this Honorable Court refer to the Memorandum attached hereto.

Plaintiffs'
By Their Attorneys,
BRIAN CUNHA & ASSOCIATES
/s/
Brian R. Cunha, Esquire (#4074)
311 Pine Street
Fall River, MA 02720
Tel: (508) 675-9500

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that all counsel of record are so registered.

/s/ Brian R. Cunha
Brian R. Cunha, Esq.

Dated: November 14, 2006