# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KEVIN BURNS, FLORENCE BURNS, et al. | : | |
| | : | C.A. No.: 05-274T |
| VS. | : | (Related cases: 05-370T; 05-022T |
| | : | 05-221T) |
| NEW ENGLAND GAS COMPANY, et al | : | |

## PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO CONSOLIDATE

The Plaintiffs, Kevin Burns, et al and Colleen Bigelow, et al, in the above entitled cause move this Honorable Court, for the purposes of discovery only, to allow the consolidation of Colleen Bigelow, et al v. New England Gas Co., et al C.A. No.: 05- 370T; Kevin R. Burns, Florence J. Burns et al, v. New England Gas Co., et al C.A. No. 05-274T; Gail, John D. and John F. Corvello, et al. New England Gas Co, et al C.A. No. 05-221T; and Sheila Reis, et al v. Southern Union Gas Co., et al C.A. No. 05-522T.

As reasons therefore, Plaintiffs state that the cases were originally filed in Rhode Island Superior Court. The Court remanded these matters to Unites States District Court of Rhode Island. Moreover, all cases arise out of the same incident with the same set of facts. It is anticipated that extensive discovery will be required that will require dozens of depositions and other paper discovery. In the interest of judicial economy and to eliminate numerous depositions of the same parties or witnesses and to simplify the pleadings, the plaintiffs respectfully requests that this Honorable Court allow the plaintiffs' Motion for the consolidation of the above-captioned cases for purposes of discovery only.

Respectfully submitted,

/s/________________________

Brian R. Cunha, Esq.
Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720
(508) 675-9500

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that all counsel of record are so registered.

/s/ Brian R. Cunha

Dated: November 14, 2006 Brian R. Cunha, Esq.