UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KEVIN R. BURNS AND FLORENCE J. BURNS, et al., Plaintiffs, | : | C.A. No. 05-274T (Related Cases No. 05-221T, 05-370T, 05-522T) |
| v. | : | |
| NEW ENGLAND GAS COMPANY, formerly known as FALL RIVER GAS COMPANY, Defendant. | : | |

**STIPULATION**

Plaintiffs and Defendant New England Gas Company, an unincorporated division of Southern Union Company, hereby stipulate and agree that (1) Defendant will not oppose Plaintiffs' Motion to Further Amend Complaint to Add Plaintiffs, dated December 1, 2006 (the "Motion"); (2) Defendant's non-opposition to the Motion shall not constitute or otherwise be construed as a waiver or limitation on any defenses or rights Defendant has as to any plaintiffs including those plaintiffs to be added pursuant to the Motion, all of which defenses and rights are preserved; and (3) Defendant shall have two weeks from the date Plaintiffs' Motion to Further Amend Complaint is granted to answer or otherwise respond to the latest amended complaint.

**BRIAN CUNHA & ASSOCIATES, P.C.**

/s/ *Brian R. Cunha, Esq.*
Brian R. Cunha, Esq. (#4074)
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914
(401) 453-5300
Fax: (401) 453-1958

*Attorneys for Plaintiffs*

**ADLER POLLOCK & SHEEHAN P.C.**

/s/ *David A. Wollin*
John A. Tarantino (#2586)
David A. Wollin (#4950)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
David E. Ross
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP LONDON BROPHY DODDS**
Christina Dodds
3701 Bee Cave Road
Austin, Texas 78746
(512) 479-5900

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

Dated: December 7, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of December, 2006, I did send a true copy of the within document by electronic means (ECF) to the following:

Brian R. Cunha, Esq.
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914

/s/ *David A. Wollin*

401511_1.doc