**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

KEVIN BURNS, et al.

Plaintiffs,

v. C.A. No. 05-274T

SOUTHERN UNION COMPANY dba
FALL RIVER GAS AND NEW ENGLAND GAS

Defendants;

**consolidated with**

COLLEEN BIGELOW, et al.

Plaintiffs,

v. C.A. No. 05-370T

NEW ENGLAND GAS COMPANY, formerly known as
FALL RIVER GAS COMPANY, an
unincorporated division of
SOUTHERN UNION COMPANY,

Defendants;

**ORDER**

The plaintiffs' motion to amend the complaint in these consolidated cases is denied for the reason that this Court previously dismissed claims identical to those set forth in some of the counts of the plaintiffs' proposed amended complaint and, therefore, the amended complaint, as proposed, would be futile. See Corvello v. New England Gas Co., --- F.Supp.2d ---, 2006 WL 3157425 (D.R.I. Nov. 3, 2006).

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres, Sr. U.S. District Judge
Date: 12/20/06