# EXHIBIT 1

-----Original Message-----
From: Susi Ferreira [mailto:suzy@briancunha.com]
Sent: Tuesday, December 19, 2006 2:32 PM
To: Wollin, David; 'eherschmann@kasowitz.com'; 'cdodds@bishoplondon.com'; 'rmcconnell@motleyrice.com'; 'nleifer@tenlaw.com'; 'mroberts@mcrobertslaw.com'; 'rpollock@campbell-trial-lawyers.com'; 'Revere!!!@aol.com'
Subject: Corvelo, et al v New England Gas Company Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

GAIL, JOHN D. and
JOHN F CORVELLO, et al : C.A. No. 05-221T

VS.

NEW ENGLAND GAS COMPANY INC. :

KEVIN R. BURNS AND FLORENCE J. :
BURNS, et al : C.A. No. 05-274T

VS.

NEW ENGLAND GAS COMPANY, formerly :
known as FALL RIVER GAS COMPANY :

COLLEEN BIGELOW, et al :

VS. : C.A. No. 05-370T

NEW ENGLAND GAS COMPANY, formerly :
known as FALL RIVER GAS COMPANY :

SHEILA REIS, DENNIS REIS, ASHLEY REIS :
et al : C.A. No. 05-522T

VS.

SOUTHERN UNION COMPANY :
dba FALL RIVER GAS COMPANY, and :

NEW ENGLAND GAS COMPANY :

PLAINTIFFS' KEVIN R. BURNS, ET AL AND COLLEEN BIGELOW, ET AL

RULE 26(a)(1) DISCLOSURE

Plaintiffs, Kevin R. Burns, et al and Colleen Bigelow, et al, through their counsel, hereby make the following disclosures pursuant to Rule 26(a)(1)(A), (B) and (d) of the Federal Rules of Civil Procedure.

Rule 26(a)(1)(A) Disclosure

Plaintiffs, Kevin R. Burns, et al and Colleen Bigelow, et al, identifies the following individuals or organizations who may have discoverable information that may be used to support plaintiffs' claim against the defendant:

1. All plaintiffs identified in Corvello, et al. V. New England Gas Company, Inc., C.A. No. 05-221T.

2. All plaintiffs identified in Burns, et al, v. New England Gas Company, Inc., C.A. No. 05-274 T.

3. All plaintiffs identified in Bigelow, et al vs. New England Gas Company, C.A. No.: 05- 370 T.

4. All plaintiffs identified in Reis, et al. V. Southern Union Company, C.A. No. 05-522T.

Additional Fact Witnesses

1. Additional fact witnesses identified in plaintiffs' Rule 26(a) (1) (A) disclosure in Corvello et al v. New England Gas Company, Inc., C.A. No. 05-221T, and related actions.

2. Persons (identifies currently undetermined or unknown) who are now or were formerly associated with te Rhode Island Department of Environmental Management ("RIDEM"). RIDEM's address is 235 Promenade Street, Providence, Rhode Island 02908, (401) 222-6800. The home address(es) of employee(s) or representative(s) of RIDEM is currently unknown.

3. Persons (identities currently undetermined or unknown) who are now or were formerly associated with the Rhode Island Department of Health ("RIDOH"). RIDOH's address is 3 Capitol Hill, Providence, Rhode Island 02908, (401) 222-2231. The home address(es) of employee(s) or representative(s) of RIDOH is currently unknown.

4. Persons (identities currently undetermined or unknown) who are now or were formerly associated with the United States Department of Environmental Protection ("EPA") Region 1. The EPA Region 1 address is One Congress Street, Boston, Massachusetts 02114, (888) 372-7341. The home address(es) of employee(s) or representative(s) of EPA is currently unknown.

5. Persons (identities currently undetermined or unknown) who are now or were formerly associated with the Town of Tiverton, Rhode Island. The town of Tiverton's address is 343 Highland Road, Tiverton, Rhode Island 02878, (401)625-6710. The home address(es) of employee(s) or representative(s) of the Town of Tiverton is currently unknown.

6. Persons (identifies currently undetermined or unknown) who are now or were formerly associated with the City of Fall River, Massachusetts. The City of Fall River's address is One Government Center, Fall River, Massachusetts, (508) 324-2000. The home address(es) of employee(s) or representative(s) of the City of Fall River is currently unknown.

7. Persons (identifies currently undetermined or unknown) who are now or were formerly associated with Starwood Tiverton, LLC. Starwood Tiverton's address is 1793 Main

Road, Tiverton, Rhode Island 02878, (401) 624-2972. The home address(es) of employee(s) or representative(s) of Starwod Tiverton, LLC is currently unknown.

8. Persons (identities currently undetermined or unknown) who are now or were formerly associated with Vanasse Hangen Brustlin ("VHB"). VHB's address is 530 Broadway, Providence, Rhode Island, (401) 272-8100. The home address(es) of employee(s) or representative(s) of VHB is currently unknown.

9. Persons (identities currently undetermined or unknown) who are now or were formerly associated with Woodard and Curran Inc. Woodard and Curran's address is 980 Washington Street, Suite 325 Dedham, Massachusetts 02026, (800) 446-5518. The home address(es) of employee(s) or representative(s) of Woodard and Curran is currently unknown.

