UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Gail, John D. and John F. Corvello, et al.,)<br>Kevin Burns, et al., )<br>Colleen Bigelow, et al., )<br>Sheila Reis, et al. )<br>Plaintiffs, )<br>)<br>vs. )<br>New England Gas Company, Inc. )<br>Defendant ) | Case Number: 05-221T, 05-274T, 05-370T, 05-522T |

**ENTRY OF APPEARNCE**

I, Robin L. Main, hereby enter my appearance as counsel for the Defendant in the above captioned cases.

/s/ Robin L. Main
Robin L. Main (#4222)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Telephone: 401-274-2000
Facsimile: 401-277-9600
gpetros@haslaw.com

**CERTIFICATE OF SERVICE**

To:

Neil T. Leifer
Thornton & Naumes, LLP
100 Summer Street
Boston, MA 02110

John J. McConnell, Jr.
Motley Rice LLC
321 South Main Street, 2nd Floor
Providence, RI 02903

Robert J. McConnell
Motley Rice LLC
321 South Main Street, 2nd Floor
Providence, RI 02903

Brad J. Mitchell
Thornotn & Naumes LLP
100 Summer Street
Boston, MA 02110

Mark W. Roberts
McRoberts, Roberts & Rainer, LLP
Exchange Place
53 State Street
Boston, MA 02109

Gregory S. Schultz
RI Department of Environmental Management
235 Promenade Street, 4th Floor
Providence, RI 02908

Christian F. Uehlein
Thorton & Naumes, LLP
100 Summer Street
Boston, MA 02110

Lewis S. Wiener
Sutherland, Asbill & Brennan LLP
1375 Pennsylvania Avenue, NW
Washington, DC 20004-2415

Susan B. Wilson
RI Department of Environmental Management
235 Promenade Street, 4th Floor
Providence, RI 02908

I hereby certify that on July 17, 2007, a copy of the foregoing Entry of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Robin L. Main
Robin L. Main

816008v1