UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KEVIN BURNS, et al., Plaintiffs, vs. NEW ENGLAND GAS COMPANY, Defendant. Third-Party Plaintiff, vs. BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, BRIDGESTONE AMERICAS HOLDINGS, INC, HONEYWELL INTERNATIONAL, INC, TOWN OF TIVERTON, GULF OIL CORPORATION, INLAND FUEL TERMINALS, INC, DOMINION RESOURCES, INC, and DOMINION ENERGY BRAYTON POINT, LLC, Third-Party Defendants. | C.A. No. 05-274T (Related Cases: 05-370T; 05-0221T; 05-522T) |

**MOTION FOR ADMISSION PRO HAC VICE**

Third-Party Defendant Gulf Oil Corporation hereby moves that David M. Goldberg, Esq. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Gulf Oil Corporation
Third-Party ~~(Plaintiff~~/Defendant)

By: Bruce G. Tucker, Esq.
Bar ID No.: 563
Address: 55 Hammarlund Way
Middletown, RI 02842

DATED: October 4, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Texas and New York ________ and of the following Federal District Court and/or Court of Appeals Bar(s) Southern District of Texas, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

David M. Goldberg 00789317 (Texas)
Print Name State Bar ID #

Pillsbury Winthrop Shaw Pittman LLP
Firm Name

1540 Broadway
Business Address

New York, NY 10036

(215) 858-1450 (917) 456-3472
Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Bruce G. Tucker
Signature of Local Counsel

Bruce G. Tucker 563
Print Name R.I. Bar ID #

Firm and Business Address
Legal Management Services
55 Hammarlund Way
Middletown, RI 02842
Tel. # (401)843-8400 Fax # (401) 843-8401

## ORDER

This motion is hereby ______________________

______________________
District Judge

Date:

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2007, I did send a true copy of the within document by electronic means (ECF) or email to the following:

| | |
|---|---|
| John A. Tarantino, Esq.<br>David A. Wollin, Esq.<br>Kristen W. Sherman, Esq.<br>One Citizens Plaza, 8th Floor<br>Providence, RI 02903-1345 | Eric D. Herschmann, Esq.<br>David E. Ross, Esq.<br>1633 Broadway<br>New York, NY 10019 |
| Christina Dodds, Esq.<br>3701 Bee Cave Road, Suite 200<br>Austin, TX 78746 | Robert J. McConnell, Esq.<br>Michael G. Rousseau, Esq.<br>Jonathan D. Orent, Esq.<br>Motley Rice LLC<br>321 South Main Street<br>Providence, RI 02940 |
| Neil T. Leifer, Esq.<br>Thornton & Naumes, LLP<br>100 Summer Street, 30th Floor<br>Boston, MA 02110 | Mark W. Roberts, Esq.<br>McRoberts, Roberts & Rainer, LLP<br>53 State Street<br>Boston, MA 02109 |
| Paul Revere, III, Esq.<br>Law Offfices of Paul Revere, III<br>226 River View Lane<br>Centerville, MA 02632 | Russell X. Pollock, Esq.<br>Campbell, Campbell, Edwards & Conroy, PC<br>One Constitution Plaza<br>Boston, MA 02129 |
| Brian R. Cunha, Esq.<br>Brian Cunha & Associates, PC<br>904 Broadway<br>East Providence, RI 02914 | |

*/s/ Bruce G. Tucker*
Bruce G. Tucker