**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SHEILA REIS, DENNIS REIS, and ASHLEY REIS<br>Plaintiff<br><br>v.<br><br>NEW ENGLAND GAS COMPANY,<br>Defendant,<br>Third Party Plaintiff<br>v.<br><br>BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; BRIDGESTONE AMERICAS HOLDINGS, INC.; HONEYWELL INTERNATIONAL, INC.; TOWN OF TIVERTON; GULF OIL CORPORATION, INC.; INLAND FUEL TERMINALS, INC.; DOMINION RESOURCES, INC., and DOMINION ENERGY BRAYTON POINT, LLC.<br>Third Party Defendants | : | C.A No. 05-522T<br>(Related Cases: 05-274T; 05-370T; 05-0221T) |

**MOTION FOR ADMISSION PRO HAC VICE**

Now comes Third-Party Defendant, Inland Fuel Terminals, Inc., by and through their attorney, Paul M. Sanford, and hereby moves that Christopher P. McCormack, Esq., be admitted *Pro Hac Vice* in the above case as counsel with local counsel as set forth in the accompanying certification.

Third-Party ~~Plaintiff~~/Defendant **Inland Fuel Terminals, Inc.** hereby moves that **Christopher P. McCormack, Esq.** be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

**Inland Fuel Terminals, Inc.**
Third-Party (~~Plaintiff~~/Defendant)

By: **Paul M. Sanford, Esq.**
Bar ID No. **2997**
**Burns & Levinson, LLP**
Address: **One Citizens Plaza, Ste. 1100**
**Providence, RI 02903**

DATED: **October 11, 2007**

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of **Connecticut** and of the following Federal District Court and/or Court of Appeals Bar(s) **United States District Court for the District of Connecticut, United States Second Circuit Court of Appeals, United States Court of Appeals for the District of Columbia and United States Supreme Court**, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court. (If applicant has been sanctioned, disciplined or had any pro hac vice status revoked, please provide a full explanation.)

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) Except as listed below, I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

**Form 1 (cont'd)**

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Christopher P. McCormack — 307232
Print Name — State Bar ID #

Pullman & Comley, LLC
Firm Name

850 Main Street, Bridgeport, CT 06601
Business Address

203-330-2016
Tel. #

203-576-8888
Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Paul M. Sanford, #2997
Print Name — RI Bar ID #

Burns & Levinson LLP
Firm and Business Address
One Citizens Plaza, Suite 1100
Providence, RI 02903

Tel. # 401-831-8330 Fax # 401-831-8359

---

**ORDER**

This is motion hereby________________________________________

District Judge

Date:

## CERTIFICATION

I hereby certify that on this 11th day of October, 2007, a true copy of the foregoing was sent by electronic means (ECF) to:

John A. Tarantino
David A. Wollin
Kristen W. Sherman
ADLER, POLLOCK & SHEEHAN P.C.
One Citizens Plaza, Suite 8
Providence, RI 02903

Eric D. Herschmann
David E. Ross
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, New York 10019

Christina Dodds
BISHOP, LONDON, BROPHY & DODDS
3701 Bee Cave Road, Suite 200
Austin, Texas 78746

Gerald J. Petros
Robin L. Main
HINCKLEY, ALLEN & SNYDER
50 Kennedy Plaza
Providence, RI 02903

Robert J. McConnell / John J. McConnell, Jr.
Michael G. Rousseau / Aileen L. Sprague
Jonathan D. Orent
MOTLEY RICE LLC
321 South Main Street
Providence, RI 02940

Neil T. Leifer
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mark W. Roberts
McROBERTS, ROBERTS & RAINER LLP
53 State Street
Boston, MA 02109

Paul Revere, III
LAW OFFICES OF PAUL REVERE, III
226 River View Lane
Centerville, MA 02632

Russell X. Pollock / Charles K. Mone
Anthony J. Sbarra, Jr.
CAMPBELL, CAMPBELL, EDWARDS &
CONROY, PC
One Constitution Plaza
Boston, MA 02129

Brian R. Cunha
BRIAN CUNHA & ASSOCIATES, P.C.
904 Broadway
East Providence, RI 02914

Christopher P. McCormack
PULLMAN & COMLEY, LLC
850 Main Street
Bridgeport, CT 06601

Bruce G. Tucker
LEGAL MANAGEMENT SERVICES, LLC
55 Hammarlund Way
Middletown, RI 02842

Brian A. Wagner (brian.wagner@dem.ri.gov)
Michael D. Mitchell (mmitchell@admin.ri.gov)
Lewis S. Wiener (lewis.wiener@sablaw.com)

Susan B. Wilson (susan.wilson@dem.ri.gov)
Gregory S. Schultz (Gregory.schultz@dem.ri.gov)

*/s/ Susan M. Cook*