UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GAIL CORVELLO, ET AL.,
KEVIN BURNS, ET AL.,
COLLEEN BIGELOW, ET AL. and
SHEILA REIS, ET AL.,
Plaintiffs,

-against-

NEW ENGLAND GAS COMPANY, INC

Defendant and Third Party Plaintiff

-against-

BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; BRIDGESTONE AMERICAS HOLDINGS, INC.; HONEYWELL INTERNATIONAL, INC.; TOWN OF TIVERTON; GULF OIL CORPORATION; INLAND FUEL TERMINALS, INC.; DOMINION RESOURCES, INC.; and DOMINION ENERGY BRAYTON POINT, LLC,

Third-Party Defendants

CIVIL ACTION NOS.

05-221T, 05-274T,
05-370T, 05-522T

ENTRY OF APPEARANCE

I, Christian B. W. Stephens, hereby enter my appearance on behalf of defendants Dominion Resources, Inc. and Dominion Energy Brayton Point LLC in the above-referenced matter.

Christian B. W. Stephens
R.I. Bar No. 7537
cstephens@taylorduane.com
TAYLOR DUANE BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
401.273.7171
401.273.2904 - Fax

# CERTIFICATE OF SERVICE

I, Christian B. W. Stephens, hereby certify that on October 17, 2007, I mailed a copy of the foregoing:

1. Entry of Appearance

by regular mail, postage prepaid, to:

John A. Tarantino, Esq.
David A. Wollin, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Eric D. Herchmann, Esq.
David E. Ross, Esq.
Seth Davis, Esq.
Noelle M. Kowalczyk
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Christina Dodds
Bishop, London, Brophy, & Dodds
3701 Bee Cave Road, Suite 200
Austin, Texas 78746

Gerald J. Petros
Robin L. Main
Hinckley Allen & Snyder
50 Kennedy Plaza
Providence, RI 02903

Robert J. McConnell, Esq.
Michael G. Rousseau, Esq.
Johnathan D. Orent, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02940

Mark W. Roberts
McRoberts, Roberts & Rainer, LLP
53 State Street
Boston, MA 02109

Russell X. Pollock, Esq.
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA 02109

Neil T. Leifer
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Paul Revere, III, Esq.
Law Offices of Paul Revere, III
297 North Street, Suite 337
Hyannis, MA 02601

Brian Cunha, Esq.
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914

William Wick, Esq.
Wactor & Wick
180 Grand Avenue, Suite 950
Oakland, CA 94612

Christopher P. McCormack
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Jerry W. Ross, Esq.
Pillsbury Winthrop Shaw Pittman LLP
2 Houston Center
909 Fannin, Suite 2000
Houston, TX 770010-1018

Jeffrey Bromme, Esq.
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004

Jeanne M. Scott, Esq.
Ursillo, Teitz & Ritch, Ltd.
2 Williams Street
Providence, RI 02903

Thomas F. McGuire, Jr., Esq.
City of Fall River
Corporation Counsel
1 Government Center, 6th Floor
Fall River, MA 02722

Christian B. W. Stephens