**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SHEILA REIS, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>NEW ENGLAND GAS COMPANY,<br><br>Defendant and<br>Third Party Plaintiff,<br><br>vs.<br><br>BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; BRIDGESTONE AMERICAS HOLDINGS, INC.; HONEYWELL INTERNATIONAL INC.; TOWN OF TIVERTON; GULF OIL CORPORATION; INLAND FUEL TERMINALS, INC.; DOMINION RESOURCES, INC., and DOMINION ENERGY BRAYTON POINT LLC,<br><br>Third Party Defendants. | C.A. NO. 05-522T<br>(Related Cases: 05-274T; 05-370T; 05-221T) |

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant Honeywell International Inc. hereby moves that Jeffrey Bromme be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

HONEYWELL INTERNATIONAL INC.

By: ___*/s/ Gregory L. Benik*____
Gregory L. Benik, Esq. (#1515)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
gbenik@nixonpeabody.com

Dated: October 31, 2007

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I, Jeffrey Bromme, hereby certify as follows:

1. I am a member in good standing of the bar of the District of Columbia and of the following Federal District Court and/or Court of Appeals Bars: United States District Courts for the District of Columbia and the District of Maryland; the United States Courts of Appeal for the Fourth Circuit, Fifth Circuit, Eleventh Circuit and the District of Columbia; my eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. Note, on November 30, 1998 my DC license was suspended for failure to pay dues. The DC Bar had sent the bill to the wrong address. I did not realize that dues were in arrears and did not learn of the suspension until June 30, 2000, at which point I paid back dues and was reinstated on July 5, 2000. The DC Bar has acknowledged that the suspension for failure to pay dues is administrative only, not disciplinary, and does not need to be disclosed, see Sitcov v. District of Columbia Bar, 885 A.2d 289, 298 (D.C. 2005), but I do so here in an abundance of caution.

3. I have never been convicted of any crime other than minor traffic offenses.

4. I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

JEFFREY BROMME (D.C. Bar. # 413121)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1206
Tel: (202) 942-6254
Fax: (202) 942-5999
Jeffrey_Bromme@aporter.com

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Gregory L. Benik
Gregory L. Benik (R.I. Bar No. 1515)
NIXON PEABODY, LLC
One Citizens Plaza, Suite 500
Providence, RI 02903-1345
Phone: (401) 454-1025
Fax: (401) 454-1030
GBenik@nixonpeabody.com

This motion is hereby ________________________.

______________________________________

District Judge

Date: