# A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| USGEN NEW ENGLAND, INC. | : | Case No. 03-30465 |
| Debtor. | : | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance on behalf of New England Gas Company, formerly known as Providence Gas Company ("New England Gas"), creditors and/or parties in interest in the above cases, and, pursuant to 11 U.S.C. §§342 and 1109(b) of the United States Bankruptcy Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), request that all notices (including those required by Bankruptcy Rules 2002 and 9007) given or required to be given, and all papers served or required to be served, in these cases or any related adversary proceeding be given to, and served upon:

John P. McCoy, Esq.
Carroll, Kelly & Murphy
One Turks Head Place, Ste. 400
Providence, RI 02903
Tel: (401) 331-7272
Fax: (401) 331-4404

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002 but also includes, without limitation, orders and notices of any applications, motions, orders, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telex or otherwise, which may in any way affect or seek to affect any right or interest in the National Grid Companies.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rule 3017, the foregoing request includes any disclosure statement and/or plan of reorganization that may be filed in these cases.

Date: Providence, RI
11/5 , 2003

Respectfully submitted,

John P. McCoy #3047
CARROLL, KELLY & MURPHY
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272

*Counsel for New England Gas Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of November, 2003, I served a copy of the foregoing Notice of Appearance and Request for Notices and Service of Papers on the parties listed on the attached Service List by first-class mail, postage prepaid.

[signature]

**USGenNE Service List (03-30465) as of 9/30/03**

Marc E. Richards, Esq.
Edward J. LoBello, Esq.
Craig A. Damast, Esq.
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
mrichards@blankrome.com
elobello@blankrome.com
cadamast@blankrome.com

John E. Lucian, Esq.
Blank Rome LLP
250 West Pratt Street, Suite 2201
Baltimore, Maryland 21201
lucian@blankrome.com

Julie Mack, Esq.
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
julie.a.mack@usdoj.gov

Eric Schaffer
Reed Smith
435 Sixth Avenue
Pittsburgh, PA 15219
eschaffer@reedsmith.com

Frank Dicello
Claudia Springer
Reed Smith
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C., 20005
fdicello@reedsmith.com
cspringer@reedsmith.com

Sandy Hartman, Esq.
Christopher A. Wilson, Esq.
PG&E National Energy Group
7600 Wisconsin Avenue
Bethesda, Maryland 20814
sanford.hartman@neg.pge.com
chris.wilson@neg.pge.com

Larry Coppel, Esquire
Gordon, Feinblatt, Rothman, Hoffberger &
Hollander, LLC
233 E. Redwood Street
Baltimore, MD 21202
lcoppel@gfrlaw.com

Matthew A. Feldman, Esq.
Carollynn H. G. Callari, Esq.
Willkie Farr & Gallagher
787 Seventh Avenue
New York, New York 10019
mfeldman@willkie.com
ccallari@wilkie.com

Peter L. Borowitz, Esq.
James G. Irvin, Esq.
Debevoise & Plimpton
919 Third Avenue
New York, New York 10022
plborowitz@debevoise.com
jgirving@debevoise.com

John B. Missing
Debevoise & Plimpton
555 13th Street, N.W.
Washington, DC 20004
jmissing@debevoise.com

Stephanie Wickouski
Kristin K. Going
Gardner Carton & Douglas LLC
1301 K St., NW
East Tower – Suite 900
Washington DC 20005-3317
swickouski@dc.gcd.com
kgoing@dc.gcd.com

Richard S. Toder
Robert H. Scheibe
Kristin C. Wigness
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
rtoder@morganlewis.com
rscheibe@morganlewis.com
kwigness@morganlewis.com

Ned Kleinschmidt
Mark Shankweiler
FTI Consulting, Inc.
Park 80 West, Plaza 1, Third Floor
Saddle Brook, NJ 07663-5881
Ned.kleinschmidt@fticonsulting.com
Mark.shankweiler@fticonsulting.com

Mark S. Levine
Wheelabrator Technologies Inc.
4 Liberty Lane West
Hampton, NH 03842

