# F

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re: | ) | |
| USGen New England, Inc., | ) | Case No. 03-30465 (PM) |
| Debtor. | ) | Chapter 11 |

**CERTIFICATE OF MAILING**

I hereby certify that on the 15th day of October, 2004, a copy of the following items was mailed by first class mail, postage prepaid, to the parties identified on the updated Service List filed in this case [Dkt. No. 903] and the attached Supplemental Service List.

1. Debtor's Motion for Orders (A) Approving Bidding Procedures With Respect to Proposed Sale of A Portion of Debtor's Assets to Dominion Energy New England, Inc. Or Their Designated Subsidiary, (ii) Scheduling Hearing On Approval Of Sale; (iii) Approving Form And Manner Of Notice Of Sale, (iv) Approving Break-Up Fee And Expense Reimbursement Fee And (B)(i), Approving Sale Of A Portion of the Debtor's Assets Free and Clear of All Liens Under Sections 363, (ii) Authorizing Assumption And Assignment Of Certain Assigned Contracts And Leases Under Section 365 And (C) Granting Related Relief [Dkt. No. 1034] (with Asset Purchase Agreement);

2. Amended Order Under 11 U.S.C. §§ 105(a), 363 and 265, and Fed.R.Bankr.P. 2002, 6004, 6006 and 9019: (A) Scheduling Hearing on Approval of Asset Sale, Assumption and Assignment of Executory Contracts To Dominion Energy New England, Inc. and Unexpired Leases, and Assumption of Certain Liabilities, and (B) Approving (i) Form and Manner of Notice of Sale, (ii) Bidding Procedures, (iii) Expense Reimbursement Fee and Break-Up Fee and (iv) Granting Related Relief [Dkt. No. 1118]; and

3. Notice of (I) Sale of a Portion of Debtor's Assets [Fossil] to Dominion Energy New England, Inc., (II) Assumption and Assignment of Executory Contracts and Unexpired Leases, (III) Assumption of Certain Liabilities, and (IV) Opportunity to Submit Higher and Better Bids [Dkt. No. 1127]

**BLANK ROME LLP**

/s/ John Lucian
John Lucian (Federal Bar No. 14096)
250 W. Pratt Street, Suite 2201
Baltimore, Maryland 21201
(410) 659-3945
(410) 986-2706 (fax)
Lucian@blankrome.com

Counsel for Debtor

**SUPPLEMENTAL SERVICE LIST**

Dion W. Hayes, Esquire
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

Securities and Exchange Commission
450 Fifth Street, N.W.
Washington, DC 20549

Internal Revenue Service
District Director
George Fallon Building
31 Hopkins Plaza
Baltimore, MD 21201

U.S. Attorney's Office
6500 Cherrywood Lane
U.S. Courthouse, Suite 400
Greenbelt, MD 20770

Office of the Attorney General
One Ashburton Place
Boston, MA 02108

Department of the Attorney General
150 South Main Street
Providence, RI 02903

Department of Environmental Protection
One Winter Street
Boston, MA 02108

Department of Environmental Management
235 Promenade Street
Providence, RI 02908-5767

Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

ISO New England Inc.
Gordon van Welie, President and CEO
One Sullivan Road
Holyoke, MA 01040-2841

Federal Energy Regulatory Commission
888 First Street, N.E.
Washington, DC 20426

New England Power Pool
1 Sullivan Road
Holyoke, MA 01040-2841

New England Power Company
Stephen P. Lewis, President
25 Research Drive
Westborough, MA 01582

Aegis Energy Group
Bill Craver, Vice President
Carnegie Hall Tower
152 West 57th Street
29th Floor
New York, NY 10019

AIG Highstar
Jim Timmins, Partner
2929 Allen Parkway, Suite A35-10
Houston, TX 77019

Algonquin Power Income Fund
Ed Pamatat
2845 Bristol Circle
Oakville, Ontario Canada
L6H 7H7

American National Power
Kevin Cox
62 Forest Street, Suite 102
Marlborough, MA 01752

Arcadia Energy
Harold G. Slone, Chairman & CEO
4229 Steve Reynolds Blvd, Suite 210
Norcross, GA 30093

Arclight Capital Partners
Daniel R. Revers, Managing Partner
200 Clarendon Street, 55th Floor
Boston, MA 02117

BayCorp Holdings Ltd.
Tony Callendrello, COO
1 New Hampshire Ave.
Portsmouth, NH 03801

Bear Stearns (Houston Energy Group)
Pamela Baden, Managing Director
16945 North Chase Drive, Suite 1560
Houston, TX 77060

BG Group
Sandeep Mahawar, Portfolio Manager
British Gas Services Inc.
5444 Westheimer Suite 1200
Houston, Texas 77056

Boralex Power Income Fund
Nicholas Fontaine
770 Sherbrooke St. West
Montreal, Quebec Canada
H3A 1G1

Borealis Capital Corporation
Eric Melis, Vice President
One Financial Place
1 Adelaide Street East, Suite 2800
Toronto, Ontario M5C 2V9

Brascan Corporation
Jeffrey Blidner, Managing Partner
P.O. Box, 771, Suite 300
BCE Place, 181 Bay Street
Toronto, Ontario Canada
M5J2T3

Caithness
Jim Pagano
565 Fifth Avenue, 29th Floor
New York, NY 10017

Calpine
Greg Kelly
50 West San Fernando Street
San Jose, CA 95113

Centrica North America
Thomas Boehlert, Executive Vice President & CFO
25 Sheppard Ave. West, Suite 1500
Toronto, Ontario M2M 656
Canada

Cerberus
Ken Rubin
450 Park Ave.28th Fl.
New York, NY 10022

The Ceritas Group
Richard Sherrill
5444 Westheimer, Suite 1925
Houston, TX 77056



118274.01600/21323127v1

CharlesBank Capital Partners
Jon Biotti
600 Atlantic Avenue, 26th Floor
Boston, MA 02210-2203

Combined Energy Companies
Dr. Victoria Egorova
6200 S. Syracuse Way, Suite 125
Englewood, CO 80111

Competitive Power Ventures
Doug Egan
8403 Colesville Rd., Suite 915
Silver Springs, MD 20910

Constellation Energy
Thomas G. Favinger, Executive Director, M&A
Constellation Generation Group
111 Market Place, Suite 200
Baltimore, MD 21202

CSG Investments
Douglas Sherman
405 Lexington Avenue, 8th Floor
New York, NY 10174

Delta Power Company
Rick Vicens, Senior Vice President – Finance
67 Park Place East
Morristown, NJ 07960

Dominion Energy, Inc.
James Martin, Corporate Development Officer
P.O. Box 26532
Richmond, VA 23261

DTE Energy Resources
Marc A. Vallen, Vice President
414 South Main Street, Suite 600
Ann Arbor, MI 48104

Emera Incorporated
Wayne J. Crawley, VP – Corporate Development
1894 Barrington Street
Barrington Tower
Halifax, Nova Scotia Canada
B3J 2A8

Enel/North America
Marco Arcelli, President & CEO
One Tech Drive, Suite 220
Andover MA 01810

Energy Investors Fund
Andrew Schroeder
EIF Group
One Penn Plaza, Suite 4507
250 West 34th Street
New York, NY 10119

Exelon
Sharon Hillman
10 South Dearborn, 35th Floor
Chicago, Illinois 60603

FPL Energy Power Marketing, Inc.
Michael O'Sullivan, Senior Vice President
700 Universe Blvd., P.O. Box 14000
Juno Beach, FL 33408

GenPower LLC
John A. O'Leary, Managing Director
1040 Great Plain Avenue
Needham, MA 02492-2517

GE Capital
Leanne Bell, Managing Director
120 Long Ridge Road
Stamford, CT 06927

GE Energy Financial Services, Inc.
Mark T. Mellana, Managing Director
120 Long Ridge Road
Stamford, CT 06927

Goldman Sachs Private Equity
Kenneth Pontarelli, Vice President
85 Broad Street
New York, NY 10004

Great Lakes Hydro Income Fund
Richard Legault, President & CEO
480 de la Cite Blvd
Gatineau, Quebec Canada
J8T 8R3

Greenhill
Boris Gutin
300 Park Avenue, 23rd Floor
New York, NY 10022

GTCR/Invenergy
Jim Murphy
233 South Wacker Drive, Suite 9450
Chicago, IL 60606

Hellman & Friedman
Philip Hammarskjold
One Maritime Plaza, 12th Floor
San Francisco, CA 94111

Hydro Quebec
Mike Godfrey
345 Rouser Road, Bldg 5, 2nd Floor
Coraopolis, PA 15108

Keyspan
Joe Pradas
One Metro Tech Center
Brooklyn, NY 11201

King Street Capital Management
Francis Biondi, Managing Principal
909 Third Avenue, 30th Floor
New York, NY 10022

KKR
Jonathan Smidt
9 West 57th Street, Suite 4200
New York, NY 10019

Lexecon
James M. Coyne, Senior Vice President
One Mifflin Place
Cambridge, MA 02138-4907

Lindsay, Goldberg & Bessemer
Russell Triedman
630 Fifth Avenue, 30th Floor
New York, NY 10111

LS Power - Luminus Management
Jonathan Barrett (Luminus)
494 Eighth Avenue, 20th Floor
New York, NY 10001

Madison Dearborn
Justin (Dusty) Huscher
Three First National Plaza, Suite 3800
Chicago, IL 60602

Mancini Consultants
John Mancini, Consultant
56 Spring Street
Catskill, NY 12414

Macquarie Securities
Richard Klapow
600 Fifth Avenue
New York, NY 10020

MatlinPatterson Global Advisers LLC
Frank Plimpton
520 Madison Avenue
New York, NY 10022-4213

Mid-American Energy
John Gilbreath, Senior Financial Analyst -
MEHC Acquisitions & Development
666 Grand Avenue
P.O. Box 657
Des Moines, IA 50303-0657

