# K

RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
235 Promenade Street, Providence, RI 02908-5767 TDD 401-222-4462

**LETTER OF RESPONSIBILITY**
**CASE # 2002-065(a)**

March 17, 2003

Mr. Alan F. Fish
Director of Environmental Service
Southern Union Company
221 West 6th Street
Suite 1900
Austin, Texas 78701

Robert A. Young
Director of Engineering
Southern Union Company
New England Division
100 Weybossett Street
Providence, Rhode Island 02903

**CERTIFIED MAIL**

RE: Historical Manufactured Gas Plant Contaminated Soils in Tiverton, Rhode Island (former Fall River Gas Co.) along Bay Street, Judson Street, Canonicus Street, Hooper Street, Hilton Street, Chase Street and Foote Street, and adjoining properties (i.e. "the site").

Dear Messars Fish and Young:

On 4 September 1996 the Department enacted the amended Rules and Regulations for the Investigation and Remediation of Hazardous Material Releases, (the Remediation Regulations). The purpose of these regulations is to create an integrated program requiring reporting, investigation and remediation of petroleum and hazardous material contaminated sites in order to eliminate and/or control threats to human health and the environment in an efficient manner. A Letter of Responsibility (LOR) is a preliminary document used by the Department to codify and define the relationship between the Department and a responsible party.

Please be advised of the following facts:

1. The Department has been in receipt of a Notification of Release submitted on behalf of Starwood Tiverton LLC since September 30, 2002 concerning the discovery and stockpiling of contaminated soils, on August 16, 2002, along Bay Street at the intersection of Judson Street and Last Street as part of the construction and installation of the Mount Hope Bay Sewer Interceptor Project in Tiverton R.I.

2. The analytical results submitted concerning the subsurface material along Bay Street by EA Engineering, Inc. identified concentrations of hazardous substances (specifically Total



30% post-consumer fiber

throughout a portion of this residential neighborhood and the vacant undeveloped property located to the south of Judson Street.

2. Upon approval of the SIWP by the Department and prior to initiating investigation work, conduct Public Notification (Rule 7.07) to all property abutters and Town of Tiverton officials and the town public works department. Obtain written access to the private properties where Site investigation activities will be taking place. Notify concerned parties that the information will be available for review at the Department and at a public repository designated by the Town of Tiverton.

3. Upon completion of the Site Investigation, submit a Site Investigation Report (SIR) including the SIR checklist and a proposed remedial alternatives section and be prepared to bring the Site into compliance with the Remediation Regulations.

Please be advised that the **Southern Union Company**, as the new owner of the former Fall River Gas Company, is responsible for the proper investigation and, if necessary, remediation of hazardous materials at this site.

Within seven (7) days of the receipt of this letter, please notify this Office regarding your plans to address this matter.

If you have any questions regarding this letter or would like the opportunity to meet with Department personnel, please contact me by telephone at (401) 222-2797-extension 7102 or by e-mail at jcrawfor@dem.state.ri.us.

Sincerely,

Jeffrey Crawford
Principal Environmental Scientist
Office of Waste Management

cc: Terrence Gray, Associate Director
Leo Hellested, P.E.-Chief OWM
Kelly Owens, Supervising Engineer OWM
John Langlois, Esq.- DEM Legal Services
J. William W. Harsch, Esq.- Town of Tiverton
James F. Towers, Administrator-Town of Tiverton