UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

GAIL CORVELLO, et al.

v. CA Nos. 05-221, 05-274, 05-370, 05-522

N.E. GAS CO., INC., et al.

**ORDER OF CONSOLIDATION**

On January 12, 2007 this Court alerted counsel of its proposal to consolidate the above cases for all purposes and fixed December 5, 2007 as the deadline for filing any objections to consolidation. In the meantime, there has been considerable confusion among counsel as to whether motions filed in one of the cases also applied to the other cases and whether discovery taken in one case also applied to the other cases. In order to eliminate any further confusion; to avoid needless duplication of effort and to insure that any party in one case who wishes to join in or object to a motion filed in another case is on notice that its position should be stated, it is hereby ordered that these cases are consolidated for all purposes except for purposes of trial. Whether the cases also will be consolidated for purposes of trial will be determined after December 5, 2007.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: 11/6/07