UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GAIL CORVELLO, JOHN D. CORVELLO and JOHN F. CORVELLO, et al., Plaintiffs, | : | |
| vs. | : | C.A. No. 05-221T |
| NEW ENGLAND GAS COMPANY, Defendant/Third-Party Plaintiff, | : | |
| vs. | : | |
| BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; et al., Third-Party Defendants. | : | |

| | | |
|---|---|---|
| KEVIN BURNS, et. al. Plaintiffs, | : | |
| vs. | : | C.A. No. 05-274T |
| NEW ENGLAND GAS COMPANY, Defendant/Third-Party Plaintiff, | : | |
| vs. | : | |
| BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; et al., Third-Party Defendants. | : | : |

| | | |
|---|---|---|
| COLLEEN BIGELOW, et al. Plaintiffs, | : | |
| vs. | : | C.A. No. 05-370T |
| NEW ENGLAND GAS COMPANY, Defendant/Third-Party Plaintiff | : | |

vs. :
:
BRIDGESTONE FIRESTONE :
NORTH AMERICAN TIRE, LLC; et al., :
Third-Party Defendants. :
---------------------------------------------------
---------------------------------------------------
SHEILA REIS, et al. :
Plaintiffs, :
:
vs. : C.A. No. 05-522T
:
SOUTHERN UNION COMPANY dba :
FALL RIVER GAS and :
NEW ENGLAND GAS :
Defendants/Third-Party :
Plaintiffs, :
:
vs. :
:
BRIDGESTONE FIRESTONE :
NORTH AMERICAN TIRE, LLC; et al., :
:
Third-Party Defendants. :
---------------------------------------------------

**MOTION FOR ADMISSION PRO HAC VICE**

Third-Party Defendant City of Fall River hereby moves that Kerry T. Ryan, Esq. and Emily C. Shanahan, Esq. be admitted pro hac vice in these consolidated cases as counsel with local counsel identified below.

CITY OF FALL RIVER
By its attorneys,

/s/Anthony F. Muri________
Anthony F. Muri (No. 0539)
MURI ASSOCIATES LLC
10 Weybosset Street
Providence, RI 02903
401-421-7300 – Voice
401-421-7352 – Facsimile
amuri@murilaw.com

Date: November 13, 2007

ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the Commonwealth of Massachusetts and of the U.S. District Court for the District of Massachusetts, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice status revoked by any court.

(3) I have never been convicted of a serious crime as defined in LR Gen 213 (a)(3).

(4) I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Kerry T. Ryan, Esq.
Tarlow, Breed, Hart & Rodgers, P.C.
101 Huntington Avenue
Prudential Center, Suite 500
Boston, MA 02199
617-218-2000 Telephone
617-261-7673 Facsimile
Pro Hac Vice Applicant

ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the Commonwealth of Massachusetts, the U.S. District Court for the District of Massachusetts, the U.S. District Court for the District of New Hampshire, and of the United States Courts of Appeals for the First Circuit and Second Circuit, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice status revoked by any court.

(3) I have never been convicted of a serious crime as defined in LR Gen 213 (a)(3).

(4) I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Emily C. Shanahan

Emily C. Shanahan
Tarlow, Breed, Hart & Rodgers, P.C.
101 Huntington Avenue
Prudential Center, Suite 500
Boston, MA 02199
617-218-2000 Telephone
617-261-7673 Facsimile
Pro Hac Vice Applicant

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2007 this Motion for Admission Pro Hac Vice was filed electronically, that it is available for viewing and downloading from the ECF system, and that each of the following persons has been served by means of the ECF system:

Gregory L. Benik
gbenik@jreri.com

David A. Cetola
dcetola@mcrobertslaw.com

David A. Crichlow
david.crichlow@pillsburylaw.com

Brian R. Cunha
brian@briancunha.com

Christina C. Dodds
CDodds@bishoplondon.com

Susan B. Forcier
susan.wilson@dem.ri.gov

David M. Goldberg
david.goldberg@pillsburylaw.com, catherine.mcculley@pillsburylaw.com,
judy.way@pillsburylaw.com

Stephen P. Harten
sharten@rbhelaw.com
kpaiva@rbhelaw.com

Eric D. Herschmann
eherschmann@kasowitz.com

Heather Spurlock Kennealy
hskennealy@mcrobertslaw.com

Neil T. Leifer
nleifer@tenlaw.com

Robin-Lee Main
rmain@haslaw.com
sjfoster@haslaw.com

John J. McConnell, Jr.
jmcconnell@motleyrice.com

Robert J. McConnell
bmcconnell@motleyrice.com

Christopher P. McCormack
cmccormack@pullcom.com

Brad J. Mitchell
bmitchell@tenlaw.com

Michael D. Mitchell
mmitchell@admin.ri.gov

Jonathan D. Orent
jorent@motleyrice.com

Gerald J. Petros
gpetros@haslaw.com
clomas@haslaw.com

Paul Revere, III
revereiii@aol.com

Mark W. Roberts
mroberts@mcrobertslaw.com

David E. Ross
dross@kasowitz.com

Paul M. Sanford
psanford@burnslev.com
scook@burnslev.com

Gregory S. Schultz
gregory.schultz@dem.ri.gov

Jeanne M. Scott
jeannescott@utrlaw.com

Kristen W. Sherman
ksherman@apslaw.com
afontaine@apslaw.com
btallman@apslaw.com

Kimberly A. Simpson
ksimpson@vetterandwhite.com

Matthew B. Smith
matthew@verdecchialaw.com

Aileen L. Sprague
asprague@motleyrice.com

Christian Bennett White Stephens
cstephens@taylorduane.com

John A. Tarantino
jtarantino@apslaw.com
dhumm@apslaw.com

Bruce Gregory Tucker
btucker@legalmgt.com

Christian F. Uehlein
cuehlein@tenlaw.com

Brian A. Wagner
brian.wagner@dem.ri.gov

Craig R. Waksler
cwaksler@taylorduane.com

Benjamin V. White, III
bwhite@vetterandwhite.com

Lewis S. Wiener
lewis.wiener@sablaw.com

David B. Willis
dwillis@legalmgt.com

David A. Wollin
dwollin@apslaw.com
epickett@apslaw.com
dciufetelli@apslaw.com

Richard J. Zabbo
rzabbo@rbhelaw.com

I further certify that the following were served by U.S. mail, postage prepaid, at the addresses noted:

Seth Davis
Noelle Kowalczyk
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019

Michael K. Marran
P.O. Box 6067
321 South Main Street
Suite 200
Providence, RI 02940-6067

*/s/ Anthony F. Muri*
Anthony F. Muri, Esq.