UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GAIL CORVELLO, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>NEW ENGLAND GAS COMPANY,<br>Defendant and<br>Third-Party Plaintiff,<br><br>v.<br><br>BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; BRIDGESTONE AMERICAS HOLDINGS, INC.; HONEYWELL INTERNATIONAL, INC.; TOWN OF TIVERTON; GULF OIL CORPORATION; INLAND FUEL TERMINALS, INC.; DOMINION RESOURCES, INC.; DOMINION ENERGY BRAYTON POINT LLC; and CITY OF FALL RIVER,<br>Third-Party Defendants. | C.A. No. 05-221T (Lead Case)<br>(Consolidated Cases:<br>05-274T; 05-370T; 05-522T) |

STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT CITY OF FALL RIVER TO FILE RULE 26(a)(1) DISCLOSURES

New England Gas Co. and City of Fall River stipulate that the latter may file its Rule 26(a)(1) disclosures on or before December 5, 2007.

New England Gas Co.
By its attorneys,

/s/ David E. Ross
David E. Ross, Esq.
Eric D. Herschmann, Esq.
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 Broadway
New York, NY 10019
(212) 506-1700

John A. Tarantino, Esq. (#2586)
David A. Wollin, Esq. (#4950)
Kristen W. Sherman, Esq. (#5595)
ADLER, POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200

Christina Dodds, Esq.
BISHOP, LONDON, BROPHY & DODDS
3701 Bee Cave Road, Suite 200
Austin, TX 78746
(512) 479-5000

-and-

City of Fall River
By its attorneys,

/s/ Anthony F. Muri
Anthony F. Muri, Esq. (#539)
MURI ASSOCIATES LLC
10 Weybosset Street
Providence, RI 02903
(401) 421-7300 Voice
(401) 421-7352 Facsimile
amuri@murilaw.com

Kerry T. Ryan, Esq.
Emily C. Shanahan, Esq.
TARLOW, BREED, HART & RODGERS, P.C.
101 Huntington Avenue
Boston, MA 02199
617-218-2000 (voice)
617-261-7673 (facsimile)
kryan@tbhr-law.com
eshanahan@tbhr-law.com
*Admission pro hac vice pending*

Dated: November 30, 2007

CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2007 this Stipulation was filed electronically, that it is available for viewing and downloading from the ECF system, and that each of the following persons has been served by means of the ECF system:

Gregory L. Benik
gbenik@jreri.com

Jeffrey Bromme
jeffrey_bromme@aporter.com

David A. Cetola
dcetola@mcrobertslaw.com

David A. Crichlow
david.crichlow@pillsburylaw.com

Brian R. Cunha
brian@briancunha.com

Christina C. Dodds
CDodds@bishoplondon.com

David M. Goldberg
david.goldberg@pillsburylaw.com

Susan B. Forcier
susan.wilson@dem.ri.gov

Stephen P. Harten
sharten@rbhelaw.com

Eric D. Herschmann
eherschmann@kasowitz.com

Heather Spurlock Kennealy
hskennealy@mcrobertslaw.com

Robin-Lee Main
rmain@haslaw.com

Neil T. Leifer
nleifer@tenlaw.com

Christopher P. McCormack
cmccormack@pullcom.com

John J. McConnell , Jr
jmcconnell@motleyrice.com

Robert J. McConnell
bmcconnell@motleyrice.com

Brad J. Mitchell
bmitchell@tenlaw.com

Michael D Mitchell
mmitchell@admin.ri.gov

Jonathan D Orent
jorent@motleyrice.com

Gerald J. Petros
gpetros@haslaw.com

Mark W. Roberts
mroberts@mcrobertslaw.com

David E. Ross
dross@kasowitz.com

Paul Revere , III
revereiii@aol.com

Paul M. Sanford
psanford@burnslev.com

Gregory S. Schultz
gregory.schultz@dem.ri.gov

Jeanne M. Scott
jeannescott@utrlaw.com

Kristen W. Sherman
ksherman@apslaw.com

Kimberly A. Simpson

ksimpson@vetterandwhite.com

Matthew B. Smith
matthew@verdecchialaw.com

Aileen L. Sprague
asprague@motleyrice.com

Christian Bennett White Stephens
cstephens@taylorduane.com

John A. Tarantino
jtarantino@apslaw.com

Bruce Gregory Tucker
btucker@legalmgt.com

Christian F. Uehlein
cuehlein@tenlaw.com

Craig R. Waksler
cwaksler@taylorduane.com

Benjamin V. White , lll
bwhite@vetterandwhite.com

Lewis S. Wiener
lewis.wiener@sablaw.com

David B. Willis
dwillis@legalmgt.com

David A. Wollin
dwollin@apslaw.com

Richard J. Zabbo
rzabbo@rbhelaw.com

I further certify that the following were served by U.S. mail, postage prepaid, at the addresses noted:

Matthew B. Kirsner
Andrew G. Mauck
Troutman Sanders, LLP
P.O. Box 1122
1001 Halifax Point
Richmond, VA 23208

William David Wick
Wactor & Wick LLP
180 Grand Avenue
Suite 950
Oakland, CA 94612

Seth Davis
Noelle Kowalczyk
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019

Michael K. Marran
P.O. Box 6067
321 South Main St.
Suite 200
Providence, RI 02940-6067

*/s/ Anthony F. Muri*
Anthony F. Muri, Esq.