**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

GAIL, JOHN D. and JOHN F. CORVELLO, et al.,

Plaintiffs,

vs.

SOUTHERN UNION COMPANY dba FALL RIVER GAS COMPANY, and NEW ENGLAND GAS COMPANY,

Defendants.

---

NEW ENGLAND GAS COMPANY,

Third-Party Plaintiff,

vs.

BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; BRIDGESTONE AMERICAS HOLDINGS, INC.; HONEYWELL INTERNATIONAL, INC.; TOWN OF TIVERTON; CHEVRON OIL CORPORATION; INLAND FUEL TERMINALS, INC.; DOMINION RESOURCES, INC., and DOMINION ENERGY BRAYTON POINT LLC,

Third-Party Defendants.

C.A. No. 05-522T
(Related Cases: 05-274T; 05-370T; 05-0221T)

**RULE 26(a)(1) INITIAL DISCLOSURES OF GULF OIL CORPORATION, NOW KNOWN AS CHEVRON U.S.A. INC.**

**RULE 26(a)(1) INITIAL DISCLOSURES OF**
**GULF OIL CORPORATION, NOW KNOWN AS CHEVRON U.S.A. INC.**

Gulf Oil Corporation, now known as Chevron U.S.A. Inc. ("Chevron"), serves its Rule 26(a)(1) Initial Disclosures.

1. Rule 26(a)(1)(A) – Individuals likely to have discoverable information in support of claims or defenses.

   Based on the limited allegations in the third-party complaint, Chevron is not aware of any individuals likely to have discoverable information. Chevron reserves the right to supplement this response as it learns more about the limited allegations contained in the third-party complaint.

2. Rule 26(a)(1)(B) – Documents that may be used to support claims or defenses.

   Please see documents produced by Chevron in April 2007 in response to New England Gas Company's third-party subpoena. At this time, Chevron is unaware of other documents that may be used to support claims or defenses. Chevron reserves the right to supplement this response as it learns more about the limited allegations contained in the third-party complaint.

3. Rule 26(a)(1)(C) – Computation of damages.

   Not applicable.

4. Insurance agreements that may be used to satisfy all or part of a judgment.

   None.

By: /s/ Bruce G. Tucker
Bruce G. Tucker (0563)
55 Hammarlund Way
Middletown, RI 02842
401-843-8400

David A. Crichlow *(pro hac vice)*
David Goldberg *(pro hac vice)*
1540 Broadway
New York, NY 10036-4039
(212) 858-1000
PILLSBURY WINTHROP SHAW
PITTMAN LLP

**Attorneys for**
**Gulf Oil Corporation, now**
**known as Chevron U.S.A. Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of December, 2007, I did send a true copy of the within document by electronic means (ECF) or by first class mail to the following:

Kristen W. Sherman
John A. Tarantino
David A. Wollin
ADLER POLLOCK & SHEEHAN P.C
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
ksherman@apslaw.com
jtarantino@apslaw.com
dwollin@apslaw.com

Seth Davis
Eric D. Herschmann
Noelle M. Kowalczyk
David E. Ross
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
eherschmann@kasowitz.com
dross@kasowitz.com

Christina Dodds
BISHOP, LONDON, BROPHY, & DODDS
3701 Bee Cave Road, Suite 200
Austin, TX 78746
CDodds@bishoplondon.com

Robin-Lee Main
Gerald J. Petros
HINCKLEY, ALLEN & SNYDER
50 Kennedy Plaza
Providence, RI
gpetros@haslaw.com
rmain@haslaw.com

John J. McConnell, Jr.
Robert J. McConnell
Jonathan D. Orent
Aileen L. Sprague
MOTLEY RICE LLC
321 South Main Street
Providence, RI 02903
jmcconnell@motleyrice.com
bmcconnell@motleyrice.com
jorent@motleyrice.com
asprague@motleyrice.com

Susan B. Forcier
Gregory S. Schultz
Brian A. Wagner
R.I. Department of Environmental Management
Office of Legal Services
235 Promenade Street, 4th Floor
Providence, RI 02903
susan.wilson@dem.ri.gov
gregory.schultz@dem.ri.gov
brian.wagner@dem.ri.gov

David A. Cetola
Mark W. Roberts
Heather Spurlock Kennealy
MCROBERTS,ROBERTS & RAINER, LLP
53 State Street
Boston, MA 02109
mroberts@mcrobertslaw.com
dcetola@mcrobertslaw.com
hskennealy@mcrobertslaw.com

Paul M. Sanford
Burns & Levinson LLP
One Citizen Plaza, Suite 1100
Providence, RI 02903
psanford@burnslev.com

Gregory L. Benik
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
gbenik@nixonpeabody.com

Lewis S. Wiener
Sutherland, Asbill & Brennan LLP
1375 Pennsylvania Avenue, NW
Washington, DC 20004-2415
Lewis.wiener@sablaw.com

Michael D. Mitchell
Department of Administration
One Capitol Hill
Providence, RI 02908
mmitchell@admin.ri.gov

Neil T. Leifer
Brad J. Mitchell
Christian F. Uehlein
THORNTON & NAUMES, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Matthew B. Smith
Matthew B. Smith Attorney at Law
1206 Westminster Street
Providence, RI 02903
matthew@verdecchialaw.com

Paul Revere, III
Law Office of Paul Revere, III
297 North Street, Suite 337
Hyannis, MA 02601
revereiii@aol.com

Brian R. Cunha
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914
brian@briancunha.com

William D. Wick
Wactor & Wick
180 Grand Avenue, Suite 950
Oakland, CA 94612
bwick@ww-envlaw.com

Jeffrey Bromme
Arnold & Porter LLP
555 12th Street, NW
Washington, DC 20004
jeffrey_bromme@aporter.com
Christopher P. McCormack
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
cmccormack@pullcom.com

Jeanne M. Scott
Ursillo, Teitz & Ritch, Ltd.
2 Williams Street
Providence, RI 02903
jeannescott@utrlaw.com
Anthony F. Muri
Muri Associates LLC
10 Weybosset Street
Providence, RI 02903
amuri@murilaw.com

Kerry T. Ryan
Emily C. Shanahan
Tarlow, Breed, Hart & Rodgers, P.C.
101 Huntington Avenue . Prudential Center
Boston, MA 02199
kryan@tbhr-law.com

Christian B. W. Stephens
Craig R. Waksler
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
cstephens@taylorduane.com
cwaksler@taylorduane.com

Kimberly A. Simpson
Benjamin V. White
Vetter & White
20 Washington Place
Providence, RI 02903
ksimpson@vetterandwhite.com
bwhite@vetterandwhite.com
Michael K. Marran
P.O. Box 6067
321 South Main St.
Suite 200
Providence, RI 02940-6067

Matthew B. Kirsner
Andrew G. Mauck
Troutman Sanders, LLP
P.O. Box 1122
1001 Haxall Point
Richmond, VA 23208

*/s/ Bruce G. Tucker*