# EXHIBIT A

From: Cara Ciuffani
To: 'jbernazani-ludlum@mcrobertslaw.com' <jbernazani-ludlum@mcrobertslaw.com>
CC: David Ross; Noelle Kowalczyk; Seth Davis
Sent: Thu Jan 10 18:48:24 2008
Subject: Bay View Deposition

Jennifer-

This e-mail serves to reserve Defendants right to call back the Bay View Holy Ghost Citizens Club for an additional deposition should your firm fail to provide Defendants with discoverable information regarding improvements to the property prior to the deposition tomorrow morning. Subsequent to Judge Torres' Order, information regarding improvements has been provided by all three plaintiffs firms and questions regarding improvements have been asked and answered during depositions. Given the position that the plaintiffs have taken following Judge Torres' decision Defendants are entitled to this information regarding improvements prior to the deposition being taken.

Cara

Cara Ciuffani, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
Floor 21
New York, NY 10019
(212) 506-1953 phone
(212) 500-3453 fax
CCiuffani@kasowitz.com <mailto:CCiuffani@kasowitz.com>

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.