UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
UNITED STATES COURTHOUSE
ONE EXCHANGE TERRACE
PROVIDENCE, RHODE ISLAND 02903

ERNEST C. TORRES
SENIOR JUDGE

January 24, 2008

Patty A. Fairweather, Esq.
Executive Counsel
Rhode Island Department of
Environmental Management
235 Promenade Street
Providence, RI 02908-5767

Re: Corvello, et al. v. N.E. Gas Co., CA No. 05-221T; Burns et al. v. N.E. Gas Co., CA No. 05-274T; Bigelow, et al. v. N.E. Gas Co., CA No. 05-370T; Reis, et al. v. Southern Union Gas, CA No. 05-522T

Dear Ms. Fairweather:

I recently conducted a hearing with respect to the plaintiffs' motion for a trial plan. During the course of that hearing, I was informed that the administrative enforcement proceedings against NEG have been stayed until I have ruled on a pending motion by NEG to dismiss the plaintiffs' claim for injunctive relief.

I am writing to make sure that DEM is not under the mistaken impression that it is under any obligation to refrain from pursuing whatever course of action it deems appropriate to remediate the Tiverton site as expeditiously as possible. On the contrary, I would encourage DEM to take whatever steps it considers necessary to effect prompt remediation.

Sincerely yours,

Ernest C Torres

Ernest C. Torres
Senior U.S. District Judge

ECT:mas

cc: All Counsel of Record