**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

GAIL, JOHN D. and John F. CORVELLO, et al,

Plaintiffs,

v. C.A. No. 05-221T

NEW ENGLAND GAS COMPANY, INC.,

Defendant;

KEVIN BURNS, et al.

Plaintiffs,

v. C.A. No. 05-274T

SOUTHERN UNION COMPANY dba
FALL RIVER GAS AND NEW ENGLAND GAS

Defendants;

COLLEEN BIGELOW, et al.

Plaintiffs,

v. C.A. No. 05-370T

NEW ENGLAND GAS COMPANY, formerly known as
FALL RIVER GAS COMPANY, an
unincorporated division of
SOUTHERN UNION COMPANY,

Defendants;

SHEILA REIS, et al.

Plaintiffs,

v. C.A. No. 05-522T

SOUTHERN UNION COMPANY dba
FALL RIVER GAS AND NEW ENGLAND GAS
Defendants.

**ORDER DENYING JOINT MOTION TO ESTABLISH EXPERT DISCLOSURE AND DISCOVERY SCHEDULE**

Since the Phase I trial in this case is on the April trial calendar, it would not be possible to extend, until April 28, the deadline for expert discovery with respect to issues that will be the subject of the Phase I trial. Therefore, the joint motion to establish such a schedule is hereby denied with the following provisos:

1. As set forth in the Scheduling Order, counsel may continue to conduct discovery after the discovery closure date by mutual agreement.

2. Counsel may seek an extension of the time for expert discovery with respect to any issues that are not the subject of the Phase I trial or they may renew this request if the plaintiffs' damages claims are not included in the Phase I trial.

IT IS SO ORDERED.

[signature]
Deputy Clerk

ENTER:

[signature]

Senior Judge Ernest C. Torres
Date: 1/28/08