**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

---

| | |
|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al., | ) |
| *Plaintiffs,* | ) |
| v. | ) |
| NEW ENGLAND GAS COMPANY, INC., | ) C.A. No. 05-221T |
| *Defendant and Third-Party Plaintiff,* | ) (Consolidated case nos: 05-274T, 05- 370T, 05-522T) |
| v. | ) |
| BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; BRIDGESTONE AMERICAN HOLDINGS, INC.; HONEYWELL INTERNATIONAL, INC.; TOWN OF TIVERTON; GULF OIL CORPORATION; INLAND FUEL TERMINALS, INC.; DOMINION RESOURCES, INC.; DOMINION ENERGY BRAYTON POINT LLC, and THE CITY OF FALL RIVER | ) |
| *Third-Party Defendants.* | ) |

---

**PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PRODUCE SIMPSON DOCUMENTS AND REQUEST FOR EXPEDITED HEARING**

Plaintiffs hereby request that the Court compel the Defendant New England Gas Company, Inc ("NEGCo") to immediately produce all documents from their Charles Street facility related to "any and all work" undertaken by John K. Simpson, John Simpson, Jr, and/or Alvin Simpson for Fall River Gas Company.

In support of this motion, the Plaintiffs submit the following memorandum:

MEMORANDUM

1. On June 19, 2007, Plaintiffs served six (6) straight forward Rule 30(b)(6) deposition notices on the Defendant. On August 2, 2007, nearly two months after being properly served with these notices, and less than a day before the first

deposition was to begin, Defendant filed a motion for a protective order barring Plaintiffs' FRCP 30(b)(6) depositions. On August 6, 2007, Plaintiffs received Defendant's voluminous objections to Plaintiffs' 30(b)(6) deposition notices and attached document requests. These objections were interposed in direct contravention of the Defendant's affirmative discovery obligations under the Federal Rules of Civil Procedure and the case law of the Federal Courts throughout the United States. The Parties held a conference call on Friday, August 17, 2007 in order to narrow the issues. On Monday, August 20, 2007, the Parties represented to the Court that they would suspend the Motion for Protective Order and attempt to obtain the requested information and documents through interrogatories and requests to produce. Substantial progress was made, but the issue of obtaining the information from NEGCo's 380 boxes of documents concerning NEGCo's waste disposal practices came before the court several times.

2. In New England Gas Company's Objections and Responses to Plaintiff Gail Corvello's Second Set of Interrogatories NEGCo stated in response to most requests, including requests for documents related to waste transporting, the following: "…NEGasCo has already produced and will continue to produce non-privileged documents of the Fall River Gas Company from which such information, to the extent it exists may be obtained. In response to a request for "any and all services rendered by John K. Simpson, John Simpson, Jr., Alvin Simpson, …" NEGCo stated "NEGasCo will identify for Plaintiffs those boxes of documents from which information pertaining to services rendered by 'John K.

Simpson, John Simpson, Jr. and/or Alvin Simpson' may be obtained." A copy of NEGCo's responses are affixed as Attachment A.

3. The issue of whether NEGCo or the Plaintiffs had the obligation to go through either all of the 380 boxes or even boxes identified by NEGCo came before the Court and the Plaintiffs had narrowed the documents that they were seeking to documents related to waste hauling and documents related to the Simpsons who Jose Souza has testified both cleaned out waste areas and the oxidizers and the NEGCo's Charles Street Facility and hauled waste to the Bay Street area of Tiverton. After an initial discussion with the Court the Parties agreed to discuss the issue to see if they could work out the dispute.

4. The issue of NEGCo's responsibility for the production of documents was set to be heard again during the discovery conference on November 16, 2007. Just prior to that conference, NEGCo agreed, and it was reported to the Court, to produce all of the disputed documents within a week. NEGCo used the term "waste transport invoices" but did not say that they were not producing the documents related to other work performed by the Simpsons. When the documents were not received, Plaintiffs counsel contacted NEGCo and was informed that due to the volume of documents and the fact that NEGCo was going to certify that they had provided Plaintiffs with all of the waste transport invoices they would need an additional two weeks.

5. The two weeks came and went and, despite mentioning the invoices in numerous emails, several telephone calls and at the hearing with Judge Torres on January 2, 2008, NEGCo did not produce any documents until Friday, January 11.

