UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GAIL CORVELLO, ET AL.,
KEVIN BURNS, ET AL.
COLLEEN BIGELOW, ET AL., AND
SHEILA REIS, ET AL.,

Plaintiffs,

-against-

NEW ENGLAND GAS COMPANY, INC.,

Defendant and Third Party Plaintiff,

-against-

BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, ET AL.,

Third Party Defendants.

CIVIL ACTION NOS.
05-221T, 05-274T,
05-370T, 05-522T

**NOTICE TO TAKE DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rules 28 and 30 of the Federal Rules of Civil Procedure, Defendant New England Gas Company will conduct the deposition upon oral examination of the Custodian of Records for Brown University in Providence in the State of Rhode Island and Providence Plantations on **February 18, 2008 at 10:00 a.m. at the offices of Tamuleviz, Hultquist and Bianchi, LLP, 144 Westminster Street, Providence, RI 02903**, or at such other time and place as may be mutually agreed upon by the parties. The deposition will continue from day to day until completed and will be conducted before an officer or other person duly authorized to administer oaths. The deposition will be recorded by stenographic means.

**KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP**

/s/ David E. Ross
David E. Ross, Esq.
1633 Broadway
New York, NY 10019
(212) 506-1700
FAX: (212) 506-1800

Dated: February 1, 2008
*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of February 2008, I did send a true copy of the within document by electronic means (ECF) to the following:

Robert J. McConnell, Esq.
Michael G. Rousseau, Esq.
Jonathan D. Orent, Esq.
Aileen L. Sprague, Esq.
Motley Rice, LLC
321 South Main Street
Providence, RI 02940

Brad J. Mitchell, Esq.
Neil T. Leifer, Esq.
Thorton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mark W. Roberts, Esq.
David A. Cetola, Esq.
Heather Spurlock Kennealy, Esq.
McRoberts, Roberts & Rainer, LLP
Exchange Place
53 State Street
Boston, MA 02109

Paul Revere, III, Esq.
Law Offices Of Paul Revere, III
297 North Street, Suite 336
Hyannis, MA 02601

Stephen P. Harten, Esq.
Richard J. Zabbo, Esq.
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Michael K. Marran, Esq.
P.O. Box 6067
321 South Main St.
Suite 200
Providence, RI 02940-6067

Bruce Gregory Tucker, Esq.
David B. Willis, Esq.
55 Hammarlund Way
Middletown, RI 02842

David A. Crichlow, Esq.
David M. Goldberg, Esq.
Catherine C. McCulley, Esq.
Pillsbury, Winthrop, Shaw & Pittman LLP
1540 Broadway
New York, NY 10036

Gregory L. Benik, Esq.
Benik & Associates P.C.
931 Jefferson Blvd., Suite 2008
Warwick, RI 02886

Jeffrey Bromme, Esq.
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Paul M. Sanford, Esq.
Burns & Levinson LLP
One Citizens Plaza
Suite 1100
Providence, RI 02903

Christopher P. McCormack, Esq.
Pullman & Comley, LLC
850 Main Street P.O. Box 7006
Bridgeport, CT 06601-7006

Benjamin V. White, III, Esq.
Kimberly A. Simpson, Esq.
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903

William D. Wick, Esq.
Wactor & Wick, LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

Craig R. Waksler, Esq.
McGivney & Kluger, P.C.
72 Pine Street, 1st Floor
Providence, RI 02903

Matthew B. Kirsner, Esq.
Andrew G. Mauck, Esq.
Troutman Sanders LLP
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23218-1122

Kerry T. Ryan, Esq.
Emily C. Shanahan, Esq.
Tarlow, Breed, Hart & Rodgers, P.C.
Prudential Center
101 Huntington Avenue
Boston, MA 02199

Anthony F. Muri, Esq.
Muri Associates, LLC
10 Weybosset Street
Providence, RI 02903

Lewis S. Wiener, Esq.
Sutherland, Asbill & Brennan LLP
1375 Pennsylvania Ave, NW
Washington, DC 20004-2415

Brian A. Wagner, Esq.
Gregory S. Schultz, Esq.
Susan B. Forcier, Esq.
RI Department of Environmental Management
Office of Legal Services
235 Promenade Street, 4th Floor
Providence, RI 02908

Matthew B. Smith, Esq.
Matthew B. Smith, Esq., Attorney At Law
1206 Westminster St.
Providence, RI 02909

Michael D Mitchell, Esq.
Department of Administration
One Capitol Hill
Providence, RI 02908

-and-

By First-Class Mail, Postage Prepaid to:

Capitol Court Reporting
931 Jefferson Blvd., Suite 2003
Warwick, RI 02886

*<u>/s/ David E. Ross</u>*