UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al | : | |
| *Plaintiff,* | : | |
| v. | : | C.A. No. 05-221T AND RELATED CASES |
| NEW ENGLAND GAS COMPANY, INC.; | : | |
| *Defendant.* | : | |

**MOTION FOR ADMISSION PRO HAC VICE**
**(FOR DISCOVERY PURPOSES ONLY)**

Plaintiff, Gail Corvello hereby moves that David C. Strouss be admitted PRO HAC VICE for discovery purposes only in the above case as counsel with local counsel identified below.

Gail Corvello et al, Plaintiff

By: /s/ Robert J. McConnell
Robert J. McConnell
Bar ID No: 3888
Motley Rice LLC
321 South Main Street, 2nd Fl.
Providence, RI 02903
401-457-7704

Dated: February 5, 2008

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**
**(FOR DISCOVERY PURPOSES ONLY)**

I hereby certify as follows:

(1) I certify that I am a member in good standing of the bar of the state(s) of Massachusetts and of the following federal district court bar(s) for the District of Massachusetts, and my eligibility to practice before these courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court.

(3) I have never been convicted of a serious crime as defined in LR Gen. 213(a)(3).

(4) Except as listed below, I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case, I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in LBR-9010-1 and Local Rule 5 of the U.S. District Court, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

David C. Strouss – Pro Hac Vice Applicant
Thornton & Naumes, LLP
100 Summer Street – 30th Fl.
Boston, MA 02110
617-720-1333
617-720-2445 (fax)

I certify that I have read and join in the forgoing motion, and acknowledge and agree to observe the requirements of the LBR 9010-1 and Local Rule 5 of the U.S. District Court in their entirety and as they relate to the participation and responsibilities of the local associate counsel.

/s/ Robert J. McConnell
Robert J. McConnell (#3888)-Local Counsel
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, Rhode Island 02940
401-457-7700
401-457-7708 FAX

**ORDER**

This Motion is hereby ____________________________________________

____________________________________
District Judge

Date:________________________________