| | | | | |
|---|---|---|---|---|
| 02/03/04 | REC 2185 – 2200 | Carolyn Kaplan, Nixon & Peabody (A); Ransom (R) | Fax of handwritten notes by legal counsel Carolyn Kaplan of Nixon Peabody to Ransom containing legal advice and confidential work product re Moratorium Site prepared in anticipation of litigation. | WP |
| 01/00/04 | REC 2201 – 2204 | Ransom (A); Carolyn Kaplan, Nixon Peabody (R) | Diagrams of the Moratorium Area prepared at the advice of and for legal counsel in anticipation of litigation. | WP |
| REC 2205 (non-privileged docs.) produced to NEGCO 09/19/07 | | | | |
| Date gathered unknown | REC 2206 – 2210 | Ransom (A) | Recent diagrams of Moratorium Site from Aerial Survey & Photo, Inc, Skowhegan, Maine with Ransom handwritten marginalia and notes obtained in anticipation of litigation for review and potential inclusion in consultant report. | WP |
| Date gathered unknown | REC 2211 – 2213 | Ransom (A) | Recent diagrams of Moratorium Site from Aerial Survey & Photo, Inc, Skowhegan, Maine with Ransom handwritten marginalia and notes, and one historical diagram obtained in anticipation of litigation for review and potential inclusion in consultant report. | WP |
| Date gathered unknown | REC 2214 | Ransom (gathered by Ransom) | Historical diagram of Moratorium Site obtained in anticipation of litigation by Ransom for review and potential inclusion in consultant report. | WP |
| 09/16/03 | REC 2215 – 2217 | Ransom (A) | Handwritten notes prepared in anticipation of litigation re file review of Moratorium Site at the RIDEM. | WP |
| Date gathered unknown | REC 2218 – 2220 | Ransom (A) | Handwritten notes prepared in anticipation of litigation by Ransom on Vanasse Hangen Brustlin, Inc. ("VHB") diagrams consequent to review of same. | WP |
| 01/06/04 | REC 3178 – 3180 | Janice Carroll (A); Carolyn Kaplan (R) | Memorandum re Moratorium Site prepared at the request and advice of legal counsel in anticipation of litigation. | AC |
| 04/28/04 | REC 3191 | Ransom (A); Janice Carroll, & Carolyn Kaplan, | E-mail conveying information prepared in anticipation of litigation for assessment by legal counsel re RIDEM testing of properties. | AC |

| | | | | |
|---|---|---|---|---|
| | | Nixon Peabody (R) | | |
| 04/20/04 | REC 3192 - 3194 | Janice and Barry Carroll (A); Carolyn Kaplan (Nixon Peabody), Steve Ransom and Gary Kaufman (Ransom) (R) | Letter Agreement memorializing conference call re fee schedule and terms of agreement re pending projects by consultant and legal counsel in anticipation of litigation. | AC |
| 02/10/04 | REC 3195 – 3197 | Carolyn Kaplan, Nixon Peabody (A); Ransom (R) | Carolyn Kaplan e-mail conveying legal advice re Moratorium Site visit by RIDEM and attaching 02/10/04 Carolyn Kaplan memorandum to Ransom re specific Site issues prepared in anticipation of litigation. | AC; WP |
| 01/09/04 | REC 3198 – 3199 | Carolyn Kaplan, Nixon Peabody (A); Janice Carroll, Ransom (R) | E-mail conveying legal advice in anticipation of litigation re Moratorium Site investigation. | AC |
| 01/09/04 | REC 3200 | Carolyn Kaplan, Nixon Peabody (A); Janice Carroll, Ransom (R) | E-mail conveying legal advice in anticipation of litigation re Moratorium Site investigation. | AC |
| 01/14/04 | REC 3201 – 3202 | Carolyn Kaplan, Nixon Peabody (A); Ransom (R) | E-mail conveying discussion with client and legal advice in anticipation of litigation re Moratorium Site investigation. | AC |
| 01/15/04 | REC 3203 – 3204 | Carolyn Kaplan, Nixon Peabody (A); Ransom (R) | E-mail conveying discussion with client and legal advice in anticipation of litigation re Moratorium Site investigation. | AC |
