UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Gail, John D., John F. Corvello et al.
v.
New England Gas Company

Kevin Burns, et al.
v.
Southern Union Company

Colleen Bigleow, et al.
v.
New England Gas Company

Sheila Reis, et al.
v.
Southern Union Company

Dkt. No. C.A. No. 05-221T, C.A. No. 05-274T, C.A. No. 05-370T, C.A. No. 05-522T

**CONSENT MOTION FOR ADMISSION PRO HAC VICE (FOR DISCOVERY PURPOSES ONLY)**

~~Plaintiff~~/Defendant New England Gas Company, Inc. hereby moves that Jennifer B. Schwarz be admitted PRO HAC VICE for discovery purposes only in the above case as counsel with local counsel identified below.

New England Gas Co.
(~~Plaintiff~~/Defendant)

By: David A. Wollin
Bar ID No. 4950
Address: One Citizens Plaza
8th Floor, Providence, RI 02903

DATED: 2/19/08

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION (FOR DISCOVERY PURPOSES ONLY)**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of New York and of the following Federal District Court and/or Court of Appeals Bar(s) EDNY and SDNY, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court. (If applicant has been sanctioned, disciplined or had any pro hac vice status revoked, please provide a full explanation.)

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) Except as listed below, I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

**Form 1 (cont'd)**

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Jennifer B. Schwarz N/A
Print Name State Bar ID #

Kasowitz, Benson, Torres & Friedman LLP
Firm Name

1633 Broadway
Business Address
New York, NY 10019

212-506-1700
Tel. #

212-506-1800
Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

David A. Wollin 4950
Print Name RI Bar ID #

Adler Pollock & Sheehan P.C.
Firm and Business Address
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
401-274-7200 401-351-4607
Tel. # Fax #

------

**ORDER**

This is motion hereby ______________________________

______________________________
District Judge

Date: