UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GAIL CORVELLO, et al.,<br>KEVIN BURNS, et al.,<br>COLLEEN BIGELOW, et al., and<br>SHEILA REIS, et al.<br><br>Plaintiffs<br>v.<br><br>NEW ENGLAND GAS COMPANY,<br><br>Defendant and Third-Party Plaintiff,<br>v.<br><br>BRIDGESTONE FIRESTONE NORTH<br>AMERICAN TIRE, LLC, et al.<br><br>Third-Party Defendants. | Case Numbers: 05-221T (Lead Case)<br>(Related and Consolidated cases:<br>05-274T; 05-370T, 05-522T) |

**JOINT STIPULATION TO WITHDRAW CITY OF FALL RIVER'S MOTION TO COMPEL ADEQUATE INITIAL DISCLOSURES FROM THIRD-PARTY PLAINTIFF NEW ENGLAND GAS COMPANY**

Third Party Defendant City of Fall River ("City") and Defendant and Third-Party Plaintiff New England Gas Company ("NEGasCo") hereby stipulate and agree that they have resolved the issues raised by the City's Motion to Compel Adequate Initial Disclosures from Third-Party Plaintiff New England Gas Company ("Motion to Compel"), docket no. 448. In accordance with the parties' agreement, the City hereby withdraws its Motion to Compel without prejudice. Accordingly, the Motion to Compel may now pass.

Respectfully submitted,

NEW ENGLAND GAS COMPANY,
By its attorneys,

/s/ *Robin L. Main*
Robin L. Main (#4222)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
rmain@haslaw.com

Dated: February 22, 2008

CITY OF FALL RIVER
By its attorneys,

/s/ *Kerry T. Ryan*
Kerry T. Ryan (*admitted pro hac vice*)
TARLOW, BREED, HART &
RODGERS, P.C.
101 Huntington Avenue
Boston, MA 02199
(617) 218-2000 (voice)
(617) 261-7673 (facsimile)
kryan@tbhr-law.com

# CERTIFICATE OF SERVICE

To:

Notification via CMECF:

Gregory L. Benik - gbenik@jreri.com

David A. Cetola - dcetola@mcrobertslaw.com

David a. Crichlow – david.crichlow@pillsburylaw.com

Brian R. Cunha – brian@briancunha.com

Christina C. Dodds - CDodds@bishoplondon.com

Susan B. Forcier - susan.wilson@dem.ri.gov

Eric D. Herschmann - eherschmann@kasowitz.com

Robin-Lee Main - rmain@haslaw.com, sjfoster@haslaw.com

John J. McConnell, Jr. - jmcconnell@motleyrice.com

Robert J. McConnell - bmcconnell@motleyrice.com

Michael D Mitchell - mmitchell@admin.ri.gov

Charles K. Mone – cmone@campbell-trial-lawyers.com

Anthony F. Muri – amuri@murilaw.com

Jonathan D Orent - jorent@motleyrice.com

Gerald J. Petros - gpetros@haslaw.com, clomas@haslaw.com

Russell X Pollack – rpollack@campbell-trial-lawyers.com

Paul Revere, III – revereiii@aol.com

Mark W. Roberts - mroberts@mcrobertslaw.com

David E. Ross - dross@kasowitz.com

Kerry T. Ryan – kryan@tbhr-law.com

Paul M. Sanford - psanford@burnslev.com, scook@burnslev.com

Anthony J. Sbarra, Jr. - asbarra@campbell-trial-lawyers.com

Gregory S. Schultz - gregory.schultz@dem.ri.gov

Jeanne M. Scott – jeannescott@utrlaw.com

Emily C. Shanahan – eshanahan@thbr-law.com

Kristen W. Sherman - ksherman@apslaw.com, afontaine@apslaw.com, btallman@apslaw.com

Aileen L. Sprague - asprague@motleyrice.com

Heather Spurlock Kennealy - hskennealy@mcrobertslaw.com

John A. Tarantino - jtarantino@apslaw.com, dhumm@apslaw.com

Bruce Gregory Tucker - btucker@legalmgt.com

Brian A. Wagner - brian.wagner@dem.ri.gov

Craig R. Waksler - cwaksler@taylorduane.com

Benjamin V. White – bwhite@vetterandwhite.com; ksimpson@vetterandwhite.com

Lewis S. Wiener – lewis.wiener@sablaw.com

David B. Willis – dwillis@legalmgt.com

David A. Wollin – dwollin@apslaw.com, dciuffetelli@apslaw.com, epickett@apslaw.com

Notification via first class mail:

Susan B. Wilson
RI Department of Environmental Management
235 Promenade Street, 4th Floor
Providence, RI 02908

Neil T. Leifer
Thornton & Naumes LLP
100 Summer Street
Boston, MA 02110

Lewis S. Wiener
Sutherland, Asbill & Brennan LLP
1375 Pennsylvania Avenue, NW
Washington, DC 20004-2415

William D. Wick
Wactor & Wick LLP
180 Grand Avenue – Suite 950
Oakland, CA 94612

Jeffrey Bromme
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1206

Robert J. McConnell
Motley Rice LLC
321 South Main Street, 2nd Floor
Providence, RI 02903

Christina C. Dodds
Bishop London Brophy Dodds, P.C.
3701 Bee Cave Road
Austin, TX 78746

Seth Davis
Eric D. Herschmann
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Matthew B. Kirsner
Troutman Sanders, LLP
P.O. Box 1122
1001 Haxall Point
Richmond, VA 23208

Andrew G. Mauck
Troutman Sanders LLP
P.O. Box 1122
1001 Haxall Point
Richmond, VA 23208

I hereby certify that on February 22, 2008, a copy of the foregoing document was served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing.

/s/ Robin L. Main
Robin L. Main