AO 435 (Rev. 12/03)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

FOR COURT USE ONLY
DUE DATE:

*Please Read Instructions above*

| | | | |
|---|---|---|---|
| 1. NAME<br>Anthony F. Muri | | 2. PHONE NUMBER<br>(401) 421-7300 | 3. DATE<br>3/6/2008 |
| 4. MAILING ADDRESS<br>10 Weybosset Street | | 5. CITY<br>Providence | 6. STATE<br>RI / 7. ZIP CODE<br>02903 |
| 8. CASE NUMBER<br>05-221T | 9. JUDGE<br>Torres | DATES OF PROCEEDINGS<br>10. FROM 3/6/2008 | 11. |
| 12. CASE NAME<br>Corvello, et al. v. New England Gas Co. | | LOCATION OF PROCEEDINGS<br>13. | 14. |

15. ORDER FOR
☐ APPEAL ☐ NON-APPEAL ☐ CRIMINAL ☐ CIVIL ☐ CRIMINAL JUSTICE ACT ☐ IN FORMA PAUPERIS ☐ BANKRUPTCY ☒ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | ☒ OTHER (Specify) | |
| ☐ JURY INSTRUCTIONS | | Motion Hearing | 1/3/2008 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL 0.00

18. SIGNATURE Anthony F. Muri

PROCESSED BY

19. DATE 3/6/08

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY