# Exhibit
# A

The Plaintiffs intend on calling the following expert witnesses on damages:

Dr. Robert Simons

Robert Simons & Associates, Inc.

23101 Wendover Road

Beachwood, Ohio 44122

Dr. Simons is expected to testify on the dimunition in property value, impact on real estate transactions, loss of use and enjoyment and other harm suffered by the plaintiffs as a result of the contamination of properties by coal gasification waste and imposition of the moratorium in the Bay Street Neighborhood in Tiverton, Rhode Island.

Dr. Simons Report will be produced on or before March 10, 2008.

William K. Hallman, PhD.

Department of Human Ecology

Rutgers, The State University of New Jersey

55 Dudley Street

New Brunswick, New Jersey 08901-8520

Dr.Hallman is expected to testify on the emotional distress and psychosocial impacts, loss of use and enjoyment, stigma-related damages and other harm suffered by the plaintiffs as a result of residing in the Bay Street Neighborhood and moratorium area and on or near properties contaminated by coal gasification waste.

Dr. Hallman's report will be produced on or before March 10, 2008.