# Exhibit 1

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al.<br><br>vs.<br><br>NEW ENGLAND GAS COMPANY, INC. | C. A. No. 05-221T |
| KEVIN R. BURNS AND FLORENCE J. BURNS, et al., Plaintiffs,<br><br>v.<br><br>NEW ENGLAND GAS COMPANY, formerly known as FALL RIVER GAS COMPANY, Defendant. | C.A. No. 05-274T |
| COLLEEN BIGELOW, et al., Plaintiffs,<br><br>v.<br><br>NEW ENGLAND GAS COMPANY, formerly known as FALL RIVER GAS COMPANY, an unincorporated division of SOUTHERN UNION GAS COMPANY, Defendant. | C.A. No. 05-370T |

| | | |
|---|---|---|
| SHEILA REIS, DENNIS REIS, ASHLEY REIS, et al., Plaintiffs, | : | C.A. No. 05-522T |
| v. | : | |
| SOUTHERN UNION COMPANY dba FALL RIVER GAS COMPANY, and NEW ENGLAND GAS COMPANY Defendant. | : | |

**DEFENDANT NEW ENGLAND GAS COMPANY'S RULE 26(a)(1) DISCLOSURE[1]**

Defendant, New England Gas Company ("NEGasCo"), through its undersigned counsel, hereby makes the following disclosures pursuant to Rule 26(a)(1)(A), (B) and (D) of the Federal Rules of Civil Procedure.

Rule 26(a)(1)(A) Disclosure

NEGasCo identifies the following individuals or organizations who may have discoverable information that may be used to support NEGasCo's defenses (unless solely for impeachment):

Plaintiffs

1. All plaintiffs identified in Corvello, et al. v. New England Gas Company, Inc., C.A. No. 05-221T.
2. All plaintiffs identified in Burns, et al. v. New England Gas Company, C.A. No. 05-274T.
3. All plaintiffs identified in Bigelow, et al. v. New England Gas Company, C.A. No. 05-370T.
4. All plaintiffs identified in Reis, et al. v. Southern Union Company, C.A. No. 05-522T.

[1] This disclosure is made with respect to the above referenced cases.

Additional Fact Witnesses

1. Additional fact witnesses identified in plaintiffs' Rule 26(a)(1)(A) disclosure in Corvello et al v. New England Gas Company, Inc., C.A. No. 05-221T, and related actions.
2. Persons (identities currently undetermined or unknown) who are now or were formerly associated with the Rhode Island Department of Environmental Management ("RIDEM"). RIDEM's address is 235 Promenade Street, Providence, Rhode Island 02908, (401) 222-6800. The home address(es) of employee(s) or representative(s) of RIDEM is currently unknown.
3. Persons (identities currently undetermined or unknown) who are now or were formerly associated with the Rhode Island Department of Health ("RIDOH"). RIDOH's address is 3 Capitol Hill, Providence, Rhode Island 02908, (401) 222-2231. The home address(es) of employee(s) or representative(s) of RIDOH is currently unknown.
4. Persons (identities currently undetermined or unknown) who are now or were formerly associated with the United States Department of Environmental Protection ("EPA") Region 1. The EPA Region 1 address is One Congress Street, Boston, Massachusetts 02114, (888) 372-7341. The home address(es) of employee(s) or representative(s) of EPA is currently unknown.
5. Persons (identities currently undetermined or unknown) who are now or were formerly associated with the Town of Tiverton, Rhode Island. The Town of Tiverton's address is 343 Highland Road, Tiverton, Rhode Island 02878, (401) 625-6710. The home address(es) of employee(s) or representative(s) of the Town of Tiverton is currently unknown.
6. Persons (identities currently undetermined or unknown) who are now or were formerly associated with the City of Fall River, Massachusetts. The City of Fall River's address is One Government Center, Fall River, Massachusetts, (508) 324-2000. The home address(es) of employee(s) or representative(s) of the City of Fall River is currently unknown.
7. Persons (identities currently undetermined or unknown) who are now or were formerly associated with Starwood Tiverton, LLC. Starwood Tiverton's address is 1793 Main Road, Tiverton, Rhode Island 02878, (401) 624-2972. The home address(es) of employee(s) or representative(s) of Starwood Tiverton, LLC is currently unknown.
8. Persons (identities currently undetermined or unknown) who are now or were formerly associated with Vanasse Hangen Brustlin ("VHB"). VHB's address is 530 Broadway, Providence, Rhode Island, (401) 272-8100. The home address(es) of employee(s) or representative(s) of VHB is currently unknown.
9. Persons (identities currently undetermined or unknown) who are now or were formerly associated with Woodard and Curran Inc. Woodard and Curran's address is 980 Washington Street, Suite 325 Dedham, Massachusetts 02026, (800) 446-5518. The home address(es) of employee(s) or representative(s) of Woodard and Curran is currently unknown.

