# Exhibit 3

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al. *Plaintiffs,* v. NEW ENGLAND GAS COMPANY, INC. *Defendant.* | ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-221T (Related Case No. 05-274T) |

**PLAINTIFFS' RULE 26(a)(1) DISCLOSURE**

The Plaintiffs, through their undersigned counsel, hereby make the following disclosures pursuant to Rule 26(a)(1)(A) and (B) of the Federal Rules of Civil Procedure and the Order of the Court, Martin, J. dated September 22, 2006:

**A. The Plaintiffs identify the following individuals or organizations as having discoverable information that may be used to support their claims and defenses (unless solely for impeachment):**

Plaintiffs

1. Gail, John F. and John D. Corvello, 188-190 Bay Street, Tiverton, Rhode Island.
2. Linda M. and Robert M. Ferreira, 37 A. Connell Street, Tiverton, Rhode Island.
3. Gary P. Rose and Victor Rose III, 34 Chace Avenue, Tiverton, Rhode Island.
4. Jose A. and Gina Adorno, 15 Bay Street, Tiverton, Rhode Island.
5. Lorraine A. and Frank J. Aguiar, Jr. 62 Canonicus Street, Tiverton, Rhode Island.
6. Cathleen and Michael A. Alvarnas, 39 Chace Avenue, Tiverton, Rhode Island.
7. Mary Lou and Carlos Amaral, 17 Foote Street, Tiverton, Rhode Island.

8. Fatima Amaral, Liria Amaral, Debra Beausoleil, and Susan Correia, 38 Hilton Street, Tiverton, Rhode Island.
9. Maria I. and Pedro M. Amaral, 49 Hilton Street, Tiverton, Rhode Island.
10. Bay View Holy Ghost Citizens Club, c/o its president Shawn Jagmin, 66 Bottom Street, Tiverton, Rhode Island.
11. Henry M. Beirola, Jr., 25 Terrace Avenue, Tiverton, Rhode Island.
12. Stephen Bigos, 36 Canonicus Street, Tiverton, Rhode Island.
13. Nancy Ann and Robert Borden, 26 Culver Drive, Rockland, Massachusetts.
14. Jane and Richard Borges, 60 Chace Avenue, Tiverton, Rhode Island.
15. Mark Bouchard, 19 Clement Street, Apt. 2R, Tiverton, Rhode Island.
16. Sara Cabral, 58 Canonicus Street, Tiverton, Rhode Island.
17. Ellen G. and John Cabral, 85 Canonicus Street, Tiverton, Rhode Island.
18. KWC, LLC, representatives c/o William G. Camara, 1074 Stafford Road, Fall River, Massachusetts.
19. Junya and John Cambra, 91 State Street, Tiverton, Rhode Island.
20. Janice M. and Barry C. Carroll, 145 Judson Street, Tiverton, Rhode Island.
21. Pauline Carvalho, 11A Connell Street, Tiverton, Rhode Island.
22. Karen A. and Claywell M. Chafton, III, 16 Chace Avenue, Tiverton, Rhode Island
23. Kathleen and John Christo, 48 Canconicus Street, Tiverton, Rhode Island.
24. Carolyn Collins, 61 Hilton Street, Tiverton, Rhode Island.
25. Normenia and Jose P. Cordeiro, 51 Canonicus Street, Tiverton, Rhode Island.
26. Shirley M. Cordeiro and Patricia Aguiar, 130 Bay Street, Tiverton, Rhode Island.

27. Isabel M. and Francis R. Correia, 8 Bay Street, Tiverton, Rhode Island.
28. Colleen Fernandes and Manuel Christo, 39 Hilton Street, Tiverton, Rhode Island.
29. Doris and Dennis Duarte, 58 Hilton Street, Tiverton, Rhode Island.
30. John F. Duarte, 9 Hilton Street, Tiverton, Rhode Island.
31. The Estate of Christina Farias, 61 Canonicus Street, Tiverton, Rhode Island.
32. Stephen and Rochelle Ferry, 47 A Connell Street, Tiverton, Rhode Island.
33. Linda and Barry Hair, 52 Hilton Street, Tiverton, Rhode Island.
34. Mary and Larry A. Held, 28 Hilton Street, Tiverton, Rhode Island.
35. Pamela A. and Edward J. Klus, 36 Hooper Street, Tiverton, Rhode Island.
36. Raymond and Judith Lepage, 23 Methuen Street, Tiverton, Rhode Island.
37. Victoria and Michael Macomber, 103 Canonicus Street, Tiverton, Rhode Island.
38. Hilda R., Myron J. and Richard M. Martin, 44 Hilton Street, Tiverton, Rhode Island.
39. Jean and Thomas J. Medeiros, 111 State Avenue, Tiverton, Rhode Island.
40. Linda Mello-Fournier, 114 Canonicus Street, Tiverton, Rhode Island.
41. Lisa M. Mendoza, 28 Hooper Street, Tiverton, Rhode Island.
42. Eleanor and Michael Monast, 40 Judson Street, Tiverton, Rhode Island.
43. Evelyn Morris and Antone Custodio, 126 Hilton Street, Tiverton, Rhode Island.
44. Lucia and Dimas A. Pavao, 88 Bay Street, Tiverton, Rhode Island.
45. Manuel and Odelia Pavao, 80 Bay Street, Tiverton, Rhode Island.
46. Evelyn Rogers and David A. Tavares, 51 Hooper Street, Tiverton, Rhode Island.
47. Lois and Stephen J. Scanlon, 129 Bottom Street, Tiverton, Rhode Island.

