# EXHIBIT 5

**David Ross**

**From:** David Ross
**Sent:** Wednesday, March 19, 2008 2:31 PM
**To:** Neil Leifer; mroberts@mcrobertslaw.com; 'McConnell, Bob'; R. Zabbo
**Cc:** Eric D. Herschmann; Christina Dodds; Seth Davis; Noelle Kowalczyk; 'Tarantino, John'; Petros, Gerald J.; Rocha, Pat; 'Main, Robin L.'; Edward Lee; David Ross; Samuel K. Moore; Cara Ciuffani
**Subject:** Corvello: NEGC's Current Non-Party Fact Witness List (Excluding Plaintiffs and Witnesses Listed By Plaintiffs) For Juror Questionnaire

20080319132349_2
0080319_142505...

Gentlemen: Attached for inclusion in the juror questionnaire is NEGC's current list of non-party fact witnesses excluding the plaintiffs and non-party fact witnesses already on plaintiffs' list. John will shortly be sending you the combined list of non-party fact witnesses.

Regards,
David

David E. Ross, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019-6799
(T) 212-506-1748
(F) 212-506-1800
dross@kasowitz.com

## NEGC's Current Non-Party Fact Witness List
**(Excluding Plaintiffs and Witnesses on Plaintiffs' List)**

Michael Sullivan (RI DEM)

Richard Enander (RI DEM)

Cynthia Fuller (RI DOH)

Pam McCarthy (Vanasse Hangen Brustlin)

Adam Rosenblatt (Vanasse Hangen Brustlin)

Ana Gower (Vanasse Hangen Brustlin)

Robin Bluestein (Vanasse Hangen Brustlin)

Annette Shipp (ENVIRON)

William Fuller (ENVIRON)

Robert Hack (New England Gas Company)

Derek Tomka (New England Gas Company)

Dennis Morgan (New England Gas Company)

James Towers (Town of Tiverton)

David A. Souza (Town of Tiverton)

W. Glenn Steckman III (Town of Tiverton)

James Goncalo (Town of Tiverton)

Christopher Cotta (Town of Tiverton)

Michael Arnold (Town of Tiverton)

David Webster (Town of Tiverton)

Claudette Linhares (Town of Tiverton)

Manuel Cabral (Town of Tiverton)

Lori Doyle(Town of Tiverton)

John Fernandes (Town of Tiverton)

Tracy Connors (Town of Tiverton)

J. William Harsch (Town of Tiverton)

Carolyn A. Mannis (Town of Tiverton)

Michael Arnold (Town of Tiverton)

David Webster (Town of Tiverton)

John Gancarski (Town of Tiverton)

David Roberts (Town of Tiverton)

John Thompson (Woodward & Curran)

Joyce Mello (Woodward & Curran)

Henry Aguiar, Lyman, NH

Serafin "Pete" DeSoto, Washington Depot, CT