AO 435 (Rev. 12/03)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

*Please Read Instructions above*

**FOR COURT USE ONLY**

**DUE DATE:**

| | | | |
|---|---|---|---|
| 1. NAME<br>Anthony F. Muri | 2. PHONE NUMBER<br>(401) 421-7300 | 3. DATE<br>4/1/2008 | |
| 4. MAILING ADDRESS<br>10 Weybosset Street | 5. CITY<br>Providence | 6. STATE<br>RI | 7. ZIP CODE<br>02903 |
| 8. CASE NUMBER 05-221T / 9. JUDGE Torres | DATES OF PROCEEDINGS: 10. FROM 3/25/2008 | 11. | |
| 12. CASE NAME<br>Corvello, et al. v. New England Gas Co. | LOCATION OF PROCEEDINGS: 13. | 14. | |

15. ORDER FOR
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☐ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☒ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Hearing on Motion to Strike | 3/25/08 |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

**ESTIMATE TOTAL** 0.00

18. SIGNATURE [signature]

**PROCESSED BY**

19. DATE 4/1/2008

**PHONE NUMBER**

**TRANSCRIPT TO BE PREPARED BY**

**COURT ADDRESS**

| | DATE | BY |
|---|---|---|
| **ORDER RECEIVED** | | |
| **DEPOSIT PAID** | | |
| **TRANSCRIPT ORDERED** | | |
| **TRANSCRIPT RECEIVED** | | |
| **ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT** | | |
| **PARTY RECEIVED TRANSCRIPT** | | |

| | |
|---|---|
| **DEPOSIT PAID** | |
| **TOTAL CHARGES** | 0.00 |
| **LESS DEPOSIT** | 0.00 |
| **TOTAL REFUNDED** | |
| **TOTAL DUE** | 0.00 |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY