MotleyRice

April 15, 2008

Robert J. McConnell
Licensed in MA & RI,
DIRECT DIAL 401.457.7703
DIRECT FAX 401.457.7708
bmcconnell@motleyrice.com

THE HONORABLE ERNEST C. TORRES
SENIOR JUDGE
US DISTRICT COURT
DISTRICT OF RHODE ISLAND
FEDERAL BUILDING AND COURTHOUSE
ONE EXCHANGE TOWER
PROVIDENCE, RI 02903

RE: Corvello et al v New England Gas Inc., et al Case# 1:05-cv-221

Dear Judge Torres:

Pursuant to the Pretrial Order, attached please find Proposed Voire Dire Questions including a requested list of questions to be posed by the Court and a list of topics that counsel wish to address with the jurors directly.

Very truly yours,

Robert J. McConnell

RJM/shc
Enc.

**PROPOSED VOIRE DIRE QUESTIONS**

A. Requested Questions to be Posed by the Court

1. Plaintiffs in this case are seeking to hold the defendant New England Gas Co. liable for actions taken and decisions made many years ago by its corporate predecessor the Fall River Gas Company. Some of the actions taken and decisions made took place over seventy years ago.

-Do you think that it is unfair to impose liability on a defendant corporation today for actions taken by its corporate predecessor many years ago?

-Do you think that it is unfair to impose liability on a corporation based on that corporation having acquired the assets and liabilities of another corporation?

2. Have you ever been a plaintiff or a defendant in a lawsuit?

3. What professional, political, community, environmental, civic, social, charitable activities or organizations do you belong to?

4. Do you own your own home?

5. Do you have children living with you in your home, and if so, what are their ages?

6. Have you, or any relatives or close personal friends, had any experience with, or knowledge about, the following:

-Arsenic
-cyanide
-PAHs
-coal tars
-coal gasification waste
-oxcide waste

7. Have you, or any relatives or close personal friends, ever had a dispute with, or made a claim against any of the following :

-RI Department of Environmental Management
-RI Department of Health
-Town of Tiverton
-Environmental Protection Agency

B. Areas of Direct Inquiry for Attorneys

1. Number of lawsuits filed / "frivolous" lawsuits
2. Monetary caps on jury awards
3. Appropriateness of punitive damages.