02-276

DEM

# State of Rhode Island and Providence Plantations
## Department of Environmental Management
Division of Compliance and Inspection
235 Promenade Street
Providence, Rhode Island 02908

## EMERGENCY RESPONSE REPORT

CITY OR TOWN: TIVERTON | NUMBER 2002-510
COMPLAINT TYPE: HAZMAT | REINSPECTION: No
RECEIVED BY: Martha Mulcahey
MONTH: August | DATE REPORTED: 8/26/02 | TIME REPORTED: 11:25:00 AM

### COMPLAINANT
NAME: Anonymous
ADDRESS:
CITY: | STATE: RI
TELEPHONE: | ZIP:
PERMISSION TO DISCLOSE NAME:

### ALLEGED SOURCE
NAME: Area at the end of
ADDRESS: Last Street
CITY: Tiverton | STATE: RI
TELEPHONE: | ZIP:

### NATURE OF COMPLAINT
Contaminated soil being trucked in to that location.

MATERIAL: Cyanide soil | AMOUNT: 200
UNITS: CUBIC YARDS

EFFECTS
.e material is being dumped in a residential area at the end of Last Street.

### INCIDENT LOCATION
PROPERTY OWNER: unk | LAT.:
ADDRESS: | LONG.:
CITY: | STATE: | ZIP: 0
TELEPHONE:

### OTHER AGENCIES
| AGENCY NAME | CONTACT | PHONE |
|---|---|---|
| Alhborg | Mark Ryan | 467-6300 |
| Neighbor | Claire Evans | 624-9148 |

### REMOVAL ACTION
Petroleum Removed G 0 | Type Of Oi

Oil Contaminated Soil Removed Cy 0 or Cf 0 or Tons 0 | Oil/Water Removed Gal 0
Oily Debris Removed Lbs 0 or Gal 0 or Cy 0 or Tons 0
Hazardous Chemical Removed Oz 0 or Gal 0 or Lbs 0 or Cy 300
Mercury Removed Oz 0 or Lbs 0 | Asbestos Removed Lb 0
Propane Cylinders Amount 0 or Lbs 0 | Car Battery Amount 0
..ner Describe | Oz 0 or Gal 0 or Lbs 0 or Cy 0
AST Inspected Number of tanks 0 | AST Size Total Gallon 0

### FINDINGS
Unfounded: No

PLAINTIFF'S EXHIBIT
tabbies
A, D, F, & G

BAYST/TIV 000161

I inspected the area at the end of Last Street in Tiverton Rhode Island. I located and area where soil was being dumped. The material had a very familiar odor of cyanide in soil from a coal gasification operation. I spoke to Justine the forman for D'Ambra Construction. He told me that the soil came from an area off Bay Street where they were putting in a 24 inch sewar main for the City of Tiverton.

The pile was being analyzed by Ahlborg Construction of Johnston and the engineer in charge was Mark Ryan (467-6300). On Tuesday the 3RD of September I spoke to a neighbor at 36 Last Street and learned that she had some analysis for the material that had been provided by Ernie Desalvo of the ICM Corp. at 300 Wampanoag Trail. The analysis was from RI Analytical Laboratory. The analysis shows the material had an organic levels in the C1-C9 level of 340 PPM, C9-C24 Level of 390 PPM, and the C24-C36 Level of 100 PPM. Further the levels of Cyanide are above the regulatory level. This is what I would have expected for the coal gasification material.

I sampled the area area of the waste material at the end of Bay Street and submitted the material to ESS laboratory for analysis. The results will be ready in about 3 days.

The results came back on the 6 TH of Sept. The results show that the material is as expected is hazardous waste from the manufacture of coal gas in Fall River in the early 1900' s. The material is full of semi-volatile hydrocarbons. And it also has levels of Cyanide that make the material a reactive waste under the EPA Regulations. This material will have to be removed and properly disposed of at a proper site.

The material will be handled by the company putting in the sewar line.Starwood LLC. The contact for that company is Tim Regan 736-3440.

