UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, *et al.*,<br><br>*Plaintiffs*,<br>vs.<br><br>NEW ENGLAND GAS COMPANY, INC.,<br><br>*Defendant/Third-Party Plaintiff*,<br>vs.<br><br>BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, *et al.*<br><br>*Third-Party Defendants.* | C.A. No. 05-0221T (Lead Case)<br>(Related and Consolidated Cases: 05-274T; 05-370T; 05-522T) |

**OBJECTION TO PLAINTIFFS' SUBMISSIONS IN OPPOSITION TO NEW ENGLAND GAS COMPANY'S MOTION FOR SUMMARY JUDGMENT**

On April 16, 2008, Plaintiffs filed Plaintiffs' Opposition to New England Gas Company's (NEGC's) Motion For Summary Judgment ("Plaintiffs' Opposition Brief"); and Plaintiffs' Statement of Facts In Support of Their Opposition To NEGC's Motion For Summary Judgment ("Plaintiffs' Fact Statement"), which annexed Exhibits A through K thereto ("Plaintiffs' Exhibits"). Among other defects in Plaintiffs' Opposition Brief, Plaintiffs' Exhibits are not admissible and, consequently, may not be considered in opposition to NEGC's Summary Judgment Motion as they are not properly authenticated in accordance with the requirements of Fed. R. Civ. P. 56(e). Carmona v. Toledo, 215 F.3d 124, 131 (1st Cir. 2000).

Plaintiffs' Fact Statement also fails to comply with LR Cv 56(a), and NEGC disputes the assertions made therein.[1]

Dated: April 18, 2008

By: _/s/ John A. Tarantino ______
**ADLER POLLOCK & SHEEHAN P.C.**
John A. Tarantino (#2586)
David A. Wollin (#4950)
Kristen W. Sherman (#5595)
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345
(401) 274-7200
(401) 351-4607 (fax)

**HINCKLEY, ALLEN & SNYDER**
Gerald J. Petros (#2931)
Robin L. Main (#4222)
50 Kennedy Plaza
Providence, Rhode Island
(401) 274-2000

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
David E. Ross
Seth Davis
Noelle Kowalczyk
1633 Broadway
New York, New York 10019
(212) 506-1700

-and-

[1] The Court has stated that it does not believe that a reply memorandum from NEGC is necessary. Accordingly, NEGC will not file a reply to address the other defects in Plaintiffs' Opposition Brief.

**BISHOP, LONDON & DODDS**
Christina Dodds
3701 Bee Cave Road, Suite 200
Austin, Texas 78746
(512) 479-5000

*Attorneys for Defendant New England Gas Company, an unincorporated division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April, 2008, I did send a true copy of the within document by electronic means (ECF) or email to the following:

| | |
|---|---|
| Robert J. McConnell, Esq.<br>Michael G. Rousseau, Esq.<br>Jonathan D. Orent, Esq.<br>Motley Rice LLC<br>321 South Main Street<br>Providence, RI 02940 | Neil T. Leifer<br>Thornton & Naumes, LLP<br>100 Summer Street, 30th Floor<br>Boston, MA 02110 |
| Mark W. Roberts<br>McRoberts, Roberts & Rainer, LLP<br>53 State Street<br>Boston, MA 02109 | Paul Revere, III, Esq.<br>Law Offices of Paul Revere, III<br>297 North Street, Suite 337<br>Hyannis, MA 02601 |
| Jeanne M. Scott<br>Ursillo, Teitz & Ritch, Ltd<br>2 Williams Street<br>Providence, RI 02903 | Brian R. Cunha, Esq.<br>Brian Cunha & Associates, P.C.<br>904 Broadway<br>East Providence, RI 02914 |
| Bruce Gregory Tucker, Esq.<br>David B. Willis, Esq.<br>Legal Management Services, LLC<br>300 Centerville Road, Suite 304S<br>Warwick, RI 02886 | Richard J. Zabbo, Esq.<br>Ratcliffe Burke Harten & Elias LLP<br>160 Financial Plaza<br>Providence, RI 02903 |
| Gregory L. Benik<br>Benik & Associates<br>931 Jefferson Blvd., Suite 2008<br>Warwick, RI 02886 | Paul M. Sanford<br>Burns & Levinson LLP<br>One Citizens Plaza<br>Suite 1100<br>Providence, RI 02903 |
| David A. Crichlow<br>David M. Goldberg<br>Pillsbury Winthrop Shaw Pittman, LLP<br>1540 Broadway<br>New York, NY 10036 | Craig Waksler<br>McGivney & Kluger, P.C<br>One State Street<br>Suite 800<br>Boston, Massachusetts, 02109 |
| Jeffrey Bromme<br>Arnold & Porter LLP<br>555 Twelfth Street, N.W.<br>Washington, DC 20004-1206 | Benjamin V. White, III<br>Kimberly A. Simpson<br>Vetter & White, Incorporated<br>20 Washington Place<br>Providence, RI 02903 |

| | |
|---|---|
| Anthony F. Muri<br>Muri Associates LLC<br>10 Weybosset Street<br>Providence, RI 02903 | William D. Wick<br>Wactor & Wick LLP<br>180 Grand Avenue<br>Suite 950<br>Oakland, CA 94612 |
| Christopher P. McCormack<br>Pullman & Comley LLC<br>850 Main Street<br>Bridgeport, CT 06601 | Matthew B. Kirsner<br>Andrew G. Mauck<br>Troutman Sanders, LLP<br>P.O. Box 1122<br>1001 Haxall Point<br>Richmond, VA 23208 |
| Kerry T. Ryan<br>Emily C. Shanahan<br>Tarlow, Breed, Hart & Rodgers P.C.<br>101 Huntington Avenue<br>Prudential Center<br>Suite 500<br>Boston, MA 02199 | Andrew G. Mauck<br>Troutman Sanders LLP<br>P.O. Box 1122<br>1001 Haxall Point<br>Richmond, VA 23208 |

/s/ John A. Tarantino

*451893_1.doc*