UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, *et al.*,<br>*Plaintiffs,*<br>vs.<br><br>NEW ENGLAND GAS COMPANY, INC.,<br>*Defendant/Third-Party Plaintiff,*<br>vs.<br><br>BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, *et al.,*<br>*Third-Party Defendants.* | C.A. No. 05-0221T (Lead Case)<br>(Related and Consolidated Cases:<br>05-274T; 05-370T; 05-522T) |

**<u>Stipulation</u>**

The parties are in dispute regarding NEGC's response to plaintiffs' 30(b)(6) deposition notice dated January 28, 2008. In resolution of that dispute and Plaintiffs' emergency motion filed with respect thereto on April 17, 2008 (the "Motion"), the parties by their undersigned counsel hereby stipulate and agree as follows:

1. NEGC will not present at trial any testimony or documents regarding Fall River Gas Company's ("FRGC's") historical knowledge regarding the toxicity or potential hazardous nature of Waste Materials or Residuals between 1860 and 1960. NEGC remains free to cross-examine any of plaintiffs' witnesses on this topic.

2. NEGC will not present at trial any testimony or documents regarding FRGC's historical knowledge concerning the potential uses of Waste Materials and residuals generated at each of the facilities between 1860 and 1960 other than the testimony of NEGC's expert Dr. Neil Shifrin. Dr. Shifrin submitted a report dated March 31 which contains, inter alia, his knowledge obtained from FRGC's historical records, of the Charles Street Plant's uses of certain Residuals

and Waste Materials, including tar and coke. NEGC adopts those portions of Dr. Shifrin's report in this regard, including pages 5, D2 and D3 and Table D3 and the reliance materials in support thereof. Dr. Shifrin is scheduled to be deposed on April 22. Dr. Shifrin will serve as NEGC's 30(b)(6) deponent on these topics. NEGC remains free to cross-examine any of plaintiffs' witnesses on this topic.

3. NEGC will not present at trial any testimony or documents regarding FRGC's contacts or involvement with any trade associations, including United Gas Improvements, between 1860 and 1960 other than the testimony of Dr. Shifrin. Dr. Shifrin submitted a report dated March 31 which contains, inter alia, his knowledge obtained from FRGC's historical records of the Charles Street Plant's contacts or involvement with certain trade associations. NEGC adopts those portions of Dr. Shifrin's report in this regard, including pages 5 and 21, and the reliance materials in support thereof. Dr. Shifrin is scheduled to be deposed on April 22. Dr. Schifrin will serve as NEGC's 30(b)(6) deponent on these topics. NEGC remains free to cross-examine any of plaintiffs' witnesses on this topic.

4. NEGC will not present at trial any testimony or documents regarding FRGC's knowledge concerning the historical standard of care used when working around Waste Materials or Residuals other than the testimony of Dr. Shifrin. Dr. Shifrin submitted a report dated March 31 which contains, inter alia, his knowledge obtained from FRGC's historical records of the Charles Street Plant's historical standards of care. NEGC adopts those portions of Dr. Shifrin's report in this regard, including pages 5, 20, and 21 and the reliance materials in support thereof. Dr. Shifrin is scheduled to be deposed on April 22. Dr. Schifrin will serve as NEGC's 30(b)(6) deponent on these topics. NEGC remains free to cross-examine any of plaintiffs' witnesses on this topic.

5. NEGC will not present at trial any testimony or documents regarding the scope of FRGC's contracts with the Town of Tiverton, Rhode Island, between 1914 and 1918, except for the records just recently produced by the Town, including the Treasurer's Annual Reports. NEGC remains free to cross-examine any of plaintiffs' witnesses on this topic.

6. With respect to the topics described in paragraphs 2 to 5 above, NEGC may continue to use at trial any documents that it physically produced (in hard copy, electronically or on disc) to plaintiffs in this action, including documents identified as reliance materials.

7. Nothing contained in this stipulation shall be construed to limit NEGC's rights except as expressly set forth herein. This stipulation resolves the Motion, the merits of which are disputed by the parties.

8. This stipulation shall not be published to the jury.

PLAINTIFFS,

By their Attorneys,

/s/ Robert J. McConnell
Robert J. McConnell
Motley Rice
321 South Main Street
Providence, RI 02903

Dated: April 20, 2008

NEW ENGLAND GAS COMPANY

/s/ Gerald J. Petros
Gerald J. Petros (#2931)
Robin L. Main (#4222)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Tel. (401) 274-2000
Fax (401) 277-9600
gpetros@haslaw.com

Dated: April 20, 2008

**CERTIFICATE OF SERVICE**

To:

John J. McConnell, Jr., Esq.
Robert J. McConnell, Esq.
Aileen L. Sprague, Esq.
Jonathan D. Orent, Esq.
Motley Rice
321 South Main Street
Providence, RI 02903

Neil T. Leifer, Esq.
Christian F. Uehlein, Esq.
Thorton & Naumes LLP
100 Summer Street
Boston, MA 02110

Mark W. Roberts, Esq.
David A. Cetola, Esq.
Heather Spurlock Kennealy, Esq.
McRoberts, Roberts & Rainer, LLP
53 State Street
Boston, MA 02109

Matthew B. Smith, Esq.
1206 Westminster Street
Providence, RI 02909

Paul Revere, III, Esq.
297 North Street, Suite 337
Hyannis, MA 02601

Richard J. Zabbo, Esq.
Stephen P. Harten, Esq.
Ratcliffe, Burke, Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903

Christina C. Dodds, Esq.
Bishop, London, Brophy, Dodds P.C.
3701 Bee Caves Road, Suite 200
Austin, TX 78746

Susan Forcier, Esq.
Office of Legal Services
RI Department of Environmental Management
235 Promenade Street
Providence, RI 02908

Lewis S. Wiener, Esq.
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, N.W.
Washington, DC 20004

Anthony F. Muri, Esq.
Muri Associates LLC
Ten Weybosset Street
Providence, RI 02903

Michael K. Marran, Esq.
P.O. Box 6067
321 South Main Street, Suite 200
Providence, RI 02940-6067

Benjamin V. White, Esq.
Kimberly A. Simpson, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Kerry T. Ryan, Esq.
Emily C. Shanahan
Tarlow, Breed, Hart & Rodgers, P.C.
101 Huntington Avenue, Suite 500
Boston, MA 02199

Andrew G. Mauck, Esq.
Matthew B. Kirsner, Esq.
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23208

William D. Wick, Esq.
Wactor & Wick LLP
180 Grand Avenue, Suite 950
Oakland, CA 04612

Bruce G. Tucker, Esq.
David B. Willis, Esq.
Bruce G. Tucker
Legal Management Services LLC
300 Centerville Road, Suite 304S
Warwick, RI 02886

Craig R. Waksler, Esq.
McGivney & Kluger, P.C.
72 Pine Street, 1st Floor
Providence, RI 02903

Paul M. Sanford, Esq.
Burns & Levinson LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903

David A. Crichlow, Esq.
David Goldberg, Esq.
Catherine C. McCulley, Esq.
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036

Gregory L. Benik, Esq.
Benik & Associates
931 Jefferson Boulevard, Suite 208
Warwick, RI 02886

Christopher P. McCormack, Esq.
Pullman & Comley LLC
850 Main Street
Bridgeport, CT 06601

Jeanne M. Scott, Esq.
Ursillo, Teitz & Ritch, Ltd.
Two Williams Street
Providence, RI 02903

Jeffrey Bromme, Esq.
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1206

I hereby certify that on April 202008, a copy of the within Stipulation was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald J. Petros