UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


Gail Corvello et al.,

v.                                                    Civil Action No. 1:05-cv-00221-S-LDA


New England Gas Company.


**WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE DISTRICT COURT:

Please withdraw my appearance as counsel of record for Plaintiffs, in regard to the above captioned matter. Plaintiffs will continue to be represented by Motley Rice LLC.


Respectfully submitted,

/s/ John J. McConnell, Jr.
JOHN J. MCCONNELL, JR., ESQ.
Motley Rice LLC.
321 South Main Street - Suite 200
Providence, RI   02903
(401) 457-7700


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date shown below this document was filed electronically. It is available for reviewing and downloading from the ECF system, and will be served electronically on all counsel of record.

/s/ John J. McConnell, Jr.
JOHN J. MCCONNELL, JR., ESQ.

Date: May 5, 2011

1