UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


GAIL CORVELLO, et al.,                          )
                            Plaintiffs,             )          C.A. No. 05-0221S
                                    )          (Related Case Nos.: 05-522S,
v.                                              )          05-274S, 05-370S)
                                    )
NEW ENGLAND GAS COMPANY;                         )
SOUTHERN UNION COMPANY                           )
                   Defendant and          )
                   Third-Party Plaintiff,  )
                                    )
v.                                              )
                                    )
BRIDGESTONE AMERICAS TIRE                        )
OPERATIONS, LLC and                             )
HONEYWELL INTERNATIONAL INC.                     )
                   Third-Party Defendants. )


## DISMISSAL STIPULATION


       Defendant and Third-Party Plaintiff New England Gas Company/Southern Union

Company, and Third-Party Defendants Bridgestone Americas Tire Operations, LLC and

Honeywell International Inc., pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and

41(c), hereby dismiss with prejudice all claims in this third party action, with no interest, fees or

costs awarded to any party.


**[ SIGNATURES APPEAR ON THE FOLLOWING PAGE ]**

**SOUTHERN UNION COMPANY AND NEW ENGLAND GAS COMPANY**

By its Attorneys,


*/s/ Gerald J. Petros*
Gerald J. Petros (#2931)
Robin L. Main (#4222)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Tel. (401) 274-2000
Fax (401) 277-9600
gpetros@haslaw.com
rmain@haslaw.com

David Ross, Esq.
Seth Davis, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

**BRIDGESTONE AMERICAS TIRES OPERATIONS, LLC**

By its Attorneys,


*/s/ George E. Lieberman*
George E. Lieberman, Esq. (#3860)
Kimberly A. Simpson, Esq. (#4803)
Vetter & White
Center Place
50 Park Row West, Suite 109
Providence, RI 02903
Tel:  (401) 421-3060
Fax:  (401) 272-6803
glieberman@vetterandwhite.com
ksimpson@vetterandwhite.com

William D. Wick, Esq.
Wactor & Wick LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612
Tel.  (510) 465-5750
Fax:  (510) 465 5697
bwick@ww-envlaw.com


**HONEYWELL INTERNATIONAL INC.**

By its Attorneys,


*/s/ Gregory L. Benik*
Gregory L. Benik, Esq. (#1515)
Benik & Associates P.C.
128 Dorrance Street, Suite 450
Providence, RI 02903
gbenik@jreri.com



Dated:  March 8, 2013

## <u>CERTIFICATE OF SERVICE</u>

George E. Lieberman, Esq.
Benjamin V. White, Esq.
Kimberly A. Simpson, Esq.
Timothy M. Bliss, Esq.
Vetter & White
Center Place
50 Park Row West, Suite 109
Providence, RI 02903

Kerri L. Stelcen, Esq.
Kerry A. Dziubek, Esq.
Arnold & Porter LLP
399 Park Avenue
36th Floor
New York, NY 10022-4690

Gregory L. Benik, Esq.
Benik & Associates
128 Dorrance Street, Suite 450
Providence, RI 02903

William D. Wick, Esq.
Wactor & Wick LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

I hereby certify that on the 8th day of March, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Gerald J. Petros*

51387469 (14015/126110)

3