10. Persons (identities currently undetermined or unknown) who are now or were formerly associated with Fuss and O'Neil. Fuss and O'Neil's address is 275 Promenade Street, Suite 350, Providence, Rhode Island 02908, (401) 861-3070. The home address(es) of employee(s) or representative(s0 of Fuss and O'Neil is currently unknown.

11. Persons (identities currently undetermined or unknown) who are now or were formerly associated with GeoInsight. GeoInsight's address is 5 Lan Drive, Suite 200, Westford, Massachusetts 01886, (978) 692-1114. The home address(es) of employee(s) or representative(s) of GeoInsight is currently unknown.

12. Persons (identities currently undetermined or unknown) who are now or were formerly associated with ENSR. ENSR's address is 2 Technology Park Drive, Westford, Massachusetts 01886, (978) 589-3000. The home address(es) of employee(s) or representative(s) of ENSR is currently unknown.

13. Persons (identities currently undetermined or unknown) who are now or were formerly associated with Ransom Environmental Consultant, Inc. ("Ransom"). Ransom's address is 1445 Wampanoag Trail, Suite 108A, East Providence, Rhode Island 02915, (401) 433-2160. The home address(es) of employee(s) or representative(s) of Ransom are currently unknown.

14. Persons (identities currently undetermined or unknown) who are now or were formerly associated with ENVIRON Health Sciences Institute ("ENVIRON"). ENVIRON's address is P.O. ox 2424 Amherst, Massachusetts 01004, (413) 256-3556. The home address(es) of employee(s) or representative(s) of ENVIRON is currently unknown.

15. Persons (identities currently undetermined or unknown) who are now or were formerly associated with EA Engineering, Science, and Technology, Inc. ("EA Engineering"). EA Engineering's address is 2350 Post Road, Warwick, Rhode Island 02887, (401) 736-3440. The home address(es) of employee(s) or representative(s) of EA Engineering is currently unknown.

16. Persons (identities currently undetermined or unknown) who are now or were formerly associated with South Coast Environmental - Finsness Environmental. Finsness Environmental's address is 206 Palmer Street, Somerset, Massachusetts 02726, (508) 679-2002. The home address(es) of employee(s) or representative(s) of Finsness Environmental is currently unknown.

17. Persons (identities currently undetermined or unknown) who are now or were formerly associated with the Environmental Neighborhood Awareness Committee of Tiverton ("ENACT"). ENACT's address if 190 Bay Street, Tiverton, Rhode Island, (401) 624-8648. The home address(es) of employee(s) or representative(s) of ENACT is currently unknown.

18. Persons and entities (identities currently undetermined or unknown) who are now or were formerly associated with Firestone Tire & Rubber/Bridgestone Americas Holding, Inc., Gulf Oil L. P., Shell Oil Co./Honeywell, Inland Fuel Terminals, Inc./Santa Energy Corp., PD Humphrey Co., Whitney's Auto Repair, and other entities (identities currently undetermined or unknown) who caused, contributed to, or bear responsibility for contamination in the Bay Street Area of Tiverton, Rhode Island.

19. Persons (identities currently undetermined or unknown) who have conducted environmental testing or other testing of materials, land, water, or any other substances in the Bay Street Area.

Rule 26(a)(1)(B) Disclosure

The plaintiffs identify by category the documents, data compilations and tangible things that are in the possession, custody or control of the plaintiffs and that plaintiffs may use to support their claims, or defenses (unless solely for impeachment), which will made available for inspection and copying at the plaintiffs' counsel, Brian Cunha & Associates, 311 Pine Street, Fall River, Massachusetts 02720:

1. Reports, studies, analysis and supporting materials concerning the Bay Street area.
2. All documents produced by defendants.
3. Please see disc to be forwarded under separate cover.

The foregoing are based upon plaintiffs' investigation to date. Plaintiffs reserve their rights to amend or supplement this disclosure.

/s/ Brian R. Cunha

Brian R. Cunha, Esq.
Brian Cunha & Associates

311 Pine Street
Fall River, MA 02720
(508) 675-9500

DATED: December 19, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2006, I did send a true copy of the within document by e-mail to the following:

John A. Tarantino, Esquire
David A. Wollin, Esquire
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Eric D. Herschmann, Esquire
David E. Ross, Esquire
KASOWITZ, BENSON, TORRES
& FRIEDEMAN LLP
1633 Broadway
New York, New York 10019

Christina Dodds, Esquire
BISHOP LONDON BROPHY DODDS
3701 Bee Cave Road
Austin, Texas 78746

Robert J. McConnell, Esquire
Michael G. Rousseau, Esquire
Jonathan D. Orent, Esquire
MOTLEY RICE LLC
321 South Main Street
Providence, RI 02940

Neil T. Leifer, Esquire
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mark W. Roberts, Esquire
MCROBERTS, ROBERTS & RAINER, LLP
53 State Street
Boston, MA 02109

Russell X. Pollock, Esquire
Anthony Sbarra, Esquire
CAMPBELL, CAMPBELL, EDWARDS & CONROY , P.C.
One Constitution Plaza
Boston, MA 02129

Paul Revere, III, Esquire
297 North Street, Suite 336
Hyannis, MA 02601

/s/ Brian R. Cunha

Brian R. Cunha, Esq.

Brian Cunha & Associates

311 Pine Street
Fall River, MA 02720
(508) 675-9500