Ella Goettle, Paralegal
El Paso Corporation
1001 Louisiana, Suite N1827A
Houston, Texas 77002

Mark Polebaum
Richard Zermani
Hale and Dorr LLP
60 State Street
Boston, MA 02109
mark.polebaum@haledorr.com
richard.zermani@haledorr.com

Richard C. Pedone, Esq.
Victor G. Milione, Esq.
Lee Harrington, Esq.
Nixon Peabody LLP
101 Federal Street
Boston, MA 02110
rpedone@nixonpeabody.com
vmilione@nixonpeabody.com
lharrington@nixonpeabody.com

John E. West, Esq.
Vinson & Elkins
2300 First City Tower
1001 Fannin
Houston, TX 77002-6760
jwest@velaw.com

HSBC Bank USA
Issuer Services
452 Fifth Avenue
New York, NY 10018-2706
Robert A. Conrad
robert.conrad@us.hsbc.com

John P. McVeigh
For the Town of Rockingham, Vermont
Preti, Flaherty, Beliveau
Pachios & Haley LLC
One City Center
P.O. Box 9546
Portland, Maine 04112-9546

Thomas Boyce
Bear, Sterns & Co. Inc.
383 Madison Avenue
New York, NY 10179
tboyce@bear.com

Harris B. Winsberg
Troutman Sanders LLP
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216

Ruth C. Salter- J220
CSX Transportation Co.
301 West Bay Street
Jacksonville, FL 32202

Paul M. Nussbaum
Martin T. Fletcher
Whiteford, Taylor & Preston LLP
Seven Saint Paul Streeet
Baltimore, MD 21202-1626
pnussbaum@wtplaw.com
mfletcher@wtplaw.com

Michael J. McGinnis
Tennessee Gas Pipeline
1001 Louisiana, E1840A
Houston, TX 77002

Anthony W. Clark
Eric M. Davis
Skadden Arps Slate Meager & Flom LLP
One Rodney Square
P. O Box 636
Wilmington DE 19899-0630
emdavis@skadden.com

John Wm Butler, Jr.
John K. Lyons
Skadden Arps Slate Meager & Flom LLP
333 West Wacker Drive
Chicago, ILL 60606-1285
jbutler@skadden.com

Alexandra Margolis
Skadden Arps Slate Meager & Flom LLP
Four Times Square
New York, NY 10036-6522
amargoli@skadden.com

Merrill Cohen
Cohen & Baldinger
7101 Wisconsin Ave., Suite 1200
Bethesda, MD 20814
merrilc@cohenbaldinger.com

Luc A. Despins, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
ldespins@milbank.com
pmalek@milbank.com

Thomas D. Renda, Esq.
Miles Stockbridge P.C.
10 Light Street
Baltimore, MD 21202
trenda@milesstockbridge.com

Chuck R. Brown, Esq.
c/o El Paso Corp.
Law Department- Global Markets
1001 Louisiana Street, Suite 1903A
Houston, TX 77002
chuck.brown@elpaso.com

David A. Rosenzweig, Esq.
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY 10103
drosenzweig@fulbright.com

Shawn Worster
North East Solid Waste Committee
3 Burlington Woods
Burlington, MA 01803
sworster@kema-xenergy.com

Matthew W. Cheney
Roger L. Frankel
Jonathan P. Guy
Swidler Berlin Shereff Friedman
3000 K St., NW, Suite 300
Washington, DC 20007
mwcheney@swidlaw.com
rlfrankel@swidlaw.com
jpguy@swidlaw.com

Harris B. Winsberg
Troutman Sanders LLP
Suite 5200
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216

Peter D. Schellie, Esq.
Bingham McCutchen LLP
1120 20th Street, NW, Suite 800
Washington DC 20036
Peter.schellie@bingham.com

Tina L. Brozman, Esq
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689
Tina.brozman@bingham.com

Joseph J. Bellinger, Esq.
Richard L. Costella
Miles & Stockbridge P.C.
10 Light Street
Baltimore, MD 21202
jbellinger@milesstockbridge.com
rcostella@milesstockbridge.com