Miller, McConville, Hutchinson & Waffel
LLC
John Burges
30 Rockefeller Plaza
New York, NY 10112

Mitsui Leasing & Development
Nihonbashi 1 cho-me Bldg. 1-4-1
Nihonbashi, Chuo-ku
Tokyo 103-0027
Japan

MMC Energy
Joram Cukierman
17 State Street, 41st Floor
New York, NY 10004

Morgan Stanley Private Equity
Doug Kiviat, Exec. Director
1585 Broadway
New York, NY 10036

NexGen Power
Roy Schwartz
One Harbor Drive, Suite 112
Sausalito, CA 94965

Northeast Utilities (Select Energy)
Mark Fagan
107 Selden Street
Berlin, CT 06037

Northland Power Income Fund
Anthony (Tony) Anderson, CFO
30 St. Clair Ave West
Toronto, Ontario M4V 3A1

NRG Energy
Scott Davido
901 Marquette Ave., Suite 2300
Minneapolis, MN 55402

O'Shanter Development Company
Adam Krehm
245 Carlaw Ave., Suite 107
Toronto, Ontario
M4M 2S1

Ontario Teacher's Pension Fund
Glen Silvestri
5650 Yonge Street
Toronto, Ontario Canada
M2M 4H5

Panda Energy International, Inc.
Jay Li, Director, M&A
4100 Spring Valley Road, Ste. 1001
Dallas, Texas 75244

Pivotal Private Equity
Jahm Najafi, Principal
2555 East Camelback Road, Suite 700
Phoenix, Arizona 85016

Power Development Partners
Greg Martinson
316 East Euclid Avenue
Arlington Heights, IL 60004

PPL
Steve May
Two North Ninth Street
Allentown, PA 18101

PPM Energy
Todd A. Blackford, Senior Director, National Accounts
20333 State Highway 249, Suite 400
Houston, TX 77070

Public Service Enterprise Group
Andrew Gilbert
80 Park Plaza
P.O. Box 570
Newark, NJ 07101

Red Rock Power Partners
David Smith
10 Heron Road
Norwalk, CT 06855

Reservoir Capital
Peter Moskowitz
650 Madison Avenue, 26th Floor
New York, NY 10022

Riverstone Capital Partners/Carlyle
Zander Arkin
712 Fifth Avenue, 19th Floor
New York, NY 10019

Sempra
Rick Vaccari, Managing Director
101 Ash Street, HQ01H
San Diego, CA 92101-3017

Shaw Group
Brian Quinlin
1717 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006

Signal Hill Power
Clay Spears
4108 University Boulevard
Houston, TX 77005

Sithe Energy
Bruce Wrobel
335 Madison Avenue, 28th Floor
New York, NY 10017

State of Vermont
James M. Coyne, Senior Vice President, Lexecon Inc.
One Mifflin Place
Cambridge, MA 02138-4907

State of Vermont
Michael Smith
Pavilion Office Building
109 State Street
Montpelier, VT 05609-0201

Sumitomo Corporation
Michael Derkach, Director, Business Development
Sumitomo Corporation of America
600 Third Ave
New York, NY 10016

Tenaska Capital Management LLC
Alan Levande
1155 Park Avenue
New York, NY 10128

Texas Pacific Group
Rich Schifter
301 Commerce Street, Suite 3300
Fort Worth, TX 76102

Toshiba
Hisao Fujihashi
650 California, 29th Floor
San Francisco, CA 94108

Tractebel Project Development
Tom Mumford, Senior Vice President,
Power Development & Acquisitions
1990 Post Oak Boulevard, Suite 1900
Houston, TX 77056

TransCanada Power
Dean Patry, Business Development, Power
450 – 1st Street S.W.
Calgary, Alberta Canada
T2P 5HI

Tyr Energy
Brad Nordholm, CEO
7500 College Blvd., Suite 650
Overland Park, KS 66210

Unipower Inc.
Frank Dai
3131 Custer Road, Suite 155
Plano, TX 75075

U.S. PowerGen
Jacob Worenklein
US Power Generating Co. LLC
499 Park Avenue
20th Floor
New York, NY 10022

Wharton Capital
Peter Lewis
520 Madison Avenue, 38th Floor
New York, NY 10022

WPS Resources
Dick James Vice President, Corporate Planning
700 North Adams St.
Green Bay, WI 54304

Rhode Island Division of Taxation
Tax Administrator
One Capital Hill
Providence, RI 02908

Massachusetts Department of Revenue
P.O. Box 7034
Boston, MA 02204

City of Providence
City Collector
P.O. Box 203
Providence, RI 02901

Town of Somerset
Tax Collector
P.O. Box 425
Somerset, MA 02726

City of Salem
Office of the Collector of Taxes
93 Washington Street
Salem, MA 01970-3592

State of Massachusetts
Commissioner of Revenue
Excise Tax on Deeds, Instruments and Writings
51 Sleeper Street
Providence, RI 02903

General Treasurer
State of Rhode Island
3 Capitol Hill, Room 206
Providence, RI 02908

Massachusetts Department of Revenue
Litigation Bureau, Bankruptcy
P.O. Box 55484
Boston, MA 02205

Kevin McGonagle
Certificate Unit, Corporate Bureau
Massachusetts Department of Revenue
20 Arlington Street
Chelsea, Massachusetts 02150

ADA-ES, Inc.
8100 SouthPark Way, Building B
Littleton, CO 80120
Attn: Cameron E. Martin

ADA-ES, LLC
8100 SouthPark Way, Building B
Littleton, CO 80120

A&G Services
PO Box 391
Rockland, MA 02370
Attn: Peter Krukiel

ALG Environmental Consulting, L.L.C.
20 Island Pond Road
Derry, NH 03038

Algonquin Gas Transmission Company
1286 Soldiers Field Road
Boston, MA 02137

Alstom Power, Inc.
13302 Summit Square Center
Rt. 413 and Doublewoods Road
Langhorne, PA 19047-1098

AMEC Earth & Environmental, Inc.
239 Littleton Road, Suite 1B
Westford, MA 01886

AO Safety
90 Mechanic Street
Southbridge, MA 01550
Attn: Paul McLeod

APC
120 High St.
Bridgewater, MA 02324
Attn: Mike Flaherty

Aquagenics Incorporated
215 Salem Street
Suite 3
Woburn, MA 01801

Arch Coal Sales Company, Inc.
CityPlace One, Suite 350
St. Louis, Missouri 63141
Attn: AP, Contract Administration

AS Bulkhandling
Harbitzalléen 2A, 0275
Oslo, Norway

The Babcock & Wilcox Company
5 Essex Drive
Yarmouth, ME 04097

Babcock Power Environmental Inc.
5 Neponset Street
Worcester, MA 01615
Attn: President

Babcock Power Inc.
82 Cambridge Street
Burlington, MA 01803
Attn: President

Barre Energy Partners, L.P.
c/o U.S. Energy Biogas Corp.
40 Tower Lane
Avon, CT 06001
Attn: Richard Augustine

Bond Brother, Inc.
145 Spring StreetEverett, MA 02149
Attn: Thomas C. Baille

Budget Overhead Doors
PO 4343
Peabody, MA 01960
Attn: John Blake

BUW Council Local 310/UWUA
1300 Jefferson Boulevard
Warwick, RI 02885

CAT Financial
5 Medallion Center
Greeley Street
Merrimack, NH 03054
Attn: John Zujewski

Central Gulf Lines, Inc.
650 Poydras Street, Suite 1700
New Orleans, LA 70153-3366

Certified Power Systems, Inc.
40 Christa McAuliffe Blvd.
Plymouth, MA 02360

Cineris Corporation
95 State Street, Suite 812
Springfield, MA 01103
Attn: Mr. Gene Bernat, Vice President

Cintas Corporation
125 John Hancock Road
Taunton, MA 02780

Clean Harbors Environmental
Services, Inc.
Attn: General Council
1501 Washington Street
P.O. Box 859048
Braintree, MA 02185-9048

Clemenzi Plumbing
141 Orchard St.
Byfield, MA 01922
Attn: David Clemenzi

Combustion Components Associates
Attn: Gifford Broaderick
884 Main Street
Monroe, CT 06468

Commonwealth Coal Services, Inc.
5413 Patterson Avenue
Suite 200
Richmond, VA 23226

Commonwealth of Massachusetts
Conservation Trust
Boston, MA 02114

Consultants Pump Group Inc.
P.O. Box 1109
Mashpee, Massachusetts 02649

Corporate Express
100 Foxborough Blvd., Suite 220
Foxborough, MA 02035
Attn: Karen Smigliani

Covanta Energy Corp.
40 Lane Road
Fairfield, NJ 07004

Cover Technologies, Inc.
95 State Street, Suite 812
Springfield, MA 01103

CSL International Inc.
55 Tozer Road
Beverly, MA 01915

CSX Transportation, Inc.
500 Water Street
Jacksonville, FL 32202

DeAlteris Associates Inc.
PO Box 251
Jamestown, RI 02835

Distrigas of Massachusetts LLC
One Liberty Square, 10th Floor
Boston, MA 02109

Dominion Terminal Associates
PO Box 967-A
Newport News, VA 23607
Attn: President

Down to Earth Environmental Solutions, LLC
1 Thompson Square, Suite 205
Charlestown, MA 02129
Attn: Anthony J. Orlofski, Jr.