6. With the documents that were produced came a draft certification of what was produced where the Plaintiffs figured out that NEGCo's response included only waste hauling documents and not documents related to other services performed by the Simpsons. Plaintiffs requested the Simpson documents and were informed that despite not saying that NEGCo agreed to produce the waste hauling documents and not the Simpson documents, that its agreement to produce was limited to the waste hauling documents. When Plaintiffs pointed out that NEGCo had agreed to identify the boxes of documents related to other work performed by the Simpsons, NEGCo said that it would only do so if Plaintiffs agreed that they would look through the boxes, but would not state whether there were 3 or 380 boxes that would be identified

7. Based upon the affidavit and testimony of Jose Souza, the Simpsons routinely cleaned out the area where waste ash and coke was stored as well as the oxidizer unit where the characteristic blue coal gasification waste was produced. The Simpson documents are key documents that may be relied upon at the liability phase of the trial which Judge Torres has indicated is scheduled for April 2008. Therefore, the Plaintiffs can wait no longer for these documents.

WHEREFORE, the Plaintiffs respectfully request that the Court order NEGCo to immediately produce the Simpson documents that were promised in November 2007 or at the very least identify the boxes where these documents are located as it said it would in its reponses to Plaintiffs' requests. The Plaintiffs further respectfully request expedite briefing and an expedited hearing to resolve this motion.

Dated: January 30, 2008

Respectfully submitted,

PLAINTIFFS,
By and through their attorneys,

*<u>/s/ Robert J. McConnell</u>*
Robert J. McConnell (#3888)
Jonathan D. Orent (#7408)
**MOTLEY RICE, LLC**
321 South Main Street
Providence, RI 02940
(401) 457-7700

*<u>/s/ Neil T. Leifer</u>*
David C. Strouss
Neil T. Leifer
Brad J. Mitchell
**THORNTON & NAUMES, LLP**
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333

*<u>/s/ Mark W. Roberts</u>*
Mark W. Roberts
**MCROBERTS, ROBERTS AND RAINER, LLP**
53 State Street
Boston, MA 02109
(617)-722-8222
(617)-720-2320 Fax

## CERTIFICATION

Service upon the following parties was completed electronically via the ECF system on December 14, 2007 pursuant to Fed.R.Civ.P. 5(b)(2)(D) and §10(b) of Admin. Order 2006-01.

*/s/ Mark W. Roberts*
Mark W. Roberts

**Plaintiffs' Counsel**

Paul Revere, III
Law Offices of Paul Revere, III
226 River View Lane
Centerville, MA 02632
Email: RevereIII@aol.com

Brian R. Cunha, Esq.
Law Offices of Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720
Email: brian@briancunha.com

Richard J. Zabbo, Esq.
Ratcliffe Burke Harten & Elias LLP
160 Financial Plaza
Providence, RI 02903
Email: rzabbo@rbhelaw.com

**Southern Union**

David A. Wollin, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
401-274-7200
dwollin@apslaw.com

John Tarantino, Esq.
Adler Pollock & Sheehan, P.C.
175 Federal Street, 10th Floor
Boston, MA 02110
617-482-0600
617-482-0604
jtarantino@apslaw.com

Kristen W. Sherman, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
274-7200
Fax: 351-4607
Email: ksherman@apslaw.com

David E. Ross, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019
212-506-1700
212-506-1800
dross@kasowitz.com

Seth Davis, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019
212-506-1790
Fax: 212-506-1800

Eric D. Herschmann, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019
212-506-1700
Fax: 212-506-1800
Email: eherschmann@kasowitz.com

Noelle Kowalczyk, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
212-506-1700
Fax: 212-506-1800

Gerald J. Petros, Esq.
Hinckley, Allen & Snyder
50 Kennedy Plaza
Suite 1500
Providence, RI 02903
274-2000
Fax: 277-9600
Email: gpetros@haslaw.com

Robin-Lee Main, Esq.
Hinckley Allen & Snyder
50 Kennedy Plaza, Suite 1500
Providence, RI 02903-0819
401-274-2000
Email: rmain@haslaw.com

Christina C. Dodds, Esq.
Bishop London Brophy Dodds, PC
3701 Bee Cave Road
Austin, TX 78746
512-479-5900
Fax: 512-479-5934
Email: CDodds@bishoplondon.com