| 01/15/04 | REC 3205 – 3206 | Carolyn Kaplan, Nixon Peabody (A); Ransom (R) | E-mail conveying discussion with client and legal advice in anticipation of litigation re Moratorium Site investigation. | AC |
| 01/29/04 | REC 3207 | Carolyn Kaplan, Nixon Peabody (A); Ransom (R) | E-mail conveying legal advice in anticipation of litigation re Moratorium Site investigation. | WP |
| 12/17/03 | REC | Carolyn Kaplan, | Fax enclosing 12/17/03 fax from Janice Carroll | AC |

| | | | | |
|---|---|---|---|---|
| | 3208 – 3213 | Nixon Peabody (A); Ransom (R) | with handwritten notes to Carolyn Kaplan and Ransom re requesting legal advice in anticipation of litigation concerning Moratorium Site investigation. Fax also attaches for review by Carolyn Kaplan undated Vanasse Hangen Brustin, Inc. fax to Tiverton Library Services, 12/05/03 Dennis Esposito (AP&S) letter to Jeffrey Crawford (RIDEM), each bearing handwritten notes prepared in anticipation of litigation. | |
| 01/15/04 | REC 3214 | Carolyn Kaplan, Nixon Peabody (A); Ransom (R) | E-mail conveying discussion with client and legal advice in anticipation of litigation re Moratorium Site investigation. | AC; WP |
| 01/15/04 | REC 3215 – 3227 | Janice Carroll (A); Ransom , Carolyn Kaplan, Nixon Peabody (R) | Handwritten letter attaching various soil boring tests with the specific request that same be provided to Carolyn Kaplan (Nixon Peabody) for review and consultation in anticipation of litigation. | AC; WP |
| 02/24/04 | REC 3232 | Carolyn Kaplan, Nixon Peabody (A); Ransom (R) | E-mail with handwritten notes prepared in anticipation of litigation requesting specific information re Moratorium Site investigation. | WP |
| 02/23/04 | REC 3233 – 3239 | Ransom (A); Carolyn Kaplan, Nixon Peabody (R) | Fax w/request for legal advice in anticipation of litigation re attached 02/19/04 Robert Young (NEGCO) letter to Gary Kaufman (Ransom), and 02/17/04 Robert Young letter to Jeffrey Crawford (RIDEM). | WP |
| 02/17/04 | REC 3240 | Janice Carroll (A); Ransom , Carolyn Kaplan, Nixon Peabody (R) | E-mail conveying specific Moratorium Site investigation information for evaluation by counsel in anticipation of litigation. | AC |
| 02/24/04 | REC 3241 | Carolyn Kaplan, Nixon Peabody (A); Janice Carroll, Ransom (R) | E-mail requesting specific Moratorium Site investigation information from client be obtained in anticipation of litigation. | AC |
| 04/05/04 & 04/12/04 | REC 3242 – 3244 | Carolyn Kaplan, Nixon Peabody (A); Ransom (R) | E-mails (stapled together) conveying legal advice re Moratorium Site investigation in anticipation of litigation. | WP |
| 2004 | REC 3245 | Ransom (A); Janice Carroll (R) | Fax of 08/18/04 Jeffrey Crawford (RIDEM) letter w/attachments containing Ransom marginalia for | AC; WP |

| | | | | |
|---|---|---|---|---|
| | – 3277 | | potential review by legal counsel. | |
| 08/03/04 | REC 3278 – 3283 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, Ransom (R) | Fax with both typed and handwritten notes requesting advice of legal counsel and containing Southern Union property access agreements for the review of legal counsel in anticipation of litigation. | AC |
| 08/30/04 | REC 3284 | Janice Carroll, Carolyn Kaplan, Nixon Peabody (A) | Executed letter agreement between counsel and client re scope of work to be conducted in anticipation of litigation as a part of the continuing Moratorium Site investigation. | AC |
| 07/20/04 | REC 3288 – 3289 | Carolyn Kaplan, Nixon Peabody (A); Janice Carroll, Ransom (R) | Letter listing and enclosing privileged documents for review by client and consultant in anticipation of litigation. [Enclosures no longer attached to original.] | AC |