10. Persons (identities currently undetermined or unknown) who are now or were formerly associated with Fuss and O'Neil. Fuss and O'Neil's address is 275 Promenade Street, Suite 350, Providence, Rhode Island 02908, (401) 861-3070. The home address(es) of employee(s) or representative(s) of Fuss and O'Neil is currently unknown.

11. Persons (identities currently undetermined or unknown) who are now or were formerly associated with GeoInsight. GeoInsight's address is 5 Lan Drive, Suite 200, Westford, Massachusetts 01886, (978) 692-1114. The home address(es) of employee(s) or representative(s) of GeoInsight is currently unknown.

12. Persons (identities currently undetermined or unknown) who are now or were formerly associated with ENSR. ENSR's address is 2 Technology Park Drive, Westford, Massachusetts 01886, (978) 589-3000. The home address(es) of employee(s) or representative(s) of ENSR is currently unknown.

13. Persons (identities currently undetermined or unknown) who are now or were formerly associated with Ransom Environmental Consultants, Inc. ("Ransom"). Ransom's address is 1445 Wampanoag Trail, Suite 108A, East Providence, Rhode Island 02915, (401) 433-2160. The home address(es) of employee(s) or representative(s) of Ransom are currently unknown.

14. Persons (identities currently undetermined or unknown) who are now or were formerly associated with ENVIRON Health Sciences Institute ("ENVIRON"). ENVIRON's address is P.O. Box 2424 Amherst, Massachusetts 01004, (413) 256-3556. The home address(es) of employee(s) or representative(s) of ENVIRON is currently unknown.

15. Persons (identities currently undetermined or unknown) who are now or were formerly associated with EA Engineering, Science, and Technology, Inc. ("EA Engineering"). EA Engineering's address is 2350 Post Road, Warwick, Rhode Island 02886, (401) 736-3440. The home address(es) of employee(s) or representative(s) of EA Engineering is currently unknown.

16. Persons (identities currently undetermined or unknown) who are now or were formerly associated with South Coast Environmental - Finsness Environmental. Finsness Environmental's address is 206 Palmer Street, Somerset, Massachusetts 02726, (508) 679-2002. The home address(es) of employee(s) or representative(s) of Finsness Environmental is currently unknown.

17. Persons (identities currently undetermined or unknown) who are now or were formerly associated with the Environmental Neighborhood Awareness Committee of Tiverton ("ENACT"). ENACT's address is 190 Bay Street, Tiverton, Rhode Island, (401) 624-8648. The home address(es) of employee(s) or representative(s) of ENACT is currently unknown.

18. Persons and entities (identities currently undetermined or unknown) who are now or were formerly associated with Firestone Tire & Rubber/Bridgestone Americas Holding, Inc., Gulf Oil L.P., Shell Oil Co., Sinclair Oil Corp., Texaco Inc., ExxonMobil Corp., Barrett Manufacturing Co./Honeywell, Inland Fuel Terminals, Inc./Santa Energy Corp., P.D. Humphrey Co., Whitney's Auto Repair, and other entities (identities currently undetermined or unknown) who

caused, contributed to, or bear responsibility for contamination in the Bay Street Area of Tiverton, Rhode Island.

19. Persons (identities currently undetermined or unknown) who have conducted environmental testing or other testing of materials, land, water, or any other substances in the Bay Street Area.

Rule 26(a)(1)(B) Disclosure

NEGasCo identifies by category the following documents, data compilations and tangible things that are in the possession, custody or control of NEGasCo and that NEGasCo may use to support their claims or defenses (unless solely for impeachment), which will be made available for inspection and copying at the offices of NEGasCo's counsel, Adler Pollock & Sheehan, P.C., One Citizens Plaza, 8th Floor, Providence, Rhode Island 02903:

1. Documents of the Fall River Gas Company and its predecessors.
2. Reports, studies, analyses and supporting materials concerning the Bay Street Area.
3. All documents produced by plaintiffs.
4. All documents produced pursuant to subpoenas.

Rule 26(a)(1)(D) Disclosure

NEGasCo identifies for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

See list attached as Exhibit A.

The foregoing are based upon NEGasCo's investigation to date. NEGasCo reserves its right to amend or supplement this disclosure.

Dated: December 6, 2006

**ADLER POLLOCK & SHEEHAN P.C.**

*/s/ David A. Wollin*
John A. Tarantino (#2586)
David A. Wollin (#4950)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
David E. Ross
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP LONDON BROPHY DODDS**
Christina Dodds
3701 Bee Cave Road
Austin, Texas 78746
(512) 479-5900

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of December, 2006, I did send a true copy of the within document by email to the following:

Robert J. McConnell, Esq.
Michael G. Rousseau, Esq.
Jonathan D. Orent, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02940

Neil T. Leifer, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mark W. Roberts, Esq.
McRoberts, Roberts & Rainer, LLP
53 State Street
Boston, MA 02109

Brian R. Cunha, Esq.
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914

Russell X. Pollock, Esq.
Anthony Sbarra, Esq.
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA 02129

Paul Revere, III, Esq.
297 North Street, Suite 336
Hyannis, MA 02601

/s/ *David A. Wollin*