48. Michelle and David Silva, 29 Canonicus Street, Tiverton, Rhode Island.

49. Angelina Silvia, 42 Chace Avenue, Tiverton, Rhode Island.

50. Loree A. and Dana Silvia, 30 Judson Street, Tiverton, Rhode Island.

51. Dana and John Silvia, 96 Bay Street, Tiverton, Rhode Island.

52. Barbara A. and Tobias Silvia, Jr., 50 Hooper Street, Tiverton, Rhode Island.

53. Georgianna and Alvin B. Simpson, 123 Judson Street, Tiverton, Rhode Island.

54. Alvin B. Simpson Revocable Trust and Georgianna Simpson Revocable Trust, c/o Janice Carroll, Trustee, 145 Judson Street, Tiverton, Rhode Island

55. Marsha and Clinton Skarka, 114 Lepes Road, Tiverton, Rhode Island.

56. Daniel J. Terceiro, Theresa Farias and Margaret Medeiros, 140 Whitewood Drive, Cranston, Rhode Island.

57. Paul E. Terceiro, 33 Bay Street, Tiverton, Rhode Island.

58. Bruce Thompson, 126 Chace Avenue, Tiverton, Rhode Island.

59. Carolyn and Dennis Valois, 42 Bay Street, Tiverton, Rhode Island.

60. Heather and Antonio Vieira, 55 Canonicus Street, Tiverton, Rhode Island.

61. Betsey D. Warren, 17 Canonicus Street, Tiverton, Rhode Island.

62. Lynne V. and Timothy Waters, 54 Judson Street, Tiverton, Rhode Island.

63. Lisa and Robert Lee Wilt, Jr., 218 Lepes Road, Tiverton, Rhode Island.

64. Cynthia A. Reagan, Debra A. Depaola, and the Estate of George Oliveira, 35 Hilton Street, Tiverton, Rhode Island.

65. Mary Souza, Mary P. Faria, Virginia Borges, Hilda Martin and Delores Boyle, 43 Hilton Street, Tiverton, Rhode Island.

66. Plaintiffs Donna Braga, Jennifer Braga and Adam Braga, 40 Bottom Street, Tiverton Rhode Island.

67. Norma and Ernest Simpson AND the Marion Bradshaw Trust, c/o Motley Rice, LLC, 321 South Main Street, 2nd Floor, Providence, Rhode Island.

Additional Fact Witnesses

68. Jose Sousa, 4 Church Street, Tiverton, Rhode Island.(401) 624-9724

69. Sarafin "Pete" DeSoto, 90 Worcester Road, Washington Depot, Connecticut, (860) 868-2677.

70. John DeSoto, 177 Irving Avenue, Somerset, Massachusetts, (508) 678-9567.

71. Eugene Camata, Dillman Street, Fall River, Massachusetts, (508) 678-3139.

72. John Arruda, 976 Walnut Street, Fall River, Massachusetts, (508) 676-3182.

73. Eddy Carreiro, c/o Thornton & Naumes, LLP, 100 Summer Street, 30th Floor, Boston, Massachusetts 02110.

74. Elaine Clark, 14 Fox Run Road, Portsmouth, Rhode Island, (401) 683-1651.

75. Ralph Urban, c/o Motley Rice, LLC 321 South Main Street, 2nd Floor, Providence, Rhode Island 02940.

76. Sarah Cabral, 58 Canonicus Street, Tiverton Rhode Island, (401) 683-3285.

Witnesses with site specific information relating to environmental contamination, effects of contamination, assessment and/or remediation

77. Jeffrey Crawford, Leo Hellested and/or other persons (identities currently undetermined or unknown) now or formerly associated with the Rhode Island

Department of Environmental Management ("RIDEM"). RIDEM's address is 235 Promenade Street, Providence, Rhode Island, (401) 222-6800. The home address(es) of employees of the RIDEM is currently unknown.