INVESTIGATOR: John Leo DATE 8/30/02 TIME 1:30:00 PM

SIGNATURE DATE SIGNED 9/3/02 EMR# 02-270

# ESS Laboratory
*Division of Thielsch Engineering, Inc.*
185 Frances Avenue, Cranston, RI 02910-2211
Tel. (401) 461-7181 Fax (401) 461-4486
www.thielsch.com


# CHAIN OF CUSTODY

Page ____ of ____

3day - kR3

Turn Time X Standard (2 Weeks) Other ____
If faster than 5 days, prior approval by laboratory is required # ____
State where samples were collected from: MA RI CT NH NJ NY ME USACE Other ____

Electronic Deliverables ___ Yes ___ No
Formats ____

ESS LAB PROJECT ID: 0208053.49
Special Detection Limits

Co. Name: RI DEM
Project #:
Project Name (20 Char. or less): Tiverton Sewer
Contact Person: John P. Leo
Address:
City: PROV
State: RI
Zip: 02908
PO#:
Telephone #: 401-222-1360
Fax #:
Email Address:

Analysis Required: SVOC, Total Metals, TPH

| ESS LAB Sample# | Date | Collection Time | COMP | GRAB | MATRIX | Sample Identification (20 Char. or less) | Number of Containers | Type of Containers | SVOC | Total Metals | TPH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8-30-02 | #1 | | X | | Coal Gasification | 1 | G | X | X | X |
| 2 | " | #2 | | X | | " | 1 | G | X | X | X |
| 3 | " | #3 | | X | | " | 1 | G | X | X | X |
| 4 | " | #4 | | X | | " | 1 | G | X | X | X |

Container Type: P-Poly (G-Glass circled) S-Sterile V-VOA
Matrix: (S-Solid circled) D-Sludge WW-Waste Water GW-Ground Water SW-Surface Water DW-Drinking Water O-Oil W-Wipes F-Filters

Cooler Present ___ Yes ___ No
Seals Intact ___ Yes ___ No NA: ____
Cooler Temp: N/A

Internal Use Only
[ ] Pickup
[ ] Technicians ____

Comments:

| Relinquished by: (Signature) | Date/Time | Received by: (Signature) | Date/Time | Relinquished by: (Signature) | Date/Time | Received by: (Signature) | Date/Time |
|---|---|---|---|---|---|---|---|
| [signature] | 8/30/02 | [signature] | 8/30/02 1515 | | | | |
| | | | | | | | |

129

Please fax all changes to Chain of Custody in writing.

1 (White) Lab Copy 2 (Yellow) Client Rece

**RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT**
**OFFICE OF COMPLIANCE AND INSPECTION**
**COMPLAINT FORM**

Revised: May 2, 2002

COMPLAINT NO. / SITE ID#: 21628 / 19273
FOXPRO NO:
COMPLAINT RECEIVED BY: M. Mulcahey
DATE / TIME: 26 Aug. 2002 / 11:25 am

**COMPLAINANT/ NUMBER** 1345

NAME: Anonymous
STREET:
E-MAIL:
CITY/TOWN:
PHONE NUMBER:
NOTIFY WITH RESULTS: ☒ YES ☐ NO
REPEAT CALL: ☐ YES ☐ NO

**LOCATION OF COMPLAINT**

OWNER/COMPANY: Area of Last St
NUMBER/STREET:
POLE NO:
CITY/TOWN: Tiverton
NAME OF CONTRACTOR:
INTERSECTION: ~~[illegible]~~ Albany Const
WATERSHED: Mark Ryan

**NATURE OF COMPLAINT** 417-6300

Installing water + sewage lines for a condo project and soil is being dumped (from elsewhere). Site has an oily, rubbery tar, burnt tire smell. Caller's Dog had an oily substance on fur that had to be cut off. Kids riding bikes through it. Name on truck DiAmbro. Concerned; son has been vomiting - no fever. (D'Ambra?)