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
dhayes@mcguirewoods.com

Thomas C. Dame
Matthew W. Oakey
Gallagher Evelius & Jones LLP
218 N. Charles Street, Suite 400
Baltimore, MD 21201
tdame@gejlaw.com
moakey@gejlaw.com

Joel I. Sher, Esq.
Richard M. Goldberg, Esq.
Kimberly M. Stoker, Esq.
Shapiro Sher Guinot & Sandler
36 South Charles Street, Suite 2000
Baltimore, MD 21201-3147
jis@shapirosher.com
rmg@shapirosher.com

Lee R. Bodganoff, Esq.
Daniel J. Bissell, Esq.
Klee Tuchin Bogdanoff & Stern LLP
2121 Avenue of the Stars, 33rd Floor
Los Angeles, CA 90067

Gary Barnes
Fisher Scientific Company
200 Park Avenue
Pittsburgh, PA 15275

Kristin Case Lawrence, Esq.
Bishop, Daneman & Simpson LLC
2 North Charles Street, Suite 500
Baltimore, MD 21291

Robert J. Keach, Esq.
Bernstein, Shur, Sawyer & Nelson
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5019
rkeach@bssn.com

Stephen E. Leach, Esq.
Leach Travell, a professional corporation
8720 Greensboro Drive, Suite 850
McLean, VA 22102
sleach@leachtravell.com

John Burns, Esq.
The Burns Law Firm
6303 Ivy Lane, Suite 102
Greenbelt, MD 20770
burnslaw@erols.com

Daniel M. Glosband, P.C.
Macken Toussaint, Esq.
Goodwin Procter
Exchange Place
Boston, MA 02109
dglosband@goodwinprocter.com
mtoussaint@goodwinprocter.com

R. Patrick Vance
Jones Walker Waechter Poitevent, Carrere & Denegre
201 St. Charles Avenue, 49th Floor
New Orleans, :LA 70170-5100
pvance@joneswalker.com

Richard W. Reinthaler
Benjamin Hoch
Dianne F. Coffino
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019
rreinthaler@deweyballentine.com
bhoch@deweyballentine.com
dcoffino@deweyballentine.com

Jeffrey L. Tarkenton
Erik D. Bolog
Womble Carlyle Sandridge & Rice PLLC
1401 Eye Street, N.W., Suite 700
Washington, DC 20005
jtarkenton@wcsr.com
ebgolog@wcsr.com

Andrew C. Gold
Herrick Feinstein LLP
2 Park Avenue
New York, New York 10016
agold@herrick.com

Darrell W. Clark
Stinson Morrison Hecker LLP
1150 18th Street, NW
Suite 800
Washington DC 20036-3816

Michael J. Pappone, P.C.
Gine Lynn Martin
Exchange Place
Boston, MA 02109-2881

Laurie Binder
Steward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
binder@sewkis.com

Martin Feig
The Bank of New York
101 Barclay Street, 8W
New York, NY 10286
mfeig@bankofny.com

Peter C.L. Roth, Sr. Asst. AG
State of New Hampshire,
Office of the Attorney General
33 Capital Street
Concord, NH 03301-6397

Stephen A. Bogorad
Cameron W. Fogle
Holland & Knight
2099 Pennsylvania Avenue, NW
Suite 100
Washington DC 20006-6801

Natalie Wymer
PG&E National Energy Group
7600 Wisconsin Avenue
Bethesda, Maryland 20814
natalie.wymer@neg.pge.com

Julie R. Rubin, Esq.
Astrachan Gunst & Thomas, P.C.
20 South Charles Street, 6th Floor
Baltimore, MD 21201

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Attn: George B. South
Michael Migliaccio
gsouth@kslaw.com
mmigliaccio@kslaw.com