Earth Tech, Inc.
196 Baker Avenue
Concord, MA 01742

East Side Media Inc.
10 Elmgrove Avenue
Providence, RI 02906

Eastern Adjustment Company, Inc.
430 Boston Street, Suite 5
PO Box 445
Topsfield, MA 01983
Attn: Farish Hemeon

Ecolochem
Attn: Doug Schmitt
4545 Patent Rd
Norfolk, Virginia 23502

Energy and Environmental Strategies
50 Old Faith Road
Shrewsbury, MA 01545

Enterprise Ship Company
c/o Central Gulf Lines, Inc.
650 Poydras Street, Suite 1700
New Orleans, LA 70153-3366

Environmental Energy Services
Attn: Richard Nowak
P.O. Box 871
Ridgefield, CT 06877

E/PRO Engineering
& Environmental Consulting, LLC
44 East State Street
Montpelier, VT 05602

ESA, Inc.
PO Box 2110
Clackamas, OR 97015
Attn: Contract Administrator

ESI Inc. of Tennessee
1250 Roberts Boulevard
Kennesaw, GA 30144

Fire Equipment, Inc.
88 Hicks Avenue
Medford, MA 02155

Folsom Marine Contractors
PO Box 103
Plymouth, MA 03284-0103
Attn: Bob Souperon

Fru-Con
15933 Clayton Road (63011)
PO Box 100
Ballwin, Missouri 63022-0100

GE Betz, Inc.
4636 Somerton Road
Trevose, PA 19053-6783

GE International, Inc.
3960 Mystic Valley Parkway
Medford, MA 02155-6966

GEI Consultants, Inc.
Attn: Jillian Gregory
1021 Main Street
Winchester MA 01890-1970

Gemma Power Systems, LLC
2461 Main Street
Glastonbury, CT 06033

Glencore Ltd.
301 Tresser Boulevard
3 Stamford Plaza
Stamford, CT 06901

Gradient Corporation
Attn: Peter A. Valberg
238 Main Street
Cambridge, MA 02142

Guasare Coal International
Attn: Eladio Bueno/Carrasquinho
Hammersmith Road, Lincoln House 137 – 143
London, W140QL, U.K

H&S Tank
101 Foster Street
Peabody, MA 01960
Attn: Gary Negorsky

Hamon Research-Cottrell Inc.
58 East Main Street, PO Box 1500
Somerville, NJ 08876

Healy Engineering, Inc.
110 Robbins Street
Milton, MA 02186

The Holmes Consulting Group, Ltd.
5 Surrey Road
Barrington, RI 02806
Attn: John Holmes

Honeywell
1100 Virginia Drive
MS PA55-710
Fort Washington, PA 19034-3260
Attn: Mike Palmer

Hudson Highland Group
Global Resources Management, Inc.
55 Alpha Drive West
Pittsburgh, PA 15238

IBEW Local 326
420 Common Street
Lawrence, MA 01840

International Brotherhood of
Electrical Workers,
Local Union No. 486
70 Webster St., 2nd Floor
Worcester, MA 01603

Industrial Furnace Company
40 Humboldt Street
Rochester, NY 14609

Inter-American Coal, Inc.
5016 Dorsey Hall Drive
Suite 202
Ellicott City, MD 21042

International Chimney Corporation
55 South Long Street
Box 260
Buffalo, NY 14231-0260
Attn: Roger Dumont

International Shipholding Corp.
One Whitehall Street
New York, NY 10004

Interocean Coal Sales, LDC
1000 Urban Center Drive
Suite 300
Birmingham, AL 35242

ISG Resources, Inc.
4043 North Euclid Avenue
Bay City, MI 48706

ISO New England Inc.
One Sullivan Road
Holyoke, MA 01040

J.C. Zampell Cleaning
Malcom Hoyt Drive
Newburyport, MA 01950
Attn: Steve Larson

J.H. Lynch & Sons
50 Lynch Place
Cumberland, RI 02864
Attn: President

Kuhn Consulting
149 Stonegate Lane
Hanover, MA 02339
Attn: Albert J. Kuhn

Laborers International Union
of North America Local 14
P.O. Box 853
Salem, MA 01970

Laborers International Union
of North America Local 610
P.O. Box 655
Fall River, MA 02722

Lehigh University
Attn: Ursula S. Levy
Energy Research Center
117 ATLSS Drive
Bethlehem, PA 18015-4729

Mackey & Sons
58 Broadway
PO Box 366
Salem, MA 01970
Attn: Dan Mackey

MACTEC Engineering
and Consulting, Inc.
Attn: Annette McLean
32 Daniel Webster Highway, Ste. 25
Merrimack, NH 03054

Maguire Group, Inc.
225 Foxborough Blvd.
Foxborough, MA 02035

Manpower
263 Weybosset Street
Providence, RI 02903-3724

Marr Scaffolding
One D Street
Boston, MA 02127
Attn: Chris Grams

Massachusetts Electric Company
55 Bearfoot Road
Northborough, MA 01532

Mass Electric Construction Company
180 Guest Street
Boston, MA 02135-2046

Monson Companies
Attn: Jeffrey Pellerin
154 Pioneer Dr
Leominster, MA 01453

Nantucket Electric Company
25 Research Drive
Westborough, MA 01582

The Narragansett Electric Company
25 Research Drive
Westborough, MA 01582

National Environmental Strategies
2600 Virginia Avenue NW Suite 505
Washington, DC 20037
Attn: Marc Himmelstein

National Grid
55 Bearfoot Road
Northborough, MA 01532

National Gypsum Company
2001 Rexford Road
Charlotte, NC 28211

National Response Corporation
446 Edwards Avenue
Calverton, NY 11933

Neill and Gunter
482 Payne Road
Scarborough, ME 04074

New England Gas Company
100 Weybosset Street
Providence, RI 02903

New England Power Company
25 Research Drive
Westborough, Massachusetts 01581

Northampton Generating Company, L.P.
7500 Old Georgetown Road
Bethesda, MD 20814
Attn: General Counsel

North East Solid Waste Committee
530 Atlantic Avenue
Boston, MA 02210
Attn: Executive Director

NRC
3500 Sunrise Highway
Suite T-103
Great River, NY 11739

O'Connor Constructors
45 Industrial Drive
Canton, MA 02021

Ogden Energy Group, Inc.
40 Lane Road
Fairfield, NJ

Ogden Haverhill Associates
Recovery Way
Haverhill, Massachusetts 01830

Otis Elevator
61 Fourth Ave.
Needham, MA 02494
Attn: Beth DiPolato

Oxbow Carbon & Minerals, LLC
1601 Forum Place, Suite 1400
West Palm Beach, FL 33401

Peregrine Environmental Services Inc.
18 Quail Run
Canton, MA 02021
Attn: Andy Kozak

PG&E Energy Trading-Power, L.P.
7600 Wisconsin Avenue
Bethesda, MD 20814

Pitney Bowes
959 Concord Street
Framingham, MA 01701-4682
Attn: Tracey Pasquarello

PLM Inc.
35 Main Street
Hopkinton, MA 01748

Pozament Corporation
290 Bic Drive
Milford, CT 06460

Praxair
900 Praxair Distribution Inc
Dept CH 10660
Palatine, IL 60055-0660

Progress Materials Inc.
Bank of America Tower
St. Petersburg, FL 33701

City of Providence
City Hall
25 Dorrance Street
Providence, RI 02903

Qualitrol – Hathaway Systems Division
Attn: Mike Chaney
102 Lakefront Drive
Cockeysville, MD 21030

Kenneth R. Rezendes, Inc.
3 Sammy's Lane
PO Box 879
Assonet, MA 02702-0897

City of Salem
Assessor's Office
City Hall
93 Washington Street
Salem, MA 01970

Sargent & Lundy LLC
55 East Monroe Street
Chicago, IL 60603

Securitas Security Services USA, Inc.
4330 Park Terrace Drive
Westlake Village, CA 91361

Select Energy, Inc.
107 Selden Street
Berlin, CT 06037
Attn: Assistant General Counsel

Separation Technologies, Inc.
10 Kearney Road
Needham, MA 02494
Attn: Joseph A. Teves

Smith, Segal & Sowalsky
50 Congress Street
Suite 600
Boston, MA 02109

Town of Somerset
Assessor's Office
140 Wood Street
2nd Floor
Somerset, MA 02726

South Carolina Electric & Gas Co.
111 Research Drive
Columbia, SC 29203

Splash Duck Tours of Providence, Inc.
PO Box 439
Lincoln, NH 03251

Sprague Energy Corp.
Two International Place, Suite 200
Portsmouth, NH 03801
Attn: Vice President, Terminals

S.T.A.T. America
Attn: Douglas G. Hahn, President
2902 Evergreen Parkway
Evergreen, CO 80439

Stone & Webster, Inc.
100 Technology Center
Stoughton, MA 02072

Suburban Staffing, Inc.
Attn: Suzanne Santaspago
30 Lyman Street
P.O. Box 1450
Westborough, MA 01581-6450

Synerfac Staffing Services
2 Read's Way, Suite 209
New Castle, DE 19720

T Ford Company, Inc.
118 Tenny Street
Georgetown, MA 01833

Tetra Tech FW, Inc.
133 Federal Street
Boston, MA 02110
Attn: Leo Sicuranza

Tibbetts Engineering Corp.
716 County Street
Taunton, MA 02780
Attn: Richard Munroe

TRC Environmental Corporation
Boott Mills South
Foot of John Street
Lowell, MA 01852

United Power Group, Inc.
71 Legion Parkway
Brockton, MA 02301

University of Massachusetts Dartmouth
706 South Rodney French Blvd.
New Bedford, MA 02744-1221

University of Massachusetts Lowell
Attn: Patricia Swierk
600 Suffolk Street, 2nd Floor South
Lowell, MA 01854

URS Corporation Group Consultants
5 Industrial Way
Salem, MA 03079-2830

USG Corp. (US Gypsum Company)
125 South Franklin Street
Chicago, IL 60606

USS Saratoga Museum Foundation, Inc.
PO Box 28581
Providence, RI 02908

Utility Control Consultants Inc.
4367 West Escuda Drive
Glendale, AZ 85308

UWUA, Local 464
c/o David LaJeunesse, President
16 Hicks Street
North Dartmouth, MA 02747

R.G. Vanderweil Engineers, Inc.
Attn: Daren Demirchian
274 Summer Street
Boston, MA 02210-1123

VFL Technology Corporation
16 Hagerty Boulevard
West Chester, PA 19382-7594

Washington Group International, Inc.
510 Carnegie Center
Princeton, NJ 08543-5287