**THIRD PARTY DEFENDANTS**

**Gulf Oil Corporation**

Bruce Gregory Tucker, Esq.
55 Hammarlund Way
Middletown, RI 02842
401-843-8400
Fax: 401-843-8401
Email: btucker@legalmgt.com

David B. Willis, Esq.
Legal Management Services, LLC
55 Hammarlund Way
Middletown, RI 02842
401-843-8400
Fax: 401-843-8401

David A. Crichlow, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
1540 Broadway
New York, New York 10036
Tel: 2212-858-1640
Fax: 212-858-1500

David M. Goldberg, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
1540 Broadway
New York, New York 10036
Tel: 215-858-1450
Fax: 917-456-3472

Catherine C. McCulley, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
909 Fannin Street
Houston, TX 77010
713-276-7633
Fax: 281-582-7545

**Bridgestone Firestone North American Tire, LLC; Bridgestone Americas Holdings, Inc.:**

Benjamin V. White, III Esq.
Vetter & White Inc.
20 Washington Place
Providence, RI 02903
Tel: 401-421-3060
Fax: 401-272-6803
bwhite@vetterandwhite.com

Kimberly A. Simpson, Esq.
Vetter & White Inc.
20 Washington Place
Providence, RI 02903
Tel: 401-421-3060
Fax: 401-272-6803
ksimpson@vetterandwhite.com

William David Wick
Wactor & Wick LLP
180 Grand Avenue
Suite 950
Oakland, CA 94612

**Inland Fuel Terminals, Inc:**

Paul M. Sanford, Esq.
Burns & Levinson LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
401-831-8330
Fax: 401-831-8359
Email: psanford@burnslev.com

Christopher P. McCormack, Esq.
PULLMAN & COMLEY, LLC
850 Main Street P.O. Box 7006
Bridgeport, CT 06601-7006
Phone: 203-330-2016
Fax: 203-576-8888
Email: cmccormack@pullcom.com

**Honeywell International, Inc**

Gregory L. Benik, Esq.
Benik & Associates P.C.
931 Jefferson Boulevard, Suite 2008
Warwick, RI 02886
401-454-0054
401-732-5054 facsimile
gbenik@jreri.com

Jeffrey Bromme, Esq.
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
202-942-6254
Fax: 202-942-5999
Email: jefrey_bromme@aporter.com

**Dominion Resources, Inc**
**Dominion Energy Brayton Point LLC :**

Andrew G. Mauck, Esq.
Troutman Sanders LLP
P.O. Box 1122
1001 Halifax Point
Richmond, VA 23208

Christian Bennett White Stephens, Esq.
Taylor Duane Barton & Gilman LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
401-273-7171
Email: cstephens@taylorduane.com

Matthew B. Kirsner, Esq.
Troutman Sanders, LLP
P.O. Box 1122
1001 Haxall Point
Richmond, VA 23208
804-697-1449
Fax: 804-698-6001

Craig R. Waksler, Esq.
McGivney & Kluger, P.C.
72 Pine Street, 1st Floor
Providence, RI 02903
Tel: 401-272-5300
Fax: 401-331-7454
cwaksler@mcgivneyandkluger.com

**CITY OF FALL RIVER:**

Kerry T. Ryan, Esq.
Tarlow Breed Hart & Rodgers, P.C.
101 Huntington Avenue
Prudential Center
Boston, MA 02199
Main # 617-218-2000\
Direct Line: 617-218-2027
Kryan@tbhr-law.com

Anthony F. Muri, Esq.
Muri Associates LLC
10 Weybosset Street
Providence, RI 02903
401-421-7300
Fax: 401-421-7352
Email: amuri@murilaw.com

Emily C. Shanahan, Esq.
Tarlow, Breed, Hart & Rodgers, PC
101 Huntington Avenue
Prudential Center
Suite 500
Boston, MA 02199
617-218-2000
Fax: 617-261-7673

**TOWN OF TIVERTON:**

Jeanne M. Scott, Esq.
URSILLO, TEITZ & RITCH, Ltd.
2 Williams Street
Providence, RI 02903
401-331-2222 Ext. 205
Email: Jeannescott@utrlaw.com