| 05/26/04 | REC 3290 – 3291 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, Ransom (R) | Memorandum re proposed letter re Moratorium Site assessment to RIDEM listing various suggestions by Janice Carroll for review and potential incorporation into final draft letter by legal counsel and consultant in anticipation of litigation. | AC |
| 10/28/04 | REC 3292 – 3293 | Ransom (A); Carolyn Kaplan, Nixon Peabody (R) | E-mail requesting legal advice in anticipation of litigation and responding to 10/28/04 Carolyn Kaplan e-mail re various issues concerning RIDEM plans to test Judson Street properties. | WP |
| 08/26/03 | REC 3295 – 3299 | Carolyn Kaplan, Nixon Peabody (A); Gary Kaufman (Ransom), Tim Snay (Ransom) | Fax enclosing 08/18/03 *Herald News* article entitled "Tiverton Toxicity Not Pretty" with handwritten notes obtained in anticipation of litigation, and 08/21/03 NEGCO letter with handwritten notes obtained in anticipation of litigation. | WP |
| 07/19/04 | REC 3306 | Ransom (A); Carolyn Kaplan, Nixon Peabody (R) | Transmittal Sheet enclosing Moratorium Site investigation CDs requested by legal counsel for review in anticipation of litigation. | WP |
| 03/30/04 | REC 3308 – 3313 | Ransom (A); Carolyn Kaplan, Nixon Peabody (R) | Memorandum for advisement by counsel conveying specific information obtained in anticipation of litigation from file review on 03/16/04 at RIDEM and 03/18/04 at USEPA. | WP |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 03/16/04 | REC 3314 – 3315 | Ransom (A) | Notes which formed the basis of and were transcribed for the above (REC 3308 – 3313) memo to legal counsel re 03/16/04 file review at RIDEM in anticipation of litigation. | WP |
| **GeoInsight, Inc.** | | | | |
| GII 1 – 10 (non-privileged docs.) produced to NEGCO 08/31/07 | | | | |
| 10/20/04 | GII 11 | Joel Trifilo (A); Richard Wozmak (R) | E-mail re contact with Mark Roberts requesting Moratorium Site advisement to be provided by legal counsel in anticipation of litigation. | AC |
| 11/18/04 | GII 12 | Joel Trifilo (A); Richard Wozmak (R) | E-mail re CDs and hard copies of RIDEM documents obtained in anticipation of litigation with specific docs flagged under advisement of legal counsel Mark Roberts for review in anticipation of litigation. | AC |
| 12/02/04 | GII 13 | Joel Trifilo (A); Richard Wozmak (R) | E-mail conveying legal advice and decisions in anticipation of litigation from counsel Mark Roberts re scope of testing and completion dates for testing. | AC |
| 12/02/04 | GII 14 – 15 | Mark Roberts (A); Joel Trifilo (R) | E-mail exchange re legal counsel's recommendations in anticipation of litigation re course of action re testing of Judson Street properties. | AC |
| 12/02/04 | GII 16 | Mark Roberts (A); Joel Trifilo (R) | E-mail exchange re legal counsel's recommendations in anticipation of litigation re course of action re testing of Judson Street properties. | AC |
| 12/08/04 | GII 17 – 17A | Joel Trifilo (A); Richard Wozmak (R) | E-mail exchange memorializing privileged discussions with Mark Roberts re legal advice and recommendations in anticipation of litigation re Scope of Work Plan re bore tests. | AC; WP |
| 12/13/04 | GII 18 - 25 | Joel Trifilo (A); Richard Wozmak (R) | E-mail attaching 12/13/04 draft Scope of Work plan addressed to legal counsel Mark Roberts for advisement and prepared in anticipation of litigation re Judson and Bay Street testing. | AC |
| 04/28/05 | GII 26 | Joel Trifilo (A); Mark Roberts (R) | E-mail exchange requesting advisement in anticipation of litigation re the scope and terms of the Site Access Agreement. | AC |

| | | | | |
|---|---|---|---|---|