78. Robert Vanderslice, and/or other persons (identities currently undetermined or unknown) now or formerly associated with the Rhode Island RI Department of Health ("DOH"). The DOH's address is 3 Capitol Hill, Providence, Rhode Island, (401) 222-2231. The home address(es) of employees of the DOH is currently unknown.

79. Persons (now or formerly associated with the United States Department of Environmental Protection ,("EPA") Region 1. The EPA Region 1 address is 1 Congress Street, Boston, Massachusetts, (888) 372-7341. The address of employees of the EPA is unknown.

80. Persons (identities currently undetermined or unknown) who have knowledge of dumping or disposal of products from the Fall River Gas Plant in Tiverton, Rhode Island at the Site. Specific addresses currently unknown.

81. David Sousa, James Towers, Joseph Farius, William Grota and/or other persons (identities currently undetermined or unknown) now or formerly associated with the Town of Tiverton, Rhode Island, (401) 625-6710. Specific addresses currently unknown.

82. Persons (identities currently undetermined or unknown) now or formerly associated with Starwood Tiverton, LLC, (401) 624-2971. Specific addresses currently unknown.

83. Persons (identities currently undetermined or unknown) now or formerly associated with Fall River Gas Company. Addresses currently unknown.

84. Persons (identities currently undetermined or unknown) now or formerly associated with New England Gas Company. Addresses currently unknown.

85. Persons (identities currently undetermined or unknown) now or formerly associated with Southern Union Company. Addresses currently unknown.

86. Timothy M. O'Connor, Claude M. Masse and/or other persons (identities currently undetermined or unknown) now or formerly associated with Vanasse Hangen Brustlin, ("VHB"), 530 Broadway, Providence, Rhode Island, (401)272-8100. The home addresses of employees of VHB are currently unknown.

87. Persons (identities currently undetermined or unknown) now or formerly associated with Woodard and Curran, 980 Washington Street, Suite 325 Dedham, Massachusetts, (800) 446-5518. The home addresses of employees of Woodard and Curran are currently unknown.

88. Persons (identities currently undetermined or unknown) now or formerly associated with Fuss and O'Neill, 275 Promenade Street, Suite 350, Providence, Rhode Island, (401) 861-3070. The home addresses of employees of Fuss and O'Neill are currently unknown.

89. Joel J. Trifilo, Michael J. Webster and/or other persons (identities currently undetermined or unknown) now or formerly associated with GeoInsight, 5 Lan Drive, Suite 200, Westford, Massachusetts, (978) 692-1114. The home addresses of employees of GeoInsight are currently unknown.

90. Christopher G. Mariano and/or other persons (identities currently undetermined or unknown) now or formerly associated with ENSR, 2 Technology Park Drive, Westford, Massachusetts, (978) 589-3000. The home addresses of employees of ENSR are currently unknown.

91. Persons (identities currently undetermined or unknown) now or formerly associated with Ransom Environmental Consultants, Inc. ("Ransom"), 1445 Wampanoag Trail, Suite 108A, East Providence, Rhode Island, (401) 433-2160. The home addresses of employees of Ransom are currently unknown.

92. Persons (identities currently undetermined or unknown) now or formerly associated with ENVIRON Health Sciences Institute ("ENVIRON"). The home addresses of employees of ENVIRON are currently unknown.

93. Timothy Regan and/or other persons (identities currently undetermined or unknown) now or formerly associated with EA Engineering, Science, and Technology, Inc. ("EA Engineering"), (401) 736-3440. The home addresses of employees of EA Engineering are currently unknown.

94. Persons (identities currently undetermined or unknown) now or formerly associated with Finsness Environmental, 206 Palmer Street, Somerset, Massachusetts, (508) 679-2002. The home addresses of employees of Finsness Environmental are currently unknown.