**DIRECTION TO SITE**

Rt. 24 S to Main Rd NORTH to Brooks Dr. Take left onto Randolph Ave. At end turn right. Take first left (Last St) Follow to dead end to see where they're dumping

**FOR SUPERVISORS USE ONLY: PROGRAM**

**AIR**
- ☐ Odors
- ☐ Emission
- ☐ Fugitive Dust
- ☐ Lead Paint
- ☐ Other

**HAZARDOUS WASTE**
- ☐ Illegal Disposal
- ☐ Generator/Business
- ☐ Trans. Haz. Waste
- ☐ Other

**ISDS**
- ☐ Overflowing Septic
- ☐ Illegal Construction
- ☐ Septic Odors
- ☐ Other

**WETLANDS**
- ☐ Filling in Wetlands w/o Permit
- ☐ Illegal Activity near Wetlands
- ☐ Non-Compliance w/Permit
- ☐ Dams
- ☐ Other

**EMERGENCY RESPONSE**
- ☒ Oil Spill
- ☐ Hazardous Mat. Spill
- ☐ Other

**WATER POLLUTION**
- ☐ Sewage
- ☐ Surfacewater
- ☐ Groundwater
- ☐ Other

**SOLID WASTE**
- ☐ Illegal Disposal
- ☐ Landfill or Facility
- ☐ Other

**LUST/UST**
- ☐ Tank Removal or Installation
- ☐ Abandoned Tank
- ☐ Other

**OTHER**
- ☐
- ☐
- ☐

Date Assigned:
Inspector Assigned:
Data Entry Date / Initials: 8/27/02 / LTD

**ESS Laboratory**
*Division of Thielsch Engineering, Inc.*
185 Frances Avenue, Cranston, RI 02910-2211
Tel. (401) 461-7181 Fax (401) 461-4486
www.thielsch.com

# CHAIN OF CUSTODY

Page ______ of ______

Turn Time X Standard (2 Weeks) Other ______
If faster than 5 days, prior approval by laboratory is required # ______
State where samples were collected from: MA RI CT NH NJ NY ME USACE Other ______

Electronic Deliverables ___ Yes ___ No
Formats ______

ESS LAB PROJECT ID
Special Detection Limits

Co. Name: RI DBM
Project #:
Project Name (20 Char. or less): Tiverton Sewer
Contact Person: John P. Leo
Address:
City: PROV State: RI Zip: 02908 PO#:
Telephone #: 401-222-1360 Fax #: Email Address:

Analysis Required: SVOA, Total AN, TPH

| ESS LAB Sample# | Date | Collection Time | COMP | GRAB | MATRIX | Sample Identification (20 Char. or less) | Number of Containers | Type of Containers | SVOA | Total AN | TPH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8-30-02 | #1 | | X | | Coal Gasification | 1 | G | X | X | X |
| 2 | " | #2 | | X | | " | 1 | G | X | X | X |
| 3 | " | #3 | | X | | " | 1 | G | X | X | X |
| 4 | " | #4 | | X | | " | 1 | G | X | X | X |

Container Type: P-Poly (G-Glass) S-Sterile V-VOA
Matrix: (S-Solid) D-Sludge WW-Waste Water GW-Ground Water SW-Surface Water DW-Drinking Water O-Oil W-Wipes F-Filters

Cooler Present ___ Yes ___ No
Seals Intact ___ Yes ___ No NA: ______
Cooler Temp: ______

Internal Use Only
[ ] Pickup
[ ] Technicians ______

Comments:

| Relinquished by: (Signature) | Date/Time | Received by: (Signature) | Date/Time | Relinquished by: (Signature) | Date/Time | Received by: (Signature) | Date/Time |
|---|---|---|---|---|---|---|---|
| [signature] | 8/30/02 | [signature] | 8/30/02 1515 | | | | |
| Relinquished by: (Signature) | Date/Time | Received by: (Signature) | Date/Time | Relinquished by: (Signature) | Date/Time | Received by: (Signature) | Date/Time |
| | | | | | | | |

Please fax all changes to Chain of Custody in writing.