CARROLL, KELLY & MURPHY
COUNSELLORS AT LAW
ONE TURKS HEAD PLACE, SUITE 400
PROVIDENCE, RHODE ISLAND 02903

JOSEPH A. KELLY
C. RUSSELL BENGTSON
RUTH DIMEGLIO
WILLIAM H. JESTINGS
JOHN P. MCCOY
PATRICIA A. BUCKLEY

PAULA A. KELLY
SHANNON GILHEENEY
MAUREEN LEWIS MALLON
SCOTT D. LEVESQUE
TODD J. ROMANO

TELEPHONE
(401) 331-7272
FACSIMILE
(401) 331-4404

JAMES E. MURPHY
OF COUNSEL

June 13, 2005

Bankruptcy Clerk
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)
Federal Courthouse
6500 Cherrywood Lane, Suite 300
Greenbelt, Maryland 20770

Re: **New England Gas Company**
Vs. **USGen New England, Inc., Debtor**
**Case No. 03-30475 (PM)**
**Our File No. BE 03298**

Dear Sir or Madam:

Enclosed please find our **Withdrawal of Limited Opposition to Debtor's Third Omnibus Objection to Claims** with respect to the above matter for filing with the Court:

Thank you, and if you have any questions, please contact the undersigned.

Very truly yours,

John P. McCoy

JPM:ks
Enclosures
*P:\KS\JPM\NEGas\US Generating Co of New Enland\Maryland Bankruptcy Ct.Ltr 6-13-05.doc*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **USGen New England, Inc.,** | ) | **Case No. 03-30475 (PM)** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |

**WITHDRAWAL**
**OF**
**LIMITED OPPOSITION TO DEBTOR'S**
**THIRD OMNIBUS OBJECTION TO CLAIMS**

**NOW COMES** the Creditor, **NEW ENGLAND GAS COMPANY,** and hereby withdraws its *LIMITED OPPOSITION TO DEBTOR'S THIRD OMNIBUS OBJECTION TO CLAIMS.* This Withdrawal is made for the reason that the balance of the Claim owed to **NEW ENGLAND GAS COMPANY,** has been satisfied.

NEW ENGLAND GAS COMPANY
By Its Attorneys
CARROLL, KELLY & MURPHY

By: ______________________
John P. McCoy, Esquire
One Turks Head Place, Suite 400
Providence, Rhode Island 02903-2219
Office: (401) 331-7272
Fax: (401) 331-4404

DATE: 6/14/05

**CERTIFICATION**

I hereby certify that on the 14th day of June, 2005, a copy of the foregoing **LIMITED OPPOSITION TO DEBTOR'S THIRD OMNIBUS OBJECTION TO CLAIMS,** was sent by Fax and by Regular Mail to Debtor's Counsel, John Lucian, Esquire, BLANK ROME LLP, 250 W. Pratt St., Suite 2201, Baltimore, Maryland 21201.

*P:\KS\JPM\NEGas\US Generating Co of New Enland\Withdrawal.doc*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND (GREENBELT DIVISION)**
**USGEN NEW ENGLAND, INC. CLAIMS PROCESSING**
**P.O. BOX 5285, FDR STATION**
**NEW YORK, NY 10150-5285**

# PROOF OF CLAIM

| | |
|---|---|
| In Re<br>USGen New England, Inc.<br>Debtor. | Chapter 11 Case No.<br>03-30465 (PM) |

Filed: USBC - District of Maryland (Greenbelt Division)
USGen New England, Inc., Et Al.
03-30465 (PM) 0000000402

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name and address of Creditor :**

USG (MERGE.DBF,SCHED_NO) SCHEDULE #: 465005190***
NEW ENGLAND GAS COMPANY
P.O. BOX 9681
MANCHESTER NH 03108-9681

NEW ENGLAND GAS COMPANY
100 WEYBOSSET STREET
PROVIDENCE, R.I. 02903

**Telephone number:**

401 272-5040 EX 2279

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Your claim is scheduled by the Debtor as:
$0.00 UNSECURED
UNLIQUIDATED
DISPUTED