Waste Management of New Hampshire, Inc.
4 Liberty Lane West
Hampton, NH 03842
Attn: General Counsel

Wheelabrator Air Pollution Control Inc.
441 Smithfield Street, 5th Floor
Pittsburgh, PA 15222-2292

Wheelabrator North Andover, Inc.
4 Liberty Lane West
Hampton, NH 03842

Wheelabrator Technologies Inc.
4 Liberty Lane West
Hampton, NH 03842

J.F. White Contracting Company
10 Burr Street
Framingham, MA 01701

Xerox Corporation
235 Wyman Street
Waltham, MA 02451

Bank of New York
One Wall Street
New York, NY 10286

Inter-American Coal Holding N.V.
c/o Inter-American Coal, Inc.
5016 Dorsey Hall Drive
Suite 202
Ellicott City, MD 21042

PG&E National Energy Group Inc.
7600 Wisconsin Avenue
Bethesda, MD 20814

Drummond Coal Sales, Inc.
530 Beacon Parkway West
Birmingham, AL 35209
Attn: Dennis Steul

Oxbow Mining LLC
1601 Forum Place, Suite 1400
West Palm Beach, FL 33401

Rezendes Family Limited Partnership 2
3 Sammy's Lane
P.O. Box 879
Assonet, MA 02702-0897

Union Pacific Railroad Company
1416 Dodge Street
Omaha, NE 68179

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re: | ) | |
| USGen New England, Inc., | ) | Case No. 03-30465 (PM) |
| Debtor. | ) | Chapter 11 |

**CERTIFICATE OF MAILING OF**
**ASSIGNMENT AND CURE NOTICE DATED OCTOBER 15, 2004**

I hereby certify that on the 15th day of October, 2004, a copy of the following items was mailed by first class mail, postage prepaid, to the parties identified on Schedule A of the Assignment and Cure Notice dated October 15, 2004, a copy of which is attached hereto.

1. Assignment and Cure Notice;

2. Debtor's Motion for Orders (A) Approving Bidding Procedures With Respect to Proposed Sale of A Portion of Debtor's Assets to Dominion Energy New England, Inc. Or Their Designated Subsidiary, (ii) Scheduling Hearing On Approval Of Sale; (iii) Approving Form And Manner Of Notice Of Sale, (iv) Approving Break-Up Fee And Expense Reimbursement Fee And (B)(i), Approving Sale Of A Portion of the Debtor's Assets Free and Clear of All Liens Under Sections 363, (ii) Authorizing Assumption And Assignment Of Certain Assigned Contracts And Leases Under Section 365 And (C) Granting Related Relief [Dkt. No. 1034] (with Asset Purchase Agreement);

3. Amended Order Under 11 U.S.C. §§ 105(a), 363 and 265, and Fed.R.Bankr.P. 2002, 6004, 6006 and 9019: (A) Scheduling Hearing on Approval of Asset Sale, Assumption and Assignment of Executory Contracts To Dominion Energy New England, Inc. and Unexpired Leases, and Assumption of Certain Liabilities, and (B) Approving (i) Form and Manner of Notice of Sale, (ii) Bidding Procedures, (iii) Expense Reimbursement Fee and Break-Up Fee and (iv) Granting Related Relief [Dkt. No. 1118]; and

4. Notice of (I) Sale of a Portion of Debtor's Assets [Fossil] to Dominion Energy New England, Inc., (II) Assumption and Assignment of Executory Contracts and Unexpired Leases, (III) Assumption of Certain Liabilities, and (IV) Opportunity to Submit Higher and Better Bids [Dkt. No. 1127]

**BLANK ROME LLP**

*/s/ John Lucian*

John Lucian (Federal Bar No. 14096)
250 W. Pratt Street, Suite 2201
Baltimore, Maryland 21201
(410) 659-3945
(410) 986-2706 (fax)
Lucian@blankrome.com

Counsel for Debtor

118274.01600/21324100v1

USGen New England, Inc.
7600 Wisconsin Avenue
Bethesda, MD 20814

October 15, 2004

Ladies and Gentlemen:

Re: **ASSIGNMENT AND CURE NOTICE**
**USGEN NEW ENGLAND, INC. - CASE NO. 03-30465 PM**

Reference is made to that certain Fossil Asset Purchase and Sale Agreement dated as of September 3, 2004 (the "Purchase Agreement"), by and among USGen New England, Inc. (the "Company"), certain of the Company's subsidiaries and affiliates, and Dominion Energy New England, Inc. ("Dominion").

Please take notice that on October 8, 2004, the United States Bankruptcy Court for the District of Maryland entered an order (the "Procedures Order") approving, among other things, the terms of the Purchase Agreement and establishing the procedures for noticing approval of the Purchase Agreement and any auction that may be required. Copies of each of (i) the Procedures Order, (ii) the motion seeking entry of the Procedures Order and (iii) the notice of (1) sale of a portion of the Company's assets to Dominion, (2) assumption and assignment of executory contracts and unexpired leases, (3) assumption of certain specified liabilities and (4) opportunity to submit higher and better bids, are enclosed herewith.

Please also take notice that pursuant to the terms of the Purchase Agreement, effective as of Closing,[1] the Company intends to assume, assign and sell to Dominion or its designated affiliate, without limitation: (i) all executory contracts and unexpired leases with the parties designated on Schedule A primarily relating to the Business or the Plants[2], and (ii) all purchase orders or commitments primarily relating to the Business or the Plants entered into by the Company with the parties listed on Schedule A (the "Purchase Orders"), to the extent such Purchase Orders, if any, remain outstanding as of the Closing.

According to the Company's records, all prepetition cure amounts (i.e. amounts relating to periods prior to July 8, 2003) and postpetition amounts outstanding as of October 1,

[1] Capitalized terms used but not defined herein shall have the meanings assigned to them in the Purchase Agreement.

[2] "Plants" is defined in Section 1.1 of the Purchase Agreement and means the Company's power generation facilities at the Brayton Point Station and the Salem Harbor Station, both in Massachusetts, and the Manchester Street Station in Rhode Island. "Business" is defined in Section 1.1 of the Purchase Agreement as the Company's business of owning, operating and generating electricity from the Plants and the machinery, equipment and facilities related thereto.

2004 (i.e. amounts outstanding relating to the period from July 8, 2003 through October 1, 2004) for such executory contracts and unexpired leases are as set forth on Schedule A annexed hereto. The Company intends to pay all undisputed postpetition amounts due and owing under all executory contracts, leases and Purchase Orders in the ordinary course of business in accordance with the respective terms of such executory contracts, leases and Purchase Orders. Please be advised that pursuant to the provisions of paragraph 12 of the Procedures Order, you have until 4:00 p.m. EST on November 12, 2004 to file with the Bankruptcy Court any objections relating to any such cure amounts or relating to adequate assurance issues under Section 365 of the Bankruptcy Code. Your objections, if any, are required to state with specificity what cure is required (with appropriate documentation in support thereof) and any adequate assurance issues. If no objection is timely received, the cure amount set forth on Schedule A annexed hereto shall be controlling notwithstanding anything to the contrary in any such executory contracts or unexpired leases.

Please be advised that, in accordance with the provisions of Section 12 of the Procedures Order, the Company may withdraw, with Dominion's consent, its request to assume, assign and sell any Assigned Contract or Lease[3] at any time on or before the hearing to approve the sale transaction contemplated by the Purchase Agreement.[4] In the event a party other than Dominion is the successful bidder at the auction to be conducted on November 15, 2004, then the Company will provide you with a supplemental notice of the same.

Please be advised that the assignment and sale by the Company to Dominion or its designated affiliate, as of Closing, of the Assigned Contracts and Leases shall not make Dominion or any of its affiliates liable to you for any amounts outstanding or accruing under such agreements before the Closing and that Dominion or its designated affiliate is only assuming the Assumed Liabilities.

If you have any further inquiries regarding adequate assurance issues under Section 365(b)(1)(C) of the Bankruptcy Code, please make such inquiry in writing to Dion W. Hayes, Esq., McGuireWoods LLP (Dominion's bankruptcy counsel), One James Center, 901 East Cary Street, Richmond, Virginia 23219-4030 (facsimile: (804) 698-2078), with a copy to Joel C. Shapiro, Esq., Blank Rome LLP (the Company's counsel), One Logan Square, 130 N 18th Street, Philadelphia, PA 19103 (facsimile: (215)832-5746). Such written inquiry shall not serve as a substitute for and shall not obviate the necessity of your filing any adequate assurance objections with the Bankruptcy Court no later than 4:00 p.m. EST on November 12, 2004, in accordance with the requirements in paragraph 12 of the Procedures Order.

Very truly yours,

USGEN NEW ENGLAND, INC.

Enclosures

[3] "Assigned Contracts" and "Leases" are defined in Section 2.1 of the Purchase Agreement and include the executory contracts and unexpired leases referred to herein with the parties on Schedule A and the Purchase Orders.
[4] This notice is also without prejudice to the Company's right to take the position that any of the Assigned Contracts and Leases does not constitute an executory contract or unexpired lease under Section 365 of the Bankruptcy Code.