| 04/28/05 | GII 27 – 29 | Mark Roberts (A); Joel Trifilo (R) | E-mail attaching recommended draft of Site Access Agreement prepared in anticipation of litigation. | AC |
| 04/28/05 | GII 30 – 31 | Joel Trifilo (A); Mark Roberts (R) | E-mail exchange re final drafts of Site Access Agreement and legal counsel's recommended course of action in anticipation of litigation re execution of the Agreement by the parties. | AC |
| 05/13/05 | GII 32 – 34 | Joel Trifilo (A); Mark Roberts (R) | E-mail attaching memorandum for assessment by legal counsel prepared in anticipation of litigation re scope of testing on Hilton, Bay and Judson Streets. | AC |
| 05/18/05 | GII 35 – 64 | Joel Trifilo (A); Mark Roberts (R) | E-mail attaching Spectrum Analytical Laboratory reports and notes prepared in anticipation of litigation re soil analyses of Hilton, Bay and Judson Street bore tests for review and assessment by Mark Roberts. | AC; WP |
| 06/01/05 | GII 65 – 68 | Mark Roberts (A); Joel Trifilo (R) | E-mail attaching RI Release Notification Form and responding to Joel Trifilo's 06/21/05 e-mail requesting advisement in anticipation of litigation re the status of notification testing results of Hilton and Bay Street bore samples to RIDEM. | AC |
| 07/06/05 | GII 69 – 105 | Joel Trifilo (A); Mark Roberts (R) | E-mail attaching Spectrum Analytical Laboratory reports and notes re soil analyses of Hilton, Bay and Judson Street bore tests prepared in anticipation of litigation for review and assessment by Mark Roberts. | AC; WP |
| 11/03/06 | GII 106 – 111 | Joel Trifilo (A); Marl Roberts (R) | E-mail attaching GeoInsight, Inc. invoices for review and assessment by legal counsel Mark Roberts. Invoices contain privileged notes re recommendations by counsel. | AC |
| 09/14/04 thru 07/15/05 | GII 112 – 126 | Joel Trifilo and Richard Wozmak (A) | Confidential phone logs memorializing contents of telephone conversations with Mark Roberts wherein legal counsel provides legal advisement on Site sampling in anticipation of litigation. | AC; WP |
| 01/31/05 – 12/01/05 | GII 127 – 160 | Joel Trifilo and Richard Wozmak (A) | Various days from confidential daily logs memorializing contents of telephone conversations with and meetings with various legal counsel | AC; WP |

| | | | | |
|---|---|---|---|---|
| | | | including Mark Roberts re legal advisement and confidential GeoInsight business decisions in anticipation of litigation. | |
| 08/31/04 – 10/20/04 | GII 161 – 173 | Joel Trifilo and Richard Wozmak (A) | Various days of confidential daily logs memorializing contents of telephone conversations with and meetings with various legal counsel including Mark Roberts re legal advisement and confidential GeoInsight business decisions in anticipation of litigation. | AC; WP |
| 2005 | GII 174 – 183 | Joel Trifilo (A); Mark Roberts (R) | Folder entitled "RIDEM RNFs" enclosing drafts of RI Office of Waste Management Release Notification Forms prepared by Joel Trifilo at the request of Mark Roberts for review and assessment by Mark Roberts in anticipation of litigation. | AC; WP |
| 12/13/04 | GII 184 – 188 | Joel Trifilo, Richard Wozmak (A); Mark Roberts (R) | Draft of letter agreement prepared in anticipation of litigation re to legal counsel for review and advisement re scope of work to be conducted at Moratorium Site re sampling at Judson and Bay Streets. | AC; WP |
| 12/00/04 – 06/00/05 | GII 189 – 204 | Joel Trifilo (A); Mark Roberts (R) | Folder entitled "4187 Correspondence" enclosing for review and assessment by legal counsel in anticipation of litigation:<br><br>Mark Roberts confidential billing statement (GII 189 – 190), draft execution of RIDEM Release Notification Form (GII 191 – 196), Third-Party Billing Authorization Form between legal counsel and GeoInsight, inc. (GII 197 – 198), 05/13/05 Memorandum from Joel Trifilo to legal counsel Mark Roberts attaching handwritten notes re bore tests conducted at Hilton, Bay, and Judson Streets, and 12/00/04 e-mail exchange between Mark Roberts and Joel Trifilo re bore tests at Judson and Bay Streets. | AC; WP |