B. **The plaintiffs identify by category and location the following documents, data compilations and tangible things that are in the possession, custody or control of the plaintiffs and that the plaintiffs may use to support their claims or defenses (unless solely for impeachment), which will be made available for inspection and copying at the offices of plaintiffs counsel, Motley Rice, LLC:**

Corvello vs. NEGCO
Rule 26(b) Disclosure

| CATEGORY | DESCRIPTION | LOCATION |
|---|---|---|
| Media | 1.) Newspapers<br>2.) ENACT Media advisories, public statements, press conferences, and PowerPoint presentations<br>3.) Public statements and information disseminated by NEGCO via their websites: www.southernunionco.com, www.negasco.com, and www.baystreetproject.com | Motley Rice, LLC<br>321 South Main Street, 2nd Floor<br>Providence, RI 02903 |
| Correspondence | 1.) RIDEM<br>2.) NEGCO<br>3.) Elected Officials (Jack Reed, Lincoln Chaffee, & Donald Carcieri)<br>4.) Town of Tiverton<br>5.) Tiverton Conservation Commission<br>6.) Office of RI Attorney General | Motley Rice, LLC<br>321 South Main Street, 2nd Floor<br>Providence, RI 02903 |
| Meeting Minutes | 1.) Town of Tiverton<br>2.) Town of Tiverton Resolutions<br>3.) ENACT | Motley Rice, LLC<br>321 South Main Street, 2nd Floor<br>Providence, RI 02903 |
| Environmental Reports | 1.) RIDEM Management Bay Street Tiverton Study Area reports<br>2.) Massachusetts Depart. of Environ. Protection State Avenue Study Area report | Motley Rice, LLC<br>321 South Main Street, 2nd Floor<br>Providence, RI 02903 |

| | | |
|---|---|---|
| | 3.) Vanasse Hangen Brustlin reports<br>4.) ENVIRON reports<br>5.) EA Engineering reports<br>6.) US Dept. of Health and Human Services report<br>7.) Ransom reports<br>8.) ENSR reports<br>9.) Fuss & O'Neill<br>10.) Woodward & Curran<br>11.) GeoInsight | |
| Photos | 1.) Site photos<br>2.) Aerial photos | Motley Rice, LLC<br>321 South Main Street,<br>2nd Floor<br>Providence, RI 02903 |
| Incorporations | 1.) RI Secretary of State files<br>2.) SEC filings | Motley Rice, LLC<br>321 South Main Street,<br>2nd Floor<br>Providence, RI 02903 |
| Maps | 1.) Sanborn<br>2.) RI | Motley Rice, LLC<br>321 South Main Street,<br>2nd Floor<br>Providence, RI 02903 |
| Fall River Gas Co. | 1.) Annual reports<br>2.) Newsletters | Motley Rice, LLC<br>321 South Main Street,<br>2nd Floor<br>Providence, RI 02903 |
| Literature | 1.) Management of Manufactured Gas Plant Sites, vols. 1 & 2, edited by Hayes, et al., 1996<br>2.) Toxicology of Coal Conversion Processing, edited by Gray, et al, 1988 | Motley Rice, LLC<br>321 South Main Street,<br>2nd Floor<br>Providence, RI 02903 |
| Other Litigation | 1.) Corys Lane, Tiverton, RI | Motley Rice, LLC |

| | | |
|---|---|---|
| | 2.) Stone & Webster Bankruptcy | 321 South Main Street, 2nd Floor Providence, RI 02903 |
| Hearings/Testimony | 1.) Public Utilities Commission | Motley Rice, LLC 321 South Main Street, 2nd Floor Providence, RI 02903 |

**PLAINTIFFS FULLY RESERVE THEIR RIGHT TO AMEND OR SUPPLEMENT THIS DISCLOSURE BASED UPON FURTHER RULINGS OF THE COURT, IN RESPONSE TO ANY EXHIBITS, DEPOSITIONS OR WITNESSES DESIGNATED BY DEFENDANT, OR FOR ANY OTHER REASON.**

*Dated*: October 2, 2006

Respectfully submitted,

PLAINTIFFS,
By and through their attorneys,

/s/ Robert J. McConnell
Robert J. McConnell (#3888)
Jonathan D. Orent (#7408)
**MOTLEY RICE, LLC**
321 South Main Street
Providence, RI 02940
(401) 457-7700

David C. Strouss
Neil T. Leifer
Brad J. Mitchell
**THORNTON & NAUMES, LLP**
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333

Mark W. Roberts
**MCROBERTS, ROBERTS & RAINER, LLP**
53 State Street
Boston, MA 02109
(617) 722-8222

## CERTIFICATION

I hereby certify that a copy of the foregoing memorandum was mailed, first-class and postage pre-paid, to all counsel of record per the attached service list on this 2nd day of October, 2006.

/s/ Susan E. Hargreaves

Christina C. Dodds
Bishop London Brophy Dodds, P.C.
106 E. Sixth Street
Suite 700
Austin, TX 78701

Mark W. Roberts
McRoberts, Roberts & Rainer, LLP
Exchange Place
53 State Street
Boston, MA 02109

Eric D. Herschmann
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019

Neil T. Leifer
Thornton & Naumes, LLP
100 Summer Street
Boston, MA 02110