1 (White) Lab Copy 2 (Yellow) Client Receipt

# Emergency and Short-Term Response Report Mount Hope Bay Sewer Interceptor Project Tiverton, Rhode Island

*Prepared for*

Starwood Tiverton, LLC
1793 Main Road
Tiverton, Rhode Island 02878

*Prepared by*

EA Engineering, Science, and Technology, Inc.
2350 Post Road
Warwick, Rhode Island 02886

Project No. 14016.01
Revision: FINAL
December 2002

# 2. SITE DESCRIPTION

The area surrounding the Mount Hope Bay Sewer Interceptor Project is characterized by dense residential development. The site is located at the bottom of a large, steep hill and is less than 500 ft east of the Sakonnet River. There are also several wetland areas adjacent to the pathway of the sewer interceptor. A former Conrail railway runs parallel to the northern portion of the Mount Hope Bay Sewer Interceptor. The tracks and associated right-of-way are currently owned by the Rhode Island Department of Transportation. Figure 1 is a site locus and Figure 2 is a detailed site plan for the Last Street soil stockpile, including confirmatory sample locations.

Groundwater in the area is characterized as GA/GAA. All private drinking water wells in the area are upgradient of the sewer interceptor, and residents in the immediate area are served by the town water supply. Soil contamination did not exceed RIDEM GA Leachability Criteria.

## 2.1 NATURE AND EXTENT OF CONTAMINATED MATERIAL RELEASE

During excavation operations for the installation of the Mount Hope Bay Sewer Interceptor, contaminated soil was encountered in the area of Bay, Hooper, and Judson streets on and around 16 August 2002. This soil was transported to two residentially-zoned lots which were being used as staging areas by the construction subcontractor: 195 Kaufman Street (Plat 226, Lot 99) and at the west end of Last Street (Plat 46, Lot 3). Following complaints filed with RIDEM by neighbors, testing was completed to characterize the soil placed at Last Street. Analysis of soil samples collected from the stockpiles indicated that the excavated soils contained concentrations of contaminants that exceeded both the Residential and Industrial/Commercial Direct Exposure Criteria as stated in the RIDEM Remediation Regulations. The semivolatile organic compounds detected in soils above RIDEM criteria were: benzo(a)anthracene, benzo(a)pyrene, benzo(b)fluoranthene, benzo(g,h,i)perylene, benzo(k)fluoranthene, and chrysene. Total petroleum hydrocarbon and cyanide levels were also found to be elevated in this soil.

## 2.2 CHARACTERIZATION SOIL SAMPLING

Several sampling events related to this material have taken place. On 26 August 2002, RIDEM responded to a complaint at Last Street and collected soil samples as part of the response. Appendix B contains this Emergency Response Report and the associated Certificates of Analysis. On behalf of Starwood Tiverton, LLC, soil samples were collected from the Last Street soil stockpile on 27 August 2002. Appendix C contains the Certificates of Analysis for these samples, which were analyzed for total petroleum hydrocarbons. Additional characterization soil samples were collected on 10 September 2002 for the purpose of preparing a waste characterization package to support disposal of the material at a licensed disposal facility (Appendix D).

# 3. EMERGENCY AND SHORT-TERM RESPONSE ACTIONS

## 3.1 BAY AND JUDSON STREETS SOIL STOCKPILE

Several response actions have taken place at the Mount Hope Bay Sewer Interceptor site to address the contaminated material excavated along Bay Street. During the week of 9 September 2002, the approximate 300-$yd^3$ soil stockpile on Kaufman Road was moved to the corner of Bay and Judson streets, the area where it was originally excavated. Additional material was excavated beneath the stockpile footprint, and four confirmatory soil samples were collected on 11 September 2002 and submitted to a certified analytical laboratory to ensure that no residual contaminated soil remained at the site. Analytical results indicated that all contaminated material had been removed from the property. Appendix E contains Certificates of Analysis from this confirmatory sampling at the Kaufman Street soil stockpile footprint.

At Bay and Judson streets, the material was placed atop polyethylene sheeting and secured with sandbags, hay bales, and a polyethylene cover. On 24 September 2002, this soil was transported to Crapo Hill Landfill in New Bedford, Massachusetts to be used as daily cover. Waste manifests, bills of lading, and receipts for this removal action can be found in Appendix H. Due to the presence of the base polyethylene sheeting and the 6 in. of overscraping performed by the contractor following stockpile removal, EA determined that no further contaminated material remained at the Bay and Judson streets soil stockpile footprint. Appendix A contains photographs from this emergency and short-term response action (Photos 1 through 6).