**Account or other number by which creditor identifies debtor:**

463129,458142

**Check here if this claim:**
☐ replaces ☐ amends a previously filed claim, dated:____________

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
OTHER _ GAS USAGE AND GATE STATION

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
☐ Other ______________________________(explain)

Last 4 digits of your SS#: ________
Unpaid compensation for services performed
from ______________ to ______________
(date) (date)

**2. Date debt was incurred:** 7/8/03

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 52,996.18

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other ______________________

Value of Collateral: $____________

Amount of arrearage and other charges at time case filed included in secured claim, if any: $______________

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $______________
Specify the priority of the claim:
☐ Wages, salaries or commissions (up to $4,650), earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,100 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
X☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).
UNSECURED NONPRIORITY CLAIM.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, selfaddressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

FILED / RECEIVED
APR – 8 2004
BANKRUPTCY SERVICES, LLC

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 4/5/04 | Claudette Fuller<br>CLAUDETTE FULLER/COLLECTIONS |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Gas Company

-2822

0004631292000150600508040006

| BILL DATE | DUE DATE | TOTAL DUE |
|---|---|---|
| 8/28/2003 | 9/22/2003 | $50,804.00 |
| Customer No. | Premises No. | Please fill in |
| 463129 | 2000150 | Amount paid |

*U.S. GENERATING COMPANY
ACCOUNTING
7500 OLD GEORGETOWN RD
BETHESDA MD 20814-6133
00000

ATTENTION: New England Gas
P.O. BOX 9681
Manchester, NH 03108-9681

e return this portion when paying by mail.

e bring entire bill when paying in person.

**Bill Date:**
8/28/2003

**Due Date:**
9/22/2003

**Customer No.:**
463129

**Premise No:**
2000150

## ACCOUNT INFORMATION

Service Name / Address
*U.S. GENERATING COMPANY
100 WEYBOSSET ST
Rate: SUNDRY SALE
Meter:
Account No 00046312920001506

Billing Period: To
Days: Read Type:
Meter Readings: Present:
Previous:
Gas Used:
Therm Factor:
Total Consumption

## Other Services

| | |
|---|---|
| ADJUST NON-GAS CHARGES | $-25,402.00 |
| **Total Other Services** | **$-25,402.00** |
| **Subtotal** | -$25,402.00 |
| **Total** | -$25,402.00 |

History (CCF) Degree Days

## Billing Summary

| Previous Balance | Payments | Balance Forward | Current Charges | Total |
|---|---|---|---|---|
| $ 76,206.00 | $ 0.00 | $ 76,206.00 | $-25,402.00 | $ 50,804.00 |

## At your service

****FINAL BILL****

MER SERVICE
331 8800
331-8800

land Gas Company
:ATION
set Street
RI 02903-2822
WALK-IN HOURS
45 pm

000458142108901720001973462

New England Gas Company
P.O. Box 369
Providence, RI 02901-9951 01

| BILL DATE | DUE DATE | TOTAL DUE |
|---|---|---|
| 16-SEP-2003 | 11-OCT-2003 | $1,973.46 |

| Customer No. | Premises No. |
|---|---|
| 458142 | 1089017 |

Please fill in
Amount paid

*PGE GENERATING
PO BOX 30589
BETHESDA MD 20824-0589

TO ENSURE PROPER PROCESSING OF YOUR PAYMENT, PLEASE PRINT YOUR ACCOUNT NUMBER 00045814210890172 ON YOUR CHECK.

Please return this portion when paying by mail. Please mail to: NEW ENGLAND GAS COMPANY, PO BOX 9681, MANCHESTER, NH 03108-9681

Please bring entire bill when paying in person. Please mail to: NEW ENGLAND GAS COMPANY, PO BOX 9681, MANCHESTER, NH 03108-9681

**Bill Date**
16-SEP-2003
**Due Date**
11-Oct-2003

**Customer No.**
458142
**Premise No.**
1089017

## ACCOUNT INFORMATION

Service Name/Address
*PGE GENERATING
496 EDDY ST
Rate: C&I Medium
Account No. 00045814210890172