**SCHEDULE A**
**EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

| [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|
| [illegible] | | | |
| **ADA-ES, Inc.** | ADA-ES, Inc.<br>8100 SouthPark Way, Building B<br>Littleton, CO 80120<br>Attn: Cameron E. Martin | $ - | $ - |
| **ADA-ES, LLC** | ADA-ES, LLC<br>8100 SouthPark Way, Building B<br>Littleton, CO 80120 | $ 55,639.00 | $ - |
| **A&G Services** | A&G Services<br>PO Box 391<br>Rockland, MA 02370<br>Attn: Peter Krukiel | $ - | $ - |
| **ALG Environmental Consulting, L.L.C.** | ALG Environmental Consulting, L.L.C.<br>20 Island Pond Road<br>Derry, NH 03038 | $ - | $ - |
| **Algonquin Gas Transmission Company** | Algonquin Gas Transmission Company<br>1286 Soldiers Field Road<br>Boston, MA 02137 | $ - | $ - |
| **Alstom Power, Inc.** | Alstom Power, Inc.<br>13302 Summit Square Center<br>Rt. 413 and Doublewoods Road<br>Langhorne, PA 19047-1098 | $ - | $ 22,087.20 |
| **AMEC Earth & Environmental, Inc.** | AMEC Earth & Environmental, Inc.<br>239 Littleton Road, Suite 1B<br>Westford, MA 01886 | $ - | $ - |
| **AO Safety** | AO Safety<br>90 Mechanic Street<br>Southbridge, MA 01550<br>Attn: Paul McLeod | $ - | $ - |
| **APC** | APC<br>120 High St.<br>Bridgewater, MA 02324<br>Attn: Mike Flaherty | $ - | $ - |
| **Aquagenics Incorporated** | Aquagenics Incorporated<br>215 Salem Street<br>Suite 3<br>Woburn, MA 01801 | $ 11,092.00 | $ - |
| **Arch Coal Sales Company, Inc.** | Arch Coal Sales Company, Inc.<br>CityPlace One, Suite 350<br>St. Louis, Missouri 63141<br>Attn: AP, Contract Administration | $ - | $ - |
| **AS Bulkhandling** | AS Bulkhandling<br>Harbitzalléen 2A, 0275<br>Oslo, Norway | $ - | $ - |
| **Babcock & Wilcox** | The Babcock & Wilcox Company<br>5 Essex Drive<br>Yarmouth, ME 04097 | $ - | $ 37,628.68 |
| **Babcock Power Environmental Inc.** | Babcock Power Environmental Inc.<br>5 Neponset Street<br>Worcester, MA 01615<br>Attn: President | $ - | $ - |
| **Babcock Power, Inc.** | Babcock Power Inc.<br>82 Cambridge Street<br>Burlington, MA 01803<br>Attn: President | $ - | $ - |

| | | | |
|---|---|---|---|
| **Bank of New York (as Trustee of Indenture dated as of March 16, 1996 between BNY and Enterprise Ship Company Inc.)** | Bank of New York<br>One Wall Street<br>New York, New York 10286 | $ - | $ - |
| **Barre Energy Partners, L.P.** | Barre Energy Partners, L.P.<br>c/o U.S. Energy Biogas Corp.<br>40 Tower Lane<br>Avon, CT 06001<br>Attn: Richard Augustine | $ - | $ - |
| **Bond Brothers, Inc.** | Bond Brother, Inc.<br>145 Spring Street<br>Everett, MA 02149<br>Attn: Thomas C. Baille | $ - | $ - |
| **Budget Overhead Doors** | Budget Overhead Doors<br>PO 4343<br>Peabody, MA 01960<br>Attn: John Blake | $ 2,838.00 | $ - |
| **BUW Council Local 310/UWUA** | BUW Council Local 310/UWUA<br>1300 Jefferson Boulevard<br>Warwick, RI 02885 | $ - | $ - |
| **CAT Financial** | CAT Financial<br>5 Medallion Center<br>Greeley Street<br>Merrimack, NH 03054<br>Attn: John Zujewski | $ - | $ - |
| **Central Gulf Lines, Inc.** | Central Gulf Lines, Inc.<br>650 Poydras Street, Suite 1700<br>New Orleans, LA 70153-3366 | $ - | $ - |
| **Certified Power Systems, Inc.** | Certified Power Systems, Inc.<br>40 Christa McAuliffe Blvd.<br>Plymouth, MA 02360 | $ - | $ - |
| **Cineris Corporation** | Cineris Corporation<br>95 State Street, Suite 812<br>Springfield, MA 01103<br>Attn: Mr. Gene Bernat, Vice President | $ - | $ 27,490.10 |
| **Cintas Corporation** | Cintas Corporation<br>125 John Hancock Road<br>Taunton, MA 02780 | $ 28,368.00 | $ 9,392.52 |
| **Clean Harbors Environmental Services, Inc.** | Clean Harbors Environmental Services, Inc.<br>Attn: General Council<br>1501 Washington Street<br>P.O. Box 859048<br>Braintree, MA 02185-9048 | $ 3,085.73 | $ - |
| **Clemenzi Plumbing** | Clemenzi Plumbing<br>141 Orchard St.<br>Byfield, MA 01922<br>Attn: David Clemenzi | $ 4,753.00 | $ - |
| **Combustion Components Associates** | Combustion Components Associates<br>Attn: Gifford Broaderick<br>884 Main Street<br>Monroe, CT 06468 | $ - | $ - |
| **Commonwealth Coal Services, Inc.** | Commonwealth Coal Services, Inc.<br>5413 Patterson Avenue<br>Suite 200<br>Richmond, VA 23226 | $ - | $ - |
| **Commonwealth of Massachusetts** | Commonwealth of Massachusetts<br>Conservation Trust<br>Boston, MA 02114 | $ 3,000.00 | $ - |

| [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|
| **Consultants Pump Group, Inc.** | Consultants Pump Group Inc.<br>P.O. Box 1109<br>Mashpee, Massachusetts 02649 | $ - | $ - |
| **Corporate Express** | Corporate Express<br>100 Foxborough Blvd., Suite 220<br>Foxborough, MA 02035<br>Attn: Karen Smigliani | $ 12,366.00 | $ 500.08 |
| **Covanta Energy Corp. (formerly Ogden Corporation)** | Covanta Energy Corp.<br>40 Lane Road<br>Fairfield, NJ 07004 | $ - | $ - |
| **Cover Technologies, Inc.** | Cover Technologies, Inc.<br>95 State Street, Suite 812<br>Springfield, MA 01103 | $ - | $ - |
| **CSL International Inc.** | CSL International Inc.<br>55 Tozer Road<br>Beverly, MA 01915 | $ 88.00 | $ - |
| **CSX Transportation, Inc.** | CSX Transportation, Inc.<br>500 Water Street<br>Jacksonville, FL 32202 | $ - | $ 2,714.57 |
| **DeAlteris Associates Inc.** | DeAlteris Associates Inc.<br>PO Box 251<br>Jamestown, RI 02835 | $ - | $ - |
| **Distrigas of Massachusetts LLC** | Distrigas of Massachusetts LLC<br>One Liberty Square, 10th Floor<br>Boston, MA 02109 | $ - | $ - |
| **Dominion Terminal Associates** | Dominion Terminal Associates<br>PO Box 967-A<br>Newport News, VA 23607<br>Attn: President | $ - | $ 30,290.43 |
| **Down to Earth Environmental Solutions, LLC** | Down to Earth Environmental Solutions, LLC<br>1 Thompson Square, Suite 205<br>Charlestown, MA 02129<br>Attn: Anthony J. Orlofski, Jr. | $ 8,580.00 | $ 10,040.28 |
| **Drummond Coal Sales, Inc.** | Drummond Coal Sales, Inc.<br>530 Beacon Parkway West<br>Birmingham, AL 35209<br>Attn: Dennis Steul | $ - | $ - |
| **Earth Tech, Inc.** | Earth Tech, Inc.<br>196 Baker Avenue<br>Concord, MA 01742 | $ 67,345.00 | $ 3,799.79 |
| **East Side Media Inc.** | East Side Media Inc.<br>10 Elmgrove Avenue<br>Providence, RI 02906 | $ 475.00 | $ - |
| **Eastern Adjustment Company, Inc.** | Eastern Adjustment Company, Inc.<br>430 Boston Street, Suite 5<br>PO Box 445<br>Topsfield, MA 01983<br>Attn: Farish Hemeon | $ 8,051.00 | $ 346.00 |
| **Ecolochem** | Ecolochem<br>Attn: Doug Schmitt<br>4545 Patent Rd<br>Norfolk, Virginia 23502 | $ 54,619.00 | $ - |
| **Energy and Environmental Strategies** | Energy and Environmental Strategies<br>50 Old Faith Road<br>Shrewsbury, MA 01545 | $ 5,750.00 | $ - |
| **Enterprise Ship Company Inc.** | Enterprise Ship Company<br>c/o Central Gulf Lines, Inc.<br>650 Poydras Street, Suite 1700<br>New Orleans, LA 70153-3366 | $ - | $ - |

| [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|
| **Environmental Energy Services** | Environmental Energy Services<br>Attn: Richard Nowak<br>P.O. Box 871<br>Ridgefield, CT 06877 | $ 14,561.00 | $ - |
| **E/PRO Engineering & Environmental Consulting, LLC** | E/PRO Engineering & Environmental Consulting, LLC<br>44 East State Street<br>Montpelier, VT 05602 | $ 15,830.00 | $ - |
| **ESA, Inc.** | ESA, Inc.<br>PO Box 2110<br>Clackamas, OR 97015<br>Attn: Contract Administrator | $ - | $ 46,934.80 |
| **ESI Inc. of Tennessee** | ESI Inc. of Tennessee<br>1250 Roberts Boulevard<br>Kennesaw, GA 30144 | $ - | $ - |
| **Fire Equipment, Inc.** | Fire Equipment, Inc.<br>88 Hicks Avenue<br>Medford, MA 02155 | $ - | $ 2,218.65 |
| **Folsom Marine Contractors** | Folsom Marine Contractors<br>PO Box 103<br>Plymouth, MA 03284-0103<br>Attn: Bob Souperon | $ 98,907.00 | $ - |
| **Fru-Con** | Fru-Con<br>15933 Clayton Road (63011)<br>PO Box 100<br>Ballwin, Missouri 63022-0100 | $ - | $ - |
| **GE Betz, Inc.** | GE Betz, Inc.<br>4636 Somerton Road<br>Trevose, PA 19053-6783 | $ 67,099.00 | $ 12,150.40 |
| **GE International, Inc.** | GE International, Inc.<br>3960 Mystic Valley Parkway<br>Medford, MA 02155-6966 | $ 14,575.00 | $ 642,450.16 |
| **GEI Consultants, Inc.** | GEI Consultants, Inc.<br>Attn: Jillian Gregory<br>1021 Main Street<br>Winchester MA 01890-1970 | $ 1,936.00 | $ 7,641.65 |
| **Gemma Power Systems, LLC** | Gemma Power Systems, LLC<br>2461 Main Street<br>Glastonbury, CT 06033 | $ - | $ - |
| **Glencore Ltd.** | Glencore Ltd.<br>301 Tresser Boulevard<br>3 Stamford Plaza<br>Stamford, CT 06901 | $ - | $ - |
| **Gradient Corporation** | Gradient Corporation<br>Attn: Peter A. Valberg<br>238 Main Street<br>Cambridge, MA 02142 | $ - | $ - |
| **Guasare Coal International** | Guasare Coal International<br>Attn: Eladio Bueno/Carrasquinho<br>Hammersmith Road, Lincoln House 137 –143<br>London, W140QL, U.K | $ - | $ - |
| **H&S Tank Cleanings, Inc.** | H&S Tank<br>101 Foster Street<br>Peabody, MA 01960<br>Attn: Gary Negorsky | $ 780.00 | $ 2,252.50 |