| 07/19/05 | GII 205 – 281 | Joel Trifilo (A); Mark Roberts (R) | Folder entitled "4187-001, Subsurface Investigation Report, 2005" enclosing fax transmittal form attaching two draft subsurface investigation reports for Hilton and Judson Street properties prepared in anticipation of litigation for review and assessment by legal counsel. | AC; WP |
| GII 282 – 309 (<u>non</u>-privileged docs.) produced to NEGCO 08/31/07 | | | | |
| 06/00/05 | GII | Joel Trifilo (A); | Folder entitled "Tiverton 4187 Misc. Figures" | AC; WP |

| | | | | |
|---|---|---|---|---|
| | 310 – 318 | Mark Roberts (R) | enclosing typed and handwritten notes and draft bore tests site plans and draft summary of soil analytical data re Judson, Hilton, and Bay Street properties prepared in anticipation of litigation at the request of client and counsel Mark Roberts. | |
| 06/00/05 – 07/00/05 | GII 319 – 330 | Joel Trifilo (A); Mark Roberts (R) | Folder entitled "Tiverton Figures" enclosing Subsurface Investigation Site Plans re bore tests at Judson, Bay, and Hilton Street properties prepared in anticipation of litigation at the request of Mark Roberts with handwritten notes re same. | AC; WP |
| 05/18/05 – 05/19/05 | GII 331 – 363 | Joel Trifilo (A); Mark Roberts (R) | Folder entitled "Tiverton 4187 Analytical" enclosing (REC GII 331 – 339) executed contract Third-Party Billing Authorization Form between Mark Roberts and GeoInsight, Inc., with handwritten notes by Joel Trifilo re Hilton, Judson, and Bay Street properties bore tests with Chain of Custody Record reports submitted to Mark Roberts for review, assessment and payment; (GII 340 – 343) draft bore tests results re Hilton and Bay Street properties, and (REC 344 – 363) VHB Soil Boring Reports with marginalia [specific properties not listed] prepared in anticipation of litigation. | AC; WP |
| 05/00/05 | GII 364 – 371 | Joel Trifilo (A); Simpson Family Trust, Cynthia Reagan (R) | Folder entitled "4187-001 Access Agreements" enclosing (GII 364 – 366) draft Site Access Agreement 2005 by Michael Webster, Senior Associate, GeoInsight, Inc. for execution by (REC 367 – 371) property owners (Simpson Family Trust and Cynthia Reagan) at Judson and Hilton Streets prepared in anticipation of litigation. | WP |
| 12/08/04 | GII 372 – 375 | Joel Trifilo (A) | Folder entitled "Tiverton 4187 Subcontractor" enclosing costs estimates with handwritten notes re potential subcontractor New England Geotech, Jamestown, RI reflecting confidential GeoInsight, Inc. business decisions conducted in anticipation of litigation. | WP |
| GII 376 – 383 (non-privileged docs.) produced to NEGCO 08/31/07 | | | | |
| 05/00/05 | GII 384 - 446 | GeoInsight, Inc. | Folder entitled "Tiverton – 4187 Health & Safety Plan" enclosing "Site-Specific Health & Safety Plan" re ENACT Soil Investigation. Plan for internal use by field team leader and field personnel. | WP |
| GII 447 – 449 (non-privileged docs.) produced to NEGCO 08/31/07 | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 12/13/04 | GII 450 – 454 | Joel Trifilo, Richard Wozmak (A); Mark Roberts (R) | Draft of letter agreement prepared in anticipation of litigation re to legal counsel for review and advisement re scope of work to be conducted at Moratorium Site re sampling at Judson and Bay Streets. | AC; WP |