## 3.2 LAST STREET SOIL STOCKPILE

### 3.2.1 30 September through 7 October 2002

Between the dates of 30 September and 3 October 2002, a response action was initiated to remedy the contaminated material release associated with the Mount Hope Bay Sewer Interceptor project at the Last Street soil stockpile. This approximate 1,000-$yd^3$ soil stockpile had been covered with polyethylene sheeting, sandbags, and hay bales following investigative sampling conducted by RIDEM. This soil was excavated and transported to Crapo Hill Landfill in New Bedford, Massachusetts to be used as daily cover. Following complete stockpile removal, confirmatory soil sampling was conducted on 7 October 2002, and the sampling locations are documented on Figure 3. The analyses of these surface soil samples by EPA Method 8270 revealed residual semivolatile organic compound contamination at levels exceeding RIDEM Residential Direct Exposure Criteria at three locations on the east side of the soil stockpile footprint. Table 1 below summarizes the concentrations of all analytes detected during this round of confirmatory sampling. Appendix A (Photos 7 through 14) contains photographs of this emergency and short-term response action. Appendix F contains Certificates of Analysis from these confirmatory soil samples.

# Mount Hope Bay Sewer Interceptor Project
# Site Investigation Report
# Tiverton, Rhode Island

*Prepared for*

Town of Tiverton
343 Highland Road
Tiverton, RI 02878

Starwood Tiverton, LLC
1793 Main Road
Tiverton, Rhode Island 02878

*Prepared by*

EA Engineering, Science, and Technology, Inc.
2350 Post Road
Warwick, Rhode Island 02886

Project No. 14016.02
Revision: FINAL
March 2003

# 2.0 DESCRIPTION OF RELEASE, SITE CONDITIONS, AND RECEPTORS

A description of the release, site conditions, and surrounding receptors is provided below.

## 2.1 SITE DESCRIPTION

The study area encompasses approximately 1.5 acres located within 500 ft of the Sakonnet River in Tiverton, Rhode Island. Topography is characterized by a slight slope to the west. The study area is located at the foot of a steep hill to the east. There are no surface water bodies located within the study area. Locations of subsurface investigation activities included the following Town of Tiverton public roadways: Bay Street, Judson Street, Hooper Street, Canonicus Street, Hilton Street, Chase Street, Foote Street, and State Avenue.

Surrounding land usage is predominantly residential, with commercial/residential usage to the north at Bay Street and State Avenue. Commercial businesses in this area include an auto repair facility and a fuel terminal. The Fall River Wastewater Treatment Facility is located less than 0.5 mi to the north on Bay Street. Inactive, former Conrail tracks run north south along the entire length of the study area, approximately 50 ft to the west.

During site investigation activities, groundwater was determined to be between 3 ft below ground surface to greater than 12 ft below ground surface across the study area. The direction of groundwater flow is assumed to be west by northwest based upon surface topography. No barriers to groundwater flow were encountered at the site. Soil at the site is characterized as fill overlying coastal sand deposits. Merrimac-Urban land complex and Udorthents-Urban land complex cover the study area, but the study area was expected to contain more fill, as all boring locations were on paved roadways. Bedrock at the site is characterized as Sachuest Arkose, a sandstone and conglomerate interbedded with phyllite.

## 2.2 SITE HISTORY

Information was gathered regarding the site history during a review of historical aerial photographs from 1939 to 1995 at the Rhode Island Statewide Planning Office. Land use in the area of Bay Street in North Tiverton was primarily agricultural in 1939, and residential development was already in place along Bay Street and its side streets, including Foote Street. Judson Street was agricultural land that extended to Canonicus Street. Development of Judson Street did not occur until after 1981.

According to the aerial photographs, the Inland Fuel Terminal has been present at 25 State Avenue since at least 1939. The two largest and southernmost tanks were constructed between 1951 and 1965, increasing the facility to its present capacity of 25 million gallons. The Conrail tracks were present in all of the historical aerial photographs reviewed, with significant re-vegetation beginning prior to 1981. The Fall River Wastewater Treatment Facility was constructed between 1939 and 1951, with major tank additions occurring by 1981.