Meter No: 368893
Billing Period: 06/16/2003 To 07/08/2003
Days: 22 Read Type: Actual
Meter Readings: Present : 68758 Previous: 68509
Gas Used: 249 CCF

Therm Factor: 1.026
Total Consumption: 249 x 1.026 = 255.474

| Delivery Charges | Quantity Used | Cost per Therm | | Total |
|---|---|---|---|---|
| Customer Charge | | | $33.00 | |
| Usage Charge Step 1 | 255.474 Therms | $ 0.1715 | $43.81 | |
| Distribution Adjustment Charge | 92.900 Therms | $ -0.0006 | $-0.06 | |
| Distribution Adjustment Charge | 162.574 Therms | $ 0.0036 | $0.59 | |
| Demand Charge | 170.316 Therms | $ 0.9000 | $153.28 | |
| **Total Delivery Charges** | | | | **$230.62** |

| Gas Charges | Quantity Used | Cost per Therm | | Total |
|---|---|---|---|---|
| Cost of Gas | 255.474 Therms | $ 0.6988 | $178.53 | |
| **Total Gas Charges** | | | | **$178.53** |

| Adjustments | | Total |
|---|---|---|
| Adjustment Cancel Code | $-986.64 | |
| **Total Adjustments** | | **$-986.64** |

| Other Charges | | Total |
|---|---|---|
| Gross Earnings Tax | $12.66 | |
| R.I. Sales Tax | $29.54 | |
| **Total Other Charges** | | **$42.20** |

**Total Current Charges** **$-535.29**

| Usage History (CCF) | | Degree Days |
|---|---|---|
| Jul 03 | 249 | 18 |
| Jun 03 | 1668 | 219 |
| May 03 | 2466 | 368 |
| Apr 03 | 4680 | 1636 |
| Mar 03 | 6641 | 1120 |
| Feb 03 | 5020 | 1196 |
| Jan 03 | 7065 | 1032 |
| Dec 02 | 3421 | 931 |
| Nov 02 | 2856 | 685 |
| Sep 02 | -706 | 0 |
| Sep 02 | 706 | 8 |
| Aug 02 | 0 | 0 |
| Jul 02 | 343 | 0 |

## Billing Summary

| Previous Balance | Payments | Balance Forward | Current Charges | Total |
|---|---|---|---|---|
| $2,508.75 | $0.00 | $2,508.75 | $-535.29 | $1,973.46 |

At your service

CUSTOMER SERVICE
(401) 831-8800
EMERGENCY LINE
(401) 831-8800
PHONE SERVICE FOR HEARING AND SPEECH IMPAIRED
7-1-1

Charges must be paid in full by the due date to avoid interest penalties.

# *** FINAL BILL ***

New England Gas Company
P.O. Box 369
Providence, RI 02901-9951

Bad Debt Maintenance (UAABDBT 2.2.1.5.1)(PROD)

Customer: 458142 *PGE GENERATING
Premises: 91089 496 EDDY ST
Debt #: 259013

**Bad Debt**

Write Off: BDBN BANKRUPTCY Date: 26-SEP-2003
Agency: Date:

Lien Code: Status:
Start: Satisfied:

Bankruptcy: 11 Chapter 11 Bankru Date: 08-JUL-2003 Case: 03-30465 PM

**Bad Debt Totals**

| | Items | Amount | Pay/Credit | Net Adjs | Balance |
|---|---|---|---|---|---|
| Bad Debt: | 7 | 218.72 | 0.00 | 0.00 | 218.72 |
| Recovery: | 0 | 0.00 | 0.00 | 0.00 | 0.00 |
| Accrued Interest: | | 0.00 | | Recoverable Bal w/Accrued Int: | 0.00 |

Detail... Quit

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND (GREENBELT DIVISION)**
**USGEN NEW ENGLAND, INC. CLAIMS PROCESSING**
**P.O. BOX 5285, FDR STATION**
**NEW YORK, NY 10150-5285**

# PROOF OF CLAIM

| In Re | Chapter 11 Case No. |
|---|---|
| USGen New England, Inc. Debtor. | 03-30465 (PM) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

* $50,804.00 of this claim was incurred pursuant to a pre-petition executory contract with debtor. If on or before plan confirmation debtor assumes said contract, then debtor shall be obligated to pay this claim under the contract.