| | | | |
|---|---|---|---|
| Hamon Research-Cottrell Inc. | Hamon Research-Cottrell Inc.<br>58 East Main Street, PO Box 1500<br>Somerville, NJ 08876 | $ 4,260.00 | $ 144.74 |
| Healy Engineering, Inc. | Healy Engineering, Inc.<br>110 Robbins Street<br>Milton, MA 02186 | $ 688.00 | $ - |
| Holmes Consulting Group, Ltd. | The Holmes Consulting Group, Ltd.<br>5 Surrey Road<br>Barrington, RI 02806<br>Attn: John Holmes | $ - | $ - |
| Honeywell Industries | Honeywell<br>1100 Virginia Drive<br>MS PA55-710<br>Fort Washington, PA 19034-3260<br>Attn: Mike Palmer | $ 43,634.00 | $ 236,850.08 |
| Hudson Highland Group Global Resources Management, Inc. | Hudson Highland Group Global Resources Management, Inc.<br>55 Alpha Drive West<br>Pittsburgh, PA 15238 | $ - | $ 19,166.43 |
| International Brotherhood of Electrical Workers, Local Union No. 326 | IBEW Local 326<br>420 Common Street<br>Lawrence, MA 01840 | $ - | $ - |
| International Brotherhood of Electrical Workers, Local Union No. 486 | International Brotherhood of Electrical Workers, Local Union No. 486<br>70 Webster St., 2nd Floor<br>Worcester, MA 01603 | $ - | $ - |
| Industrial Furnace Company | Industrial Furnace Company<br>40 Humboldt Street<br>Rochester, NY 14609 | $ - | $ - |
| Inter-American Coal Holding N.V. c/o Inter-American Coal, Inc. | Inter-American Coal Holding N.V.<br>c/o Inter-American Coal, Inc.<br>5016 Dorsey Hall Drive<br>Suite 202<br>Ellicott City, MD 21042 | $ - | $ - |
| International Chimney Corporation | International Chimney Corporation<br>55 South Long Street<br>Box 260<br>Buffalo, NY 14231-0260<br>Attn: Roger Dumont | $ - | $ - |
| International Shipholding Corp. | International Shipholding Corp.<br>One Whitehall Street<br>New York, NY 10004 | $ - | $ - |
| Interocean Coal Sales, LDC | Interocean Coal Sales, LDC<br>1000 Urban Center Drive<br>Suite 300<br>Birmingham, AL 35242 | $ - | $ - |
| ISG Resources, Inc. | ISG Resources, Inc.<br>4043 North Euclid Avenue<br>Bay City, MI 48706 | $ - | $ - |
| ISO New England Inc. | ISO New England Inc.<br>One Sullivan Road<br>Holyoke, MA 01040 | $ - | $ - |
| J.C. Zampell Cleaning | J.C. Zampell Cleaning<br>Malcom Hoyt Drive<br>Newburyport, MA 01950<br>Attn: Steve Larson | $ - | $ - |

| [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|
| **J.H. Lynch & Sons** | J.H. Lynch & Sons<br>50 Lynch Place<br>Cumberland, RI 02864<br>Attn: President | $ - | $ - |
| **Kuhn Consulting** | Kuhn Consulting<br>149 Stonegate Lane<br>Hanover, MA 02339<br>Attn: Albert J. Kuhn | $ - | $ - |
| **Laborers' International Union of America Local 14** | Laborers International Union of North America Local 14<br>P.O. Box 853<br>Salem, MA 01970 | $ - | $ - |
| **Laborers' International Union of North America Local 610** | Laborers International Union of North America Local 610<br>P.O. Box 655<br>Fall River, MA 02722 | $ - | $ - |
| **Lehigh University - Energy Research Center** | Lehigh University<br>Attn: Ursula S. Levy<br>Energy Research Center<br>117 ATLSS Drive<br>Bethlehem, PA 18015-4729 | $ 32,239.00 | $ - |
| **Mackey & Sons** | Mackey & Sons<br>58 Broadway<br>PO Box 366<br>Salem, MA 01970<br>Attn: Dan Mackey | $ - | $ - |
| **MACTEC Engineering and Consulting, Inc. (formerly Harding ESE, Inc.)** | MACTEC Engineering and Consulting, Inc.<br>Attn: Annette McLean<br>32 Daniel Webster Highway, Ste. 25<br>Merrimack, NH 03054 | $ - | $ - |
| **Maguire Group, Inc.** | Maguire Group, Inc.<br>225 Foxborough Blvd.<br>Foxborough, MA 02035 | $ - | $ - |
| **Manpower** | Manpower<br>263 Weybosset Street<br>Providence, RI 02903-3724 | $ - | $ - |
| **Marr Scaffolding Co.** | Marr Scaffolding<br>One D Street<br>Boston, MA 02127<br>Attn: Chris Grams | $ 52,353.00 | $ 1,482.30 |
| **Massachusetts Electric Company** | Massachusetts Electric Company<br>55 Bearfoot Road<br>Northborough, MA 01532 | $ 18,834.00 | $ - |
| **Mass. Electric Construction Company** | Mass Electric Construction Company<br>180 Guest Street<br>Boston, MA 02135-2046 | $ 112,115.00 | $ 109,029.32 |
| **Monson Companies** | Monson Companies<br>Attn: Jeffrey Pellerin<br>154 Pioneer Dr<br>Leominster, MA 01453 | $ 34,409.00 | $ 20,784.38 |
| **Nantucket Electric Company** | Nantucket Electric Company<br>25 Research Drive<br>Westborough, MA 01582 | $ - | $ - |
| **Narragansett Electric Company** | The Narragansett Electric Company<br>25 Research Drive<br>Westborough, MA 01582 | $ 9,253.00 | $ - |
| **National Environmental Strategies** | National Environmental Strategies<br>2600 Virginia Avenue NW<br>Suite 505<br>Washington, DC 20037<br>Attn: Marc Himmelstein | $ - | $ 3,387.09 |

| | | | |
|---|---|---|---|
| **National Grid** | National Grid<br>55 Bearfoot Road<br>Northborough, MA 01532 | $ - | $ - |
| **National Gypsum Company** | National Gypsum Company<br>2001 Rexford Road<br>Charlotte, NC 28211 | $ - | $ - |
| **National Response Corporation** | National Response Corporation<br>446 Edwards Avenue<br>Calverton, NY 11933 | $ - | $ - |
| **Neill and Gunter** | Neill and Gunter<br>482 Payne Road<br>Scarborough, ME 04074 | $ - | $ - |
| **New England Gas Company (as buyer of Providence Gas Company)** | New England Gas Company<br>100 Weybosset Street<br>Providence, RI 02903 | $ - | $ - |
| **New England Power Company** | New England Power Company<br>25 Research Drive<br>Westborough, Massachusetts 01581 | $ - | $ - |
| **Northampton Generating Company, L.P.** | Northampton Generating Company, L.P.<br>7500 Old Georgetown Road<br>Bethesda, MD 20814<br>Attn: General Counsel | $ 50,039.00 | $ - |
| **North East Solid Waste Committee** | North East Solid Waste Committee<br>530 Atlantic Avenue<br>Boston, MA 02210<br>Attn: Executive Director | $ - | $ - |
| **NRC** | NRC<br>3500 Sunrise Highway<br>Suite T-103<br>Great River, NY 11739 | $ - | $ - |
| **O'Connor Constructors** | O'Connor Constructors<br>45 Industrial Drive<br>Canton, MA 02021 | $ 273,381.00 | $ 267,326.77 |
| **Ogden Energy Group, Inc.** | Ogden Energy Group, Inc.<br>40 Lane Road<br>Fairfield, NJ | $ - | $ - |
| **Ogden Haverhill Associates** | Ogden Haverhill Associates<br>Recovery Way<br>Haverhill, Massachusetts 01830 | $ - | $ - |
| **Otis Elevator** | Otis Elevator<br>61 Fourth Ave.<br>Needham, MA 02494<br>Attn: Beth DiPolato | $ 1,323.00 | $ 14,059.58 |
| **Oxbow Carbon & Minerals, LLC** | Oxbow Carbon & Minerals, LLC<br>1601 Forum Place, Suite 1400<br>West Palm Beach, FL 33401 | $ - | $ - |
| **Oxbow Mining LLC** | Oxbow Mining LLC<br>1601 Forum Place, Suite 1400<br>West Palm Beach, FL 33401 | $ - | $ - |
| **Peregrine Environmental Services Inc.** | Peregrine Environmental Services Inc.<br>18 Quail Run<br>Canton, MA 02021<br>Attn: Andy Kozak | $ 12,804.00 | $ 240,250.50 |
| **PG&E Energy Trading-Power, L.P.** | PG&E Energy Trading-Power, L.P.<br>7600 Wisconsin Avenue<br>Bethesda, MD 20814 | $ - | $ - |
| **PG&E National Energy Group, Inc.** | PG&E National Energy Group Inc.<br>7600 Wisconsin Avenue<br>Bethesda, MD 20814 | $ - | $ - |