| Undated | GII 455 – 457 | Joel Trifilo (A) | Chart of various individual's contact telephone numbers obtained in anticipation of litigation for Moratorium Site properties attaching handwritten notes containing confidential GeoInsight, Inc. business decisions re scope of testing. | WP |
| 11/17/04 | GII 458 | Gail Corvello (A); Joel Trifilo (R) | Letter enclosing CDs with files on them and hard copy of RIDEM comment package indicating that legal counsel Mark Roberts advised that flagged documents be reviewed by Joel Trifilo in anticipation of litigation. [Referenced CDs and hard copies of documents not attached] | AC; WP |
| GII 459 – 534 (non-privileged docs.) produced to NEGCO 08/31/07 | | | | |
| 2005 | GII 535 - 554 | Joel Trifilo (A) | Folder entitled "0511 Test Pits 04/26/05, Cordeiro" enclosing handwritten notes on Vanasse Hangen Brustlin, Inc. ("VHB") Table 2, Laboratory Analytical Results, Plat 8-6, Block 3, Lot 4" table, VHB Soil Boring Report, and black & white photos re same obtained in anticipation of litigation. | WP |
| 06/01/05 | GII 555 - 581 | Hanibal Tayeh (A); Joel Trifilo, and Mark Roberts (R) | Folder entitled "4187-001 Lab Reports 2005" enclosing laboratory report re bore tests results obtained in anticipation of litigation [specific Moratorium Site properties not identified in report by owner of property or street] for review by Mark Roberts and GeoInsight. | AC; WP |
| 05/03/05 & 05/10/05 | GII 582 – 612 | GeoInsight, Inc. (A) | Folder entitled "Field Notes" containing confidential handwritten notes (GII 582 – 611) for internal use re Site assessment on properties located at Hilton, Judson and Bay Streets, and also enclosing draft chart re Bay Street property bore samples prepared in anticipation of litigation. | WP |
| 06/21/05 | GII 613 - 614 | GeoInsight, Inc. (A) | Folder entitled "Soil Analytical Tables" enclosing draft of Table 1, Summary of Soil Analytical Data re bore tests at Hilton, Judson, and Bay Streets for potential inclusion in consultant report prepared in anticipation of litigation. | WP |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 05/10/05 – 05/11/05 | GII 615 – 646 | GeoInsight, Inc. (A) | Folder entitled "Boring Logs" enclosing soil boring logs re bore samples conducted at Judson, Hilton, and Bay Streets for internal review and potential inclusion in consultant report in anticipation of litigation. | WP |
| 05/00/05 | GII 647 | GeoInsight, Inc. (A) | CD entitled "Photos, May 2005, GeoInsight" created for internal use in anticipation of litigation. | WP |
| Undated | GII 648 | GeoInsight, Inc. (A) | CD entitled "Bay St. Area, Tiverton, RI, EA Reports, VHB Reports, 01/27/04 RIDEM Comment Package, Etc." created for internal use in anticipation of litigation. | WP |
| 05/00/05 | GII 649 | GeoInsight, Inc. (A) | CD entitled "Photos May 2005, Subsurface Investigation, GeoInsight" created for internal use in anticipation of litigation. | WP |
| 09/08/04 | GII 650 | GeoInsight, Inc. (A) | CD entitled "SSIWP Block 05, Lot 11, 09/08/04, 130 Bay St., Tiverton, RI" created for internal use in anticipation of litigation. | WP |

| | | |
|---|---|---|
| * | Ransom | Unless otherwise stated in an entry, Ransom refers to Gary Kaufman; Environmental consulting firm retained by Janice Carroll |
| | Carolyn S. Kaplan | Attorney, Nixon Peabody, Boston office, (617) 345-1345; Legal counsel retained by Janice Carroll |
| | Joel J. Trifilo | Senior Geologist, GeoInsight, Inc. |
| | Richard J. Wozmak | Principal Geologist, GeoInsight, Inc. |
| | Spectrum Analytical | 11 Almgren Dr., Agawam, MA 01001 www.spectrum-analytical.com; Laboratory retained by GeoInsight, Inc. |
| | Hanibal C. Tayeh | President Laboratory Director, Spectrum Analytical |