**Name and address of Creditor:** New England Gas Company
100 Weybosset Street
Providence, RI 02903

**Telephone number:** (401) 574-2342

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Filed: USBC - District of Maryland (Greenbelt Division)
USGen New England, Inc., Et Al.
03-30465 (PM) 0000000261

**Account or other number by which creditor identifies debtor:**
458142-910891 & 463129-9200015

**Check here if this claim:**
☐ replaces ☐ amends a previously filed claim, dated:__________

**1. Basis for Claim**
☒ Goods sold Gas Consumption
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
☐ Other __________________(explain)

Last 4 digits of your SS#: ________
Unpaid compensation for services performed
from __________ (date) to __________ (date)

**2. Date debt was incurred:** July 8, 2003

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $*52,777.46

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other ____________

Value of Collateral: $__________

Amount of arrearage and other charges at time case filed included in secured claim, if any: $__________

**6. Unsecured Priority Claim.**
☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $__________
Specify the priority of the claim:
☐ Wages, salaries or commissions (up to $4,650), earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,100 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, selfaddressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

FILED / RECEIVED
JAN 7 2004
BANRUPTCY SERVICES, LLC

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 12/18/03 | Deborah S. Hines (signature) Deborah S. Hines-Claims Analyst-Legal |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

000458142108901720001973462

**New England Gas Company**
P.O. Box 369
Providence, RI 02901-9951

01

| BILL DATE | DUE DATE | TOTAL DUE |
|---|---|---|
| 16-SEP-2003 | 11-OCT-2003 | $1,973.46 |

| Customer No. | Premises No. | Please fill in Amount paid |
|---|---|---|
| 458142 | 1089017 | |

*PGE GENERATING
PO BOX 30589
BETHESDA MD 20824-0589

TO ENSURE PROPER PROCESSING OF YOUR PAYMENT, PLEASE PRINT YOUR ACCOUNT NUMBER 00045814210890172 ON YOUR CHECK.

Please return this portion when paying by mail. Please mail to: NEW ENGLAND GAS COMPANY, PO BOX 9681, MANCHESTER, NH 03108-9681

Please bring entire bill when paying in person. Please mail to: NEW ENGLAND GAS COMPANY, PO BOX 9681, MANCHESTER, NH 03108-9681

**Bill Date**
16-SEP-2003
**Due Date**
11-Oct-2003

**Customer No.**
458142
**Premise No.**
1089017

| Usage History (CCF) | | Degree Days |
|---|---|---|
| Jul 03 | 249 | 18 |
| Jun 03 | 1668 | 219 |
| May 03 | 2466 | 368 |
| Apr 03 | 4680 | 1636 |
| Mar 03 | 6641 | 1120 |
| Feb 03 | 5020 | 1196 |
| Jan 03 | 7065 | 1032 |
| Dec 02 | 3421 | 931 |
| Nov 02 | 2856 | 685 |
| Sep 02 | -706 | 0 |
| Sep 02 | 706 | 8 |
| Aug 02 | 0 | 0 |
| Jul 02 | 343 | 0 |

CUSTOMER SERVICE
(401) 831-8800
EMERGENCY LINE
(401) 831-8800
PHONE SERVICE FOR HEARING AND SPEECH IMPAIRED
7-1-1

## ACCOUNT INFORMATION

Service Name/Address
*PGE GENERATING
496 EDDY ST
Rate: C&I Medium
Account No. 00045814210890172

Meter No: 368893
Billing Period: 06/16/2003 To 07/08/2003
Days: 22 Read Type: Actual
Meter Readings: Present: 68758 Previous: 68509
Gas Used: 249 CCF