| [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|
| **Pitney Bowes** | Pitney Bowes<br>959 Concord Street<br>Framingham, MA 01701-4682<br>Attn: Tracey Pasquarello | $ - | $ - |
| **PLM Inc.** | PLM Inc.<br>35 Main Street<br>Hopkinton, MA 01748 | $ 8,809.00 | $ - |
| **Pozament Corporation** | Pozament Corporation<br>290 Bic Drive<br>Milford, CT 06460 | $ 50,687.00 | $ - |
| **Praxair Distribution, Inc.** | Praxair<br>900 Praxair Distribution Inc<br>Dept CH 10660<br>Palatine, IL 60055-0660 | $ 3,891.00 | $ - |
| **Progress Materials, Inc.** | Progress Materials Inc.<br>Bank of America Tower<br>St. Petersburg, FL 33701 | $ - | $ - |
| **Providence, City of** | City of Providence<br>City Hall<br>25 Dorrance Street<br>Providence, RI 02903 | $ - | $ - |
| **Qualitrol – Hathaway Systems Division** | Qualitrol – Hathaway Systems Division<br>Attn: Mike Chaney<br>102 Lakefront Drive<br>Cockeysville, MD 21030 | $ - | $ - |
| **Kenneth R. Rezendes, Inc.** | Kenneth R. Rezendes, Inc.<br>3 Sammy's Lane<br>PO Box 879<br>Assonet, MA 02702-0897 | $ 21,678.00 | $ 20,982.50 |
| **Rezendes Family Limited Partnership #2** | Rezendes Family Limited Partnership #2<br>3 Sammy's Lane<br>PO Box 879<br>Assonet, MA 02702-0897 | $ - | $ - |
| **Salem, City of** | City of Salem<br>Assessor's Office<br>City Hall<br>93 Washington Street<br>Salem, MA 01970 | $ - | $ - |
| **Sargent & Lundy LLC** | Sargent & Lundy LLC<br>55 East Monroe Street<br>Chicago, IL 60603 | $ 46,916.00 | $ - |
| **Securitas Security Services USA, Inc. (formerly Pinkerton Security Services)** | Securitas Security Services USA, Inc.<br>4330 Park Terrace Drive<br>Westlake Village, CA 91361 | $ 61,359.00 | $ - |
| **Select Energy, Inc.** | Select Energy, Inc.<br>107 Selden Street<br>Berlin, CT 06037<br>Attn: Assistant General Counsel | $ - | $ - |
| **Separation Technologies, Inc.** | Separation Technologies, Inc.<br>10 Kearney Road<br>Needham, MA 02494<br>Attn: Joseph A. Teves | $ 7,221.00 | $ - |
| **Smith, Segal & Sowalsky** | Smith, Segal & Sowalsky<br>50 Congress Street<br>Suite 600<br>Boston, MA 02109 | $ - | $ - |

| Vendor Name | [illegible] | [illegible] | [illegible] |
|---|---|---|---|
| [illegible] | | | |
| Somerset, Town of | Town of Somerset<br>Assessor's Office<br>140 Wood Street<br>2nd Floor<br>Somerset, MA 02726 | $ - | $ - |
| South Carolina Electric & Gas Co. | South Carolina Electric & Gas Co.<br>111 Research Drive<br>Columbia, SC 29203 | $ - | $ - |
| Splash Duck Tours of Providence, Inc. | Splash Duck Tours of Providence, Inc.<br>PO Box 439<br>Lincoln, NH 03251 | $ - | $ - |
| Sprague Energy Corp. | Sprague Energy Corp.<br>Two International Place, Suite 200<br>Portsmouth, NH 03801<br>Attn: Vice President, Terminals | $ - | $ - |
| S.T.A.T. America | S.T.A.T. America<br>Attn: Douglas G. Hahn, President<br>2902 Evergreen Parkway<br>Evergreen, CO 80439 | $ 30.00 | $ - |
| Stone & Webster, Inc. | Stone & Webster, Inc.<br>100 Technology Center<br>Stoughton, MA 02072 | $ 255,469.00 | $ 11,887.75 |
| Suburban Staffing, Inc. | Suburban Staffing, Inc.<br>Attn: Suzanne Santaspago<br>30 Lyman Street<br>P.O. Box 1450<br>Westborough, MA 01581-6450 | $ - | $ - |
| Synerfac Staffing Services | Synerfac Staffing Services<br>2 Read's Way, Suite 209<br>New Castle, DE 19720 | $ 420.00 | $ 3,780.00 |
| T Ford Company, Inc. | T Ford Company, Inc.<br>118 Tenny Street<br>Georgetown, MA 01833 | $ 304.00 | $ - |
| Tetra Tech FW, Inc. | Tetra Tech FW, Inc.<br>133 Federal Street<br>Boston, MA 02110<br>Attn: Leo Sicuranza | $ - | $ - |
| Tibbetts Engineering Corp. | Tibbetts Engineering Corp.<br>716 County Street<br>Taunton, MA 02780<br>Attn: Richard Munroe | $ - | $ - |
| TRC Environmental Corporation | TRC Environmental Corporation<br>Boott Mills South<br>Foot of John Street<br>Lowell, MA 01852 | $ 118,695.00 | $ 8,160.00 |
| Union Pacific Railroad Company | Union Pacific Railroad Company<br>1416 Dodge Street<br>Omaha, NE 68179 | $ - | $ - |
| United Power Group, Inc. | United Power Group, Inc.<br>71 Legion Parkway<br>Brockton, MA 02301 | $ 16,063.00 | $ 6,420.00 |
| University of Massachusetts Dartmouth, School for Marine Science and Technology | University of Massachusetts Dartmouth<br>706 South Rodney French Blvd.<br>New Bedford, MA 02744-1221 | $ 101,000.00 | $ - |
| University of Massachusetts Lowell | University of Massachusetts Lowell<br>Attn: Patricia Swierk<br>600 Suffolk Street, 2nd Floor South<br>Lowell, MA 01854 | $ - | $ - |

| [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|
| **URS Corporation Group Consultants** | URS Corporation Group Consultants<br>5 Industrial Way<br>Salem, MA 03079-2830 | $ 1,331.00 | $ - |
| **USG Corp. (US Gypsum Company)** | USG Corp. (US Gypsum Company)<br>125 South Franklin Street<br>Chicago, IL 60606 | $ - | $ - |
| **USS Saratoga Museum Foundation, Inc.** | USS Saratoga Museum Foundation, Inc.<br>PO Box 28581<br>Providence, RI 02908 | $ - | $ - |
| **Utility Control Consultants Inc.** | Utility Control Consultants Inc.<br>4367 West Escuda Drive<br>Glendale, AZ 85308 | $ - | $ - |
| **Utility Workers Union of America AFL-CIO, Local No. 464** | UWUA, Local 464<br>c/o David LaJeunesse, President<br>16 Hicks Street<br>North Dartmouth, MA 02747 | $ - | $ - |
| **R.G. Vanderweil Engineers, Inc.** | R.G. Vanderweil Engineers, Inc.<br>Attn: Daren Demirchian<br>274 Summer Street<br>Boston, MA 02210-1123 | $ - | $ 5,495.57 |
| **VFL Technology Corporation** | VFL Technology Corporation<br>16 Hagerty Boulevard<br>West Chester, PA 19382-7594 | $ - | $ - |
| **Washington Group International, Inc.** | Washington Group International, Inc.<br>510 Carnegie Center<br>Princeton, NJ 08543-5287 | $ - | $ 19,731.37 |
| **Waste Management of New Hampshire, Inc.** | Waste Management of New Hampshire, Inc.<br>4 Liberty Lane West<br>Hampton, NH 03842<br>Attn: General Counsel | $ - | $ - |
| **Wheelabrator Air Pollution Control Inc.** | Wheelabrator Air Pollution Control Inc.<br>441 Smithfield Street, 5th Floor<br>Pittsburgh, PA 15222-2292 | $ - | $ - |
| **Wheelabrator North Andover, Inc.** | Wheelabrator North Andover, Inc.<br>4 Liberty Lane West<br>Hampton, NH 03842 | $ - | $ - |
| **Wheelabrator Technologies, Inc.** | Wheelabrator Technologies Inc.<br>4 Liberty Lane West<br>Hampton, NH 03842 | $ - | $ - |
| **J.F. White Contracting Company** | J.F. White Contracting Company<br>10 Burr Street<br>Framingham, MA 01701 | $ 1,058.00 | $ - |
| **Xerox Corporation** | Xerox Corporation<br>235 Wyman Street<br>Waltham, MA 02451 | $ 8,748.00 | $ - |

**USGenNE Service List (03-30465) as of 5/31/04**

Marc E. Richards, Esq.
Edward J. LoBello, Esq.
Craig A. Damast, Esq.
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
mrichards@blankrome.com
elobello@blankrome.com
cadamast@blankrome.com

John E. Lucian, Esq.
Blank Rome LLP
250 West Pratt Street, Suite 2201
Baltimore, Maryland 21201
lucian@blankrome.com

Julie Mack, Esq.
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
julie.a.mack@usdoj.gov

Eric Schaffer
Reed Smith
435 Sixth Avenue
Pittsburgh, PA 15219
eschaffer@reedsmith.com

Frank Dicello
Claudia Springer
Reed Smith
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C., 20005
fdicello@reedsmith.com
cspringer@reedsmith.com

Sandy Hartman, Esq.
Christopher A. Wilson, Esq.
PG&E National Energy Group
7600 Wisconsin Avenue
Bethesda, Maryland 20814
sanford.hartman@neg.pge.com
chris.wilson@neg.pge.com

Larry Coppel, Esquire
Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
233 E. Redwood Street
Baltimore, MD 21202
lcoppel@gfrlaw.com