Therm Factor: 1.026
Total Consumption: 249 x 1.026 = 255.474

| Delivery Charges | Quantity Used | | Cost per Therm | | Total |
|---|---|---|---|---|---|
| Customer Charge | | | | $33.00 | |
| Usage Charge Step 1 | 255.474 Therms | $ | 0.1715 | $43.81 | |
| Distribution Adjustment Charge | 92.900 Therms | $ | -0.0006 | $-0.06 | |
| Distribution Adjustment Charge | 162.574 Therms | $ | 0.0036 | $0.59 | |
| Demand Charge | 170.316 Therms | $ | 0.9000 | $153.28 | |
| **Total Delivery Charges** | | | | | $230.62 |

| Gas Charges | Quantity Used | | Cost per Therm | | Total |
|---|---|---|---|---|---|
| Cost of Gas | 255.474 Therms | $ | 0.6988 | $178.53 | |
| **Total Gas Charges** | | | | | $178.53 |

| Adjustments | | Total |
|---|---|---|
| Adjustment Cancel Code | $-986.64 | |
| **Total Adjustments** | | $-986.64 |

| Other Charges | | Total |
|---|---|---|
| Gross Earnings Tax | $12.66 | |
| R.I. Sales Tax | $29.54 | |
| **Total Other Charges** | | $42.20 |

**Total Current Charges** $-535.29

## Billing Summary

| Previous Balance | Payments | Balance Forward | Current Charges | Total |
|---|---|---|---|---|
| $2,508.75 | $0.00 | $2,508.75 | $-535.29 | $1,973.46 |

At your service

Charges must be paid in full by the due date to avoid interest penalties.

# *** FINAL BILL ***

**New England Gas Company**
P.O. Box 369
Providence, RI 02901-9951

000463129200015060050804006

...gland Gas Company
...osset Street
...idence, RI 02903-2822

| BILL DATE | DUE DATE | TOTAL DUE |
|---|---|---|
| 8/28/2003 | 9/22/2003 | $50,804.00 |
| Customer No. | Premises No. | Please fill in Amount paid |
| 463129 | 2000150 | |

*U.S. GENERATING COMPANY
ACCOUNTING
7500 OLD GEORGETOWN RD
BETHESDA MD 20814-6133
00000

ATTENTION: New England Gas
P.O. BOX 9681
Manchester, NH 03108-9681

Please return this portion when paying by mail.

Please bring entire bill when paying in person.

**Bill Date:**
8/28/2003

**Due Date:**
9/22/2003

**Customer No.:**
463129

**Premise No:**
2000150

## ACCOUNT INFORMATION

**Service Name / Address**
*U.S. GENERATING COMPANY
100 WEYBOSSET ST
Rate: SUNDRY SALE
Meter:
Account No 00046312920001506

**Billing Period:** To
**Days:** **Read Type:**
**Meter Readings:** **Present:**
**Previous:**
**Gas Used:**
**Therm Factor:**
**Total Consumption**

## Other Services

| | |
|---|---|
| ADJUST NON-GAS CHARGES | $-25,402.00 |
| **Total Other Services** | **$-25,402.00** |
| **Subtotal** | **-$25,402.00** |
| **Total** | **-$25,402.00** |

Usage History (CCF) Degree Days

## Billing Summary

| Previous Balance | Payments | Balance Forward | Current Charges | Total |
|---|---|---|---|---|
| $ 76,206.00 | $ 0.00 | $ 76,206.00 | $-25,402.00 | $ 50,804.00 |

## At your service

****FINAL BILL****

(401) 831-8800

(401) 831-8800

7-1-1

New England Gas Company

**OFFICE LOCATION**
100 Weybosset Street
Providence, RI 02903-2822

**CUSTOMER WALK-IN HOURS**
8:30 am - 4:45 pm

New England Gas Company
100 Weybosset Street
Providence, RI 02903

CERTIFIED MAIL

7001 0320 0000 0840 0214

U.S. POSTAGE

USGen New England, Inc.
P.O. Box 5285
FDR Station
New York, NY 10150-5285

10150+5285 24