Matthew A. Feldman, Esq.
Carollynn H. G. Callari, Esq.
Willkie Farr & Gallagher
787 Seventh Avenue
New York, New York 10019
mfeldman@willkie.com
ccallari@willkie.com

Peter L. Borowitz, Esq.
James G. Irvin, Esq.
Debevoise & Plimpton
919 Third Avenue
New York, New York 10022
plborowitz@debevoise.com
jgirving@debevoise.com

John B. Missing
Debevoise & Plimpton
555 13th Street, N.W.
Washington, DC 20004
jmissing@debevoise.com

118274.01600/21205591v1

Stephanie Wickouski
Kristin K. Going
Gardner Carton & Douglas LLC
1301 K St., NW
East Tower – Suite 900
Washington DC 20005-3317
swickouski@dc.gcd.com
kgoing@dc.gcd.com

Richard S. Toder
Robert H. Scheibe
Kristin C. Wigness
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
rtoder@morganlewis.com
rscheibe@morganlewis.com
kwigness@morganlewis.com

Ned Kleinschmidt
Mark Shankweiler
FTI Consulting, Inc.
Park 80 West, Plaza 1, Third Floor
Saddle Brook, NJ 07663-5881
Ned.kleinschmidt@fticonsulting.com
Mark.shankweiler@fticonsulting.com

Mark S. Levine
Wheelabrator Technologies Inc.
4 Liberty Lane West
Hampton, NH 03842

Ella Goettle, Paralegal
El Paso Corporation
1001 Louisiana, Suite N1827A
Houston, Texas 77002

Mark Polebaum
Richard Zermani
Hale and Dorr LLP
60 State Street
Boston, MA 02109
mark.polebaum@haledorr.com
richard.zermani@haledorr.com

Richard C. Pedone, Esq.
Victor G. Milione, Esq.
Lee Harrington, Esq.
Nixon Peabody LLP
101 Federal Street
Boston, MA 02110
rpedone@nixonpeabody.com
vmilione@nixonpeabody.com
lharrington@nixonpeabody.com

John E. West, Esq.
Vinson & Elkins
2300 First City Tower
1001 Fannin
Houston, TX 77002-6760
jwest@velaw.com

HSBC Bank USA
Issuer Services
452 Fifth Avenue
New York, NY 10018-2706
Robert A. Conrad
robert.conrad@us.hsbc.com

John P. McVeigh
For the Town of Rockingham, Vermont
Preti, Flaherty, Beliveau
Pachios & Haley LLC
One City Center
P.O. Box 9546
Portland, Maine 04112-9546

Thomas Boyce
Bear, Stems & Co. Inc.
383 Madison Avenue
New York, NY 10179
tboyce@bear.com

Harris B. Winsberg
Troutman Sanders LLP
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216

Ruth C. Salter- J220
CSX Transportation Co.
301 West Bay Street
Jacksonville, FL 32202

Paul M. Nussbaum
Martin T. Fletcher
Whiteford, Taylor & Preston LLP
Seven Saint Paul Streeet
Baltimore, MD 21202-1626
pnussbaum@wtplaw.com
mfletcher@wtplaw.com

Michael J. McGinnis
Tennessee Gas Pipeline
1001 Louisiana, E1840A
Houston, TX 77002

Anthony W. Clark
Eric M. Davis
Skadden Arps Slate Meager & Flom LLP
One Rodney Square
P. O Box 636
Wilmington DE 19899-0630
emdavis@skadden.com

John Wm Butler, Jr.
John K. Lyons
Skadden Arps Slate Meager & Flom LLP
333 West Wacker Drive
Chicago, ILL 60606-1285
jbutler@skadden.com

Alexandra Margolis
Skadden Arps Slate Meager & Flom LLP
Four Times Square
New York, NY 10036-6522
amargoli@skadden.com

Merrill Cohen
Cohen & Baldinger
7101 Wisconsin Ave., Suite 1200
Bethesda, MD 20814
merrilc@cohenbaldinger.com

Luc A. Despins, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
ldespins@milbank.com
pmalek@milbank.com

Thomas D. Renda, Esq.
Miles Stockbridge P.C.
10 Light Street
Baltimore, MD 21202
trenda@milesstockbridge.com

Chuck R. Brown, Esq.
c/o El Paso Corp.
Law Department- Global Markets
1001 Louisiana Street, Suite 1903A
Houston, TX 77002
chuck.brown@elpaso.com

David A. Rosenzweig, Esq.
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY 10103
drosenzweig@fulbright.com

Shawn Worster
North East Solid Waste Committee
3 Burlington Woods
Burlington, MA 01803
sworster@kema-xenergy.com

Matthew W. Cheney
Roger L. Frankel
Jonathan P. Guy
Swidler Berlin Shereff Friedman
3000 K St., NW, Suite 300
Washington, DC 20007
mwcheney@swidlaw.com
rlfrankel@swidlaw.com
jpguy@swidlaw.com

118274.01600/21205591v1

Harris B. Winsberg
Troutman Sanders LLP
Suite 5200
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216

Peter D. Schellie, Esq.
Bingham McCutchen LLP
1120 20th Street, NW, Suite 800
Washington DC 20036
Peter.schellie@bingham.com

Tina L. Brozman, Esq
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689
Tina.brozman@bingham.com

Joseph J. Bellinger, Esq
Richard L. Costella
Miles & Stockbridge P.C.
10 Light Street
Baltimore, MD 21202
jbellinger@milesstockbridge.com
rcostella@milesstockbridge.com

Dion W. Hayes, Esq
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
dhayes@mcguirewoods.com

Thomas C. Dame
Matthew W. Oakey
Gallagher Evelius & Jones LLP
218 N. Charles Street, Suite 400
Baltimore, MD 21201
tdame@gejlaw.com
moakey@gejlaw.com

Joel I. Sher, Esq.
Richard M. Goldberg, Esq.
Kimberly M. Stoker, Esq.
Shapiro Sher Guinot & Sandler
36 South Charles Street, Suite 2000
Baltimore, MD 21201-3147
jis@shapirosher.com
rmg@shapirosher.com

Lee R. Bodganoff, Esq.
Daniel J. Bissell, Esq.
Klee Tuchin Bogdanoff & Stern LLP
2121 Avenue of the Stars, 33rd Floor
Los Angeles, CA 90067

Gary Barnes
Fisher Scientific Company
200 Park Avenue
Pittsburgh, PA 15275

Kristin Case Lawrence, Esq.
Bishop, Daneman & Simpson LLC
2 North Charles Street, Suite 500
Baltimore, MD 21291

Robert J. Keach, Esq.
Bernstein, Shur, Sawyer & Nelson
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5019
rkeach@bssn.com

Stephen E. Leach, Esq.
Leach Travell, a professional corporation
Suite 425
1921 Gallows Road
Vienna, Virginia 22182
sleach@leachtravell.com

John Burns, Esq.
The Burns Law Firm
6303 Ivy Lane, Suite 102
Greenbelt, MD 20770
burnslaw@erols.com

118274.01600/21205591v1

Daniel M. Glosband, P.C.
Macken Toussaint, Esq.
Goodwin Procter
Exchange Place
Boston, MA 02109
dglosband@goodwinprocter.com
mtoussaint@goodwinprocter.com

R. Patrick Vance
Jones Walker Waechter Poitevent, Carrere & Denegre
201 St. Charles Avenue, 49th Floor
New Orleans, :LA 70170-5100
pvance@joneswalker.com

Richard W. Reinthaler
Benjamin Hoch
Dianne F. Coffino
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019
rreinthaler@deweyballentine.com
bhoch@deweyballentine.com
dcoffino@deweyballentine.com

Jeffrey L. Tarkenton
Erik D. Bolog
Womble Carlyle Sandridge & Rice PLLC
1401 Eye Street, N.W., Suite 700
Washington, DC 20005
jtarkenton@wcsr.com
ebolog@wcsr.com

Andrew C. Gold
Herrick Feinstein LLP
2 Park Avenue
New York, New York 10016
agold@herrick.com

Darrell W. Clark
Stinson Morrison Hecker LLP
1150 18th Street, NW
Suite 800
Washington DC 20036-3816

Michael J. Pappone, P.C.
Gine Lynn Martin
Exchange Place
Boston, MA 02109-2881

Laurie Binder
Steward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
binder@sewkis.com

Martin Feig
The Bank of New York
101 Barclay Street, 8W
New York, NY 10286
mfeig@bankofny.com

Peter C.L. Roth, Sr. Asst. AG
State of New Hampshire,
Office of the Attorney General
33 Capital Street
Concord, NH 03301-6397

Stephen A. Bogorad
Cameron W. Fogle
Holland & Knight
2099 Pennsylvania Avenue, NW
Suite 100
Washington DC 20006-6801

Natalie Wymer
PG&E National Energy Group
7600 Wisconsin Avenue
Bethesda, Maryland 20814
natalie.wymer@neg.pge.com

Julie R. Rubin, Esq.
Astrachan Gunst & Thomas, P.C.
20 South Charles Street, 6th Floor
Baltimore, MD 21201

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Attn: George B. South
Michael Migliaccio
gsouth@kslaw.com
mmigliaccio@kslaw.com

John P. McCoy, Esquire
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903
jmccoy@ckmlaw.com

Alan M. Grochal, Esquire
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, MD 21202
agrochal@tydingslaw.com

Joseph A. Foster
McLane, Graf, Raulerson & Middleton,
Professional Association
900 Elm Street, Box 326
Manchester, N.H. 03105
joe.foster@mclane.com

Neil Herskowitz
Riverside Contracting LLC
P.O. Box 626
Planetarium Station
New York, NY 10024-0540
notice@regencap.com

Anne R. Sills, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
Asills@segalroitman.com

Jonathan M. Conti
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
Jmc@fczlaw.com

Deborah H. Devan, Esquire
Craig B. Leavers, Esquire
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, MD 21202-3282
dhd@nqgrg.com
cbl